IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DAVID W. THAYER,

               Plaintiff,

vs.                                  Case No. 22-3086-SAC

LAURA HOWARD, Secretary of KDADS,
DR. CHRISTINE MOHR, SPTP Clinical
Program Director, KERI APPLEQUIST,
SPTP Assistant Clinical Program
Director, HALEIGH BENNETT, Acting
SPTP Program Director, JACK BOWMAN,
SPTP Due Process Coordinator,
and JEFF BROWN, SPTP Chaplain,

               Defendants.

## **O R D E R**

    Plaintiff, pro se, has filed this action alleging violations of his constitutional rights, federal statutory rights, and Kansas law in relation to his commitment to the Sexual Predator Treatment Program in Larned, Kansas. Plaintiff proceeds under 42 U.S.C. § 1983, the Religious Land Use and Institutionalized Persons Act ("RLUIPA"), 42 U.S.C. § 2000cc-1(a), and Kansas statutory law.

    This case is before the court upon plaintiff's motion for leave to proceed in forma pauperis. Doc. No. 3. Upon review of plaintiff's financial affidavit, the court shall grant plaintiff's motion.

    Upon a preliminary review of the complaint, it appears that plaintiff may not have listed all the defendants in the caption of

the complaint. Fed.R.Civ.P. 10(a) states that the "title" or caption of the complaint "must name all the parties."[1] The court shall grant plaintiff time until June 13, 2022 to file an amended complaint which complies with Rule 10(a), or to clarify that the parties named in the caption of the original complaint are the only defendants in this case.

In summary, the motion for leave to proceed in forma pauperis (Doc. No. 3) is granted. And plaintiff is granted time until June 13, 2022 to either file an amended complaint or to clarify which persons he is intending to sue in the original complaint.

**IT IS SO ORDERED.**

Dated this 20th day of May 2022, at Topeka, Kansas.

s/Sam A. Crow_____
U.S. District Senior Judge

---

[1] The rule goes on to say that "the title of other pleadings, after naming the first party on each side, may refer generally to other parties."