IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DAVID W. THAYER,

          Plaintiff,

vs.                                   Case No. 22-3086-SAC

LAURA HOWARD, Secretary of KDADS,
DR. CHRISTINE MOHR, SPTP Clinical
Program Director, KERI APPLEQUIST,
SPTP Assistant Clinical Program
Director, HALEIGH BENNETT, Acting
SPTP Program Director, JACK BOWMAN,
SPTP Due Process Coordinator,
and JEFF BROWN, SPTP Chaplain,

          Defendants.

### **O R D E R**

On May 19, 2022, the court issued an order directing plaintiff to file an amended complaint with all the defendants named in the caption or otherwise clarify that the caption of the original complaint lists all of the intended defendants. This was to be done by June 13, 2022. Plaintiff has not responded to the court's order.

The court shall extend the time to file an amended complaint or otherwise clarify the intended defendants to July 6, 2022. If plaintiff does not timely respond, the court shall dismiss this action without prejudice.

**IT IS SO ORDERED.**

Dated this 15th day of June 2022, at Topeka, Kansas.

        s/Sam A. Crow
        U.S. District Senior Judge