David Thayer
1301 Ks. Hwy 264
Larned, Ks. 67550



This correspondence is
from a secure facility
and is uncensored.

**RECEIVED**

JUN 15 2022

CLERK U.S. DIST. COURT
TOPEKA, KANSAS

Office of the Clerk
Untied States Distrcit Court
444 S.E. Quincy Room 490
Topeka, KS 66683



Legal mail