IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DAVID W. THAYER and
STEVEN E. NEWSOME,

        Plaintiffs,

vs.                                Case No. 22-3086-SAC

HALEIGH BENNETT and
JEFF BROWN,

        Defendants.

**O R D E R**

This case is now before the court upon an amended complaint signed by David W. Thayer, who is proceeding as a plaintiff pro se. Doc. No. 6. The amended complaint was filed June 15, 2022. The caption of the amended complaint lists Haleigh Bennett and Jeff Brown as the only defendants. The amended complaint shows Steven E. Newsome as a plaintiff, although he did not sign the amended complaint.

Previously, the court directed plaintiff Thayer to either file an amended complaint or clarify the persons he intended to name as defendants. Doc. No. 4. The court took this step because, contrary to Fed.R.Civ.P. 10(a), the caption of the original complaint did not list as defendants all of the persons referred to as defendants in the body of the complaint. The time to do so was extended to July 6, 2022 in an order filed shortly before the amended complaint. Doc. No. 5.

1

The amended complaint has the same problem identified with the original complaint. The body of the amended complaint refers to persons as defendants who are not listed as defendants in the caption of the amended complaint. The court will proceed under the premise that Haleigh Bennett and Jeff Brown are the only defendants, unless plaintiff files a second amended complaint by July 7, 2022 which lists other persons as defendants in the caption.

Also, the court shall not consider Steven E. Newsome as a plaintiff under the amended complaint. Mr. Newsome did not sign the amended complaint (as required by Fed.R.Civ.P. 11(a)) and he may not be represented by a non-attorney, such as Mr. Thayer. <u>Collum v. Benzon</u>, 177 Fed.Appx. 586, 589 (10th Cir. 2019); <u>Perry v. Stout</u>, 20 Fed.Appx. 780, 782 (10th Cir. 2001); <u>Mehdipour v. City of Oklahoma City</u>, 1999 WL 114378 *1 n.1 (10th Cir. 3/5/1999).

In summary, the court will proceed under the premise that Haleigh Bennett and Jeff Brown are the only defendants plaintiff is suing in the amended complaint, unless plaintiff files a second amended complaint by July 7, 2022 which lists other persons as defendants in the caption.[1] And, Steven Newsome shall not be considered as a plaintiff under the amended complaint.

---

[1] Of course, plaintiff must also describe how each defendant personally acted to violate plaintiff's rights in the body of the complaint.

2

**IT IS SO ORDERED.**

Dated this 16th day of June 2022, at Topeka, Kansas.

        s/Sam A. Crow
        U.S. District Senior Judge