IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS



FILED

JUL 08 2022

Clerk, U.S. District Court
By: _____ Deputy Clerk

David W. Thayer;                           )
                                           )
                 Plaintiff,                )
                                           )
vs.                                        )
                                           )
Laura Howard; Lesia Dipman; Jeff Brown; Keri )   Case No.:  22-3086- SAC
Applequist; Haleigh Bennett; Linda Kidd; Jason )
Fisher                                     )
                                           )
                 Defendant(s).             )

## MOTION FOR EXTENSION OF TIME

COMES NOW, Plaintiff David W. Thayer, *pro-se,* and requests an extension of time in which to file his amended complaint. Plaintiff respectfully requests an additional 30 days, up to and including August 5, 2022, in which to respond to this court's order. In support thereof, Plaintiff states and alleges the following:

1. On May 19, 2022, this court issued an order for Plaintiff to file an amended complaint listing all intended defendants by June 13, 2022. Doc. No. 4. This court extended the time to July 4, 2022, because the Plaintiff failed to timely respond. Doc. No. 5. Plaintiff's amended petition was received by the court on June 15, 2022 but, still failed to list all the intended Defendants.

2. On June 16, 2022, this court again ordered Plaintiff to amend his complaint listing all the intended Defendants by July 7th, 2022, Doc. No. 7. and removed Mr. Newsome as a Plaintiff due to his failure to sign the amended complaint.

3. Plaintiff states that he is not an attorney and relies heavily on "Jailhouse Lawyers" in which to help him operate computers, understand legal terminology and verbiage, compose pleadings, and navigate the complexities of the law. At the time, he relied on Plaintiff Newsome to assist

him in the matter.

4. Plaintiff further advises that Mr. Michael Chubb intends to request joinder as a Plaintiff party pursuant to U.S.C.S. Federal Rules of Civil Procedures, Rule 18, which states: "[a] party asserting a claim, counterclaim, crossclaim, or third-party claim may join, as independent or alternative claims, as many claims as it has against an opposing party."

5. Plaintiff Michael Chubb, alleges that, pursuant to U.S.C.S. Federal Rules of Civil Procedures, Rule 19, he is an interested party relating to the subject of the action and is similarly situated so that disposing of the action in his absence may leave the Defendants subject to a substantial risk of incurring double, multiple, or otherwise inconsistent obligations because of the interest.

6. Compulsory joinder issue under Rule 19 "is sufficiently important that it can be raised at any stage of the proceedings -- even sua sponte." McCowen v. Jamieson, 724 F.2d 1421, 1424 (9th Cir. 1984).

7. Plaintiff David Thayer, continues to rely on "Jailhouse Lawyers" to help him amend and compile his pleadings in order to comply with this courts order and all other legal requirements. Therefore, Plaintiff Michael Chubb will assist him to the best of his ability in completing this task in accordance with this courts orders unless or until this court finds that appointment of counsel is necessary to assist the Plaintiffs in the complexities of the issues.

8. No parties will be prejudiced by the delay and joinder of parties to this matter.

WHEREFORE, Plaintiff respectfully requests an additional 30 days, up to and including August 5, 2022, in which to allow Mr. Chubb to request joinder pursuant to Rule 18 and to file an amended complaint.

David W. Thayer
1301 KS 264 Highway
Larned, Kansas 67550
620-285-4660 Ext. 1

## CERTIFICATE OF SERVICE

Plaintiff, David Thayer, certifies on this **Thursday, July 05, 2022**, a copy of the forgoing **"Motion for Extension of Time"** was mailed first class to the recipients listed below in a properly addressed sealed envelope with first-class postage attached thereto by giving it to the staff of Larned State Hospital in accordance with facility policy to effectuate delivery by the US Postal Service, City of Larned, State of Kansas.

US District Court, Court Clerk
444 SE Quincy Rm. 490
Topeka, KS
66683
***(1 Copy)***

David W. Thayer, *pro se.*
1301 KS Hwy 264
Larned, KS. 67550
620-285-4660 Ext. 1