David Thayer
1301 KS Hwy 264
Larned Kansas
67550



WICHITA KS 670
6 JUL 2022 PM 2 L

RECEIVED

JUL 08 2022

CLERK U.S. DIST. COURT
TOPEKA, KANSAS

This correspondence is from a secure facility and is unscreened

US District Court, Court Clerk
444 SE Quincy Rm. 490
Topeka, KS
66683

Official / Legal Mail

66683-358799