```
             IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF KANSAS
```

DAVID W. THAYER and
STEVEN E. NEWSOME,

            Plaintiffs,

vs.                                                Case No. 22-3086-SAC

HALEIGH BENNETT and
JEFF BROWN,

            Defendants.

### **O R D E R**

This case is before the court upon plaintiff David Thayer's motion for an extension of time to file an amended complaint. Doc. No. 8. Upon review, the motion shall be granted and Mr. Thayer will have time until August 5, 2022 to file an amended complaint. The court makes the following cautionary note, however.

Plaintiff refers to using the amended complaint to add claims from Mr. Michael Chubb under Fed.R.Civ.P. 18 and Fed.R.Civ.P. 19. Plaintiff does not state facts, though, that would support adding Mr. Chubb's claims to this case. Rule 18 concerns "a party" adding as many claims as it has against an opposing party. It does not speak to adding a new party. Rule 19 concerns the joinder of persons who must be joined as parties. No grounds have been described to consider Mr. Chubb an indispensable party under Fed.R.Civ.P. 19(a).

In addition, the court does not believe Mr. Chubb should be permitted to litigate his claims upon plaintiff's in forma pauperis application. He should file a separate civil action and either pay the filing fee or be granted leave to proceed without paying the fee. See Davidson v. Thompson, 2019 WL 1317465 *2 (D.Kan. 3/22/2019)(applying the approach to a prisoner case); see also Davis v. Schmidt, 2021 WL 6102096 *3 (10th Cir. 12/23/2021)(parties may plead and conduct "their own cases" personally or by counsel, citing 28 U.S.C. § 1654); Fymbo v. State Farm Fire and Casualty Co., 213 F.3d 1320, 1321 (10th Cir. 2000)(a pro se litigant may not bring to claims of others to court without counsel); Litschewski v. Dooley, 2012 WL 3023249 *1 n.1 (D.S.D. 7/24/2012)(suggesting pro se litigant may not add family members as co-plaintiffs).

In summary, plaintiff's motion for an extension of time to file an amended complaint (Doc. No. 8) is granted. Time is extended to August 5, 2022. Plaintiff should be mindful of the court's statements as to adding another party as a plaintiff.

**IT IS SO ORDERED.**

Dated this 12th day of July 2022, at Topeka, Kansas.

s/Sam A. Crow_____
U.S. District Senior Judge