

David Thayer
1301 KS Hwy 264
Larned Kansas
67550

RECEIVED

AUG -1 2022

CLERK U.S. DIST. COURT
TOPEKA, KANSAS

This correspondence is from a
security facility and is uncensored

US District Court, Court Clerk
444 SE Quincy Rm. 490
Topeka, KS
66683

