IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DAVID W. THAYER,

        Plaintiff,

vs.                              Case No. 22-3086-SAC

LAURA HOWARD, et al.,

        Defendants.

## O R D E R

The court hereby directs that the Clerk assign this case to a Magistrate Judge for the purposes of case management and determining nondispositive pretrial matters.

**IT IS SO ORDERED.**

Dated this 30th day of August 2022, at Topeka, Kansas.

                    s/Sam A. Crow_____
                    U.S. District Senior Judge