David W. Thayer
1301 KS Hwy 264
Larned, KS 67550
620-285-4660 Ext. 1



FILED
SEP 12 2022
Clerk, U.S. District Court
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| David W. Thayer,<br><br>          Plaintiff,<br><br>v.<br><br>Lesia Dipman, Larned State Hospital (LSH), Superintendent; Jeff Brown, LSH Chaplain; Haleigh Bennett, SPTP Interim Program Director; Linda Kidd, SPTP Program Leader.<br><br>          Defendant(s). | Case No. **22-3086-SAC**<br><br>IN FORMA PAUPERIS APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES |

## IN FORMA PAUPERIS

I, David W. Thayer, declare that I am the petitioner/plaintiff/movant in the above-titled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C.S. § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to relief sought in the complaint.

In support of this application, I attest to the following under penalty of perjury:

1. I am not currently incarcerated or serving a criminal sentence;

2. I am confined to a mental institution pursuant to the Kansas Sexually Violent Predator Act (KSA 59-29a01 et seq.);

3. I am not employed and do not receive any kind of benefit, pension, retirement or inheritance;

4. I do not have any funds in my institutional trust fund account, checking or savings account;

5. I do not own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value.

## VERIFICATION AFFIDAVIT

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares (or certifies, or verifies, or states) under penalty of perjury that he is the Affiant in the attached Application, that he has read the attached Application and that the information contained therein is true and correct. 28 U.S.C. § 1746, 18 U.S.C. § 1621, K.S.A. 53-601.

**EXECUTED AT** <u>1301 Kansas Highway 264, Larned Kansas 67550</u>  **ON** September <u>06th</u> 2022.

*/s/ David W. Thayer*
David W. Thayer, *Pro Se.*
1301 K264
Larned, KS. 67550
620-285-4660 Ext. 1

## CERTIFICATE OF SERVICE

I, David W. Thayer, hereby certify on this **Tuesday, September 06, 2022**, that a true and correct copy of the above and forgoing "**In Forma Pauperis Application**" and **"Verification Affidavit"** was mailed to all parties by placing said documents, postage prepaid, into the hands of staff at Larned State Hospital, Dillon, East 1, in a properly addressed sealed envelope addressed to the following recipients:

United States District Court
444 SE Quincy Rm. 490
Topeka, Kansas
66683

*[signature: David W. Thayer]*

David W. Thayer, *pro. se.,*
1301 KS Highway 264
Larned, Kansas 67550
Tel: (620) 285-4660 Ext #1