David W. Thayer, Plaintiff, *Pro se.*
1301 KS Hwy 264
Larned, KS 67550
620-285-4660 Ext. 1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| David W. Thayer, )<br>      Plaintiff, )<br>          )<br>v. )<br>          )<br>Lesia Dipman, Larned State Hospital (LSH), )<br>Superintendent; Jeff Brown, LSH Chaplain; Haleigh )<br>Bennett, SPTP Interim Program Director; Linda Kidd, )<br>SPTP Program Leader. )<br>      Defendant(s). ) | Case No. _____<br><br>COMPLAINT FOR DAMAGES,<br>DECLARATORY JUDGMENT,<br>AND INJUNCTIVE RELIEF. |

## SUBMISSION OF FINANCIAL STATEMENT

  Plaintiff, David W. Thayer, *Pro Se.,* hereto submits a copy of his financial account balance for the previous six (6) months supplied by Jeany, Larned State Hospital's Patient Trust Fund Custodian.

Dated: 8-7-22  10:49 AM

By: *David W Thayer*
   David W. Thayer, *Pro Se.*

## RESIDENT TRUST FUND

| ID | NAME | COTTAGE | BIRTHDAY | S.S. NUMBER |
|---|---|---|---|---|
| 42433 | THAYER, DAVID | SPTP - LCMHF | / / | |

| Date | Receipt | Category | Credit | Debit | Balance | Remarks |
|---|---|---|---|---|---|---|
| 08/26/2022 | 157180 | Canteen Sheet | | 10.45 | 0.97 | |
| 08/22/2022 | 157133 | Board and Care | | 14.31 | 11.42 | |
| 08/22/2022 | 00036 | Electronic Earnings | 15.00 | | 25.73 | |
| 08/19/2022 | 157131 | Canteen Sheet | | 59.90 | 10.73 | |
| 08/09/2022 | 157033 | EARNINGS TRANSFER | | 120.63 | 70.63 | CHK # 157071 |
| 08/08/2022 | 00026 | Electronic Earnings | 140.63 | | 191.26 | |
| 08/04/2022 | 00024 | Cash | 50.00 | | 50.63 | |
| 07/29/2022 | 157006 | Canteen Sheet | | 19.75 | 0.63 | |
| 07/26/2022 | 156953 | EARNINGS TRANSFER | | 44.75 | 20.38 | CHECK #156979 |
| 07/25/2022 | 156949 | Board and Care | | 82.75 | 65.13 | |
| 07/25/2022 | 00016 | Electronic Earnings | 127.50 | | 147.88 | |
| 07/15/2022 | 156915 | Canteen Sheet | | 20.70 | 20.38 | |
| 07/12/2022 | 156845 | EARNINGS TRANSFER | | 145.00 | 41.08 | CHECK #156879 |
| 07/11/2022 | 00006 | Electronic Earnings | 165.00 | | 186.08 | |
| 07/08/2022 | 156837 | Canteen Sheet | | 59.15 | 21.08 | |
| 06/30/2022 | 00251 | Personal Check | 60.00 | | 80.23 | |
| 06/28/2022 | 156756 | EARNINGS TRANSFER | | 89.75 | 20.23 | CHK # 156792 |
| 06/27/2022 | 156753 | Board and Care | | 112.75 | 109.98 | |
| 06/27/2022 | 00248 | Electronic Earnings | 202.50 | | 222.73 | |
| 06/14/2022 | 156650 | EARNINGS TRANSFER | | 130.00 | 20.23 | CHK # 156685 |
| 06/13/2022 | 00238 | Electronic Earnings | 150.00 | | 150.23 | |
| 06/03/2022 | 156606 | Canteen Sheet | | 11.85 | 0.23 | |
| 06/01/2022 | 156559 | EARNINGS TRANSFER | | 74.75 | 12.08 | CHECK #156595 |
| 05/31/2022 | 156557 | Board and Care | | 67.75 | 86.83 | |
| 05/31/2022 | 00229 | Electronic Earnings | 142.50 | | 154.58 | |
| 05/27/2022 | 156554 | Canteen Sheet | | 8.30 | 12.08 | |
| 05/17/2022 | 156451 | EARNINGS TRANSFER | | 100.00 | 20.38 | CHK # 156487 |
| 05/16/2022 | 00219 | Electronic Earnings | 120.00 | | 120.38 | |
| 05/03/2022 | 156378 | EARNINGS TRANSFER | | 35.36 | 0.38 | CHK # 156398 |
| 05/02/2022 | 156374 | Board and Care | | 58.39 | 35.74 | |
| 05/02/2022 | 00209 | Electronic Earnings | 93.75 | | 94.13 | |
| 04/22/2022 | 156345 | Canteen Sheet | | 17.60 | 0.38 | |
| 04/19/2022 | 156269 | EARNINGS TRANSFER | | 108.74 | 17.98 | CHK # 156304 |
| 04/18/2022 | 156264 | Board and Care | | 5.64 | 126.72 | CHK # 156265 |
| 04/18/2022 | 00199 | Electronic Earnings | 114.38 | | 132.36 | |
| 04/06/2022 | 156199 | Postage | | 26.75 | 17.98 | CHECk #156210 |
| 04/04/2022 | 156141 | Board and Care | | 24.38 | 44.73 | |
| 04/04/2022 | 00189 | Electronic Earnings | 24.38 | | 69.11 | |
| 03/25/2022 | 156108 | Canteen Sheet | | 81.25 | 44.73 | |
| 03/15/2022 | 156038 | Canteen Sheet | | 50.75 | 125.98 | |
| 03/03/2022 | 00167 | Income Tax Refund | 176.00 | | 176.73 | |