David W. Thayer
1301 Ks Hwy 264
Larned Kansas
67550

  

US District Court, Court Clerk
444 SE Quincy Rm. 490
Topeka, KS
66683

*This correspondence is from a secure facility and is uncensored*

**RECEIVED**
SEP 12 2022
CLERK U.S. DIST. COURT
TOPEKA, KANSAS

Official / Legal Mail