## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAVID W. THAYER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 2022-CV-3086 |
| ) | |
| LAURA HOWARD, Secretary of KDADS, ) | |
| Dr. CHRISTINE MOHR, SPTP Clinical ) | |
| Program Director ) | |
| KERI APPLEQUIST, SPTP Assistant ) | |
| Clinical Program Director, ) | |
| HALEIGH BENNETT, Acting SPTP ) | |
| Program Director, ) | |
| JACK BOWMAN, SPTP Due Process Coordinator ) | |
| JEFF BROWN, SPTP Chaplain, ) | |
| ) | |
| Defendants. ) | |

### ENTRY OF APPEARANCE

**COMES NOW** Assistant Attorney General Arthur S. Chalmers, with the Office of Attorney General Derek Schmidt, and hereby enters his appearance as counsel of record for Defendants, Lesia Dipman, Haleigh Bennett, Jeff Brown, Linda Kidd and Laura Howard, Secretary of the KDADS.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

s/ Arthur S. Chalmers
Arthur S. Chalmers, KS S. Ct. #11088
Assistant Attorney General
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612
Ph: (785) 368-5244
Fax: (785) 291-3767
Email: art.chalmers@ag.ks.gov
***Attorney for Defendants Dipman,
Bennett, Brown, Kidd & Howard***

1

## CERTIFICATE OF SERVICE

This is to certify that on this 19th day of September, 2022, the above and foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, and a notice of electronic filing was sent via the CM/ECF system to all counsel of record. A copy of the foregoing was also sent by U.S. Mail, postage prepaid, to the following:

David W. Thayer
Larned State Hospital
Dillon Building East One
1301 KS Highway 264
Larned, KS  67550
*Plaintiff Pro Se*

                                       s/ Arthur S. Chalmers
                                       Arthur S. Chalmers