### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAVID W. THAYER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2022-CV-3086 |
| | ) |
| LAURA HOWARD, Secretary of KDADS, | ) |
| Dr. CHRISINE MOHR, SPTP Clinical | ) |
| Program Director | ) |
| KERI APPLEQUIST, SPTP Assistant | ) |
| Clinical Program Director, | ) |
| HALEIGH BENNETT, Acting SPTP | ) |
| Program Director, | ) |
| JACK BOWMAN, SPTP Due Process Coordinator | ) |
| JEFF BROWN, SPTP Chaplain, | ) |
| | ) |
| Defendants. | ) |

### **REQUEST FOR CLERK'S FOURTEEN-DAY EXTENSION**

Pursuant to D. Kan. 77.2(a)(2), Defendants, Jeff Brown and Linda Kidd requests and should be granted an additional fourteen (14) day in which to answer or otherwise plead to Plaintiff's Complaint. Defendants' current deadline to answer or otherwise plead is September 20, 2022, therefore the time originally prescribed has not expired. The answer or other responsive pleading for Defendants, Jeff Brown and Linda Kidd is now due on or before October 4, 2022.

This Order is effective as of the date and time shown on the electronic file stamp.

Clerk of the U.S. District Court<br>
For the District of Kansas<br><br>
s/ J. Kendall<br>
By: Deputy Clerk

1

Prepared by:

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

s/ Arthur S. Chalmers
Arthur S. Chalmers, KS S. Ct. #11088
Assistant Attorney General
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612
Ph: (785) 368-5244
Fax: (785) 291-3767
Email:  art.chalmers@ag.ks.gov
***Attorney for Defendant Kansas State University***

## CERTIFICATE OF SERVICE

This is to certify that on this 19th day of September, 2022, the above and foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, and a notice of electronic filing was sent via the CM/ECF system to all counsel of record.  A copy of the foregoing was also sent by U.S. Mail, postage prepaid, to the following:

David W. Thayer
Larned State Hospital
Dillon Building East One
1301 KS Highway 264
Larned, KS  67550
*Plaintiff Pro Se*

                                            s/ Arthur S. Chalmers
                                            Arthur S. Chalmers