| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>David W. Thayer | COURT CASE NUMBER<br>22-3086-SAC |
|---|---|
| DEFENDANT<br>Laura Howard, et al. | TYPE OF PROCESS<br>Summons/Complaint/Order |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Haleigh Bennett, SPTP Interim Program Director and Manager, Larned State Hospital |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>1301 KS Highway 264, Larned, KS 67550 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | 3 |
|---|---|---|
| David W. Thayer<br>Larned State Hospital<br>1301 KS Highway 264<br>Larned, KS 67550 | Number of parties to be served in this case | 5 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

| Signature of Attorney other Originator requesting service on behalf of:<br>s/ SKYLER B. O'HARA | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>785-338-5400 | DATE<br>08/22/2022 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>5 | District of Origin<br>No. 31 | District to Serve<br>No. 31 | Signature of Authorized USMS Deputy or Clerk | Date<br>8-26-22 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date<br>8-29-22 | Time | ☐ am<br>☐ pm |
|---|---|---|---|
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges<br>(including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or<br>(Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS

Cert. mail 8.26.22

SENDER: COMPLETE THIS SECTION

■ Ensure items 1, 2, and 3 are completed.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature: ( ☐ Addressee or ☐ Agent)
X Haleigh Bennett

B. Received By: (Printed Name)
Haleigh Bennett

C. Date of Delivery
8/29/2022

1. Article Addressed to:

Haleigh Bennett, SPTP Int Program Dir
Larned State Hospital
1301 Ks Highway 264
Larned KS 67550-5353

D. Is delivery address different from item 1? ☐ Yes ☑ No
If YES, enter delivery address below:



9490 9169 0224 6689 5131 26

3. Service Type
☑ Certified Mail®

2. Article Number (Transfer from service label)
9414 7169 0224 6689 5131 91

PS Form 3811 Facsimile, July 2015 (SDC 3930)　　　　Domestic Return Receipt

**USPS TRACKING #**

WICHITA KS 670

9490 9169 0224 6689 5131 26

First-Class Mail
Postage & Fees Paid
USPS
Permit No.G-10

**UNITED STATES POSTAL SERVICE**

US Marshals Service
District of Kansas
444 Southwest Quincy, Suite 456
Topeka KS 66683

