**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| David W. Thayer | 22-3086-SAC |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Laura Howard, et al. | Summons/Complaint/Order |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Jeff Brown, Chaplain, Larned State Hospital

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1301 KS Highway 264, Larned, KS  67550

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

David W. Thayer
Larned State Hospital
1301 KS Highway 264
Larned, KS  67550

Number of process to be served with this Form 285: 3
Number of parties to be served in this case: 5
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:
s/ SKYLER B. O'HARA
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 785-338-5400
DATE: 08/22/2022

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: 5
District of Origin No.: 31
District to Serve No.: 31
Signature of Authorized USMS Deputy or Clerk
Date: 8-26-22

☒ I hereby certify and return that I have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

Date: 8-29-22

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS

Cert. mail - 8.26.22

Form USM-285
Rev. 11/18
PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

# USPS Tracking®

FAQs >

**Tracking Number:**

## 9414716902246689513184

Remove ✕

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:28 pm on August 29, 2022 in LARNED, KS 67550.

### Delivered
**Delivered, Front Desk/Reception/Mail Room**

LARNED, KS 67550
August 29, 2022, 12:28 pm

Feedback

### Out for Delivery
LARNED, KS 67550
August 29, 2022, 9:07 am

### Arrived at Post Office
LARNED, KS 67550
August 29, 2022, 8:56 am

### Departed USPS Regional Facility
WICHITA KS DISTRIBUTION CENTER
August 28, 2022, 5:11 pm

### Arrived at USPS Regional Facility
WICHITA KS DISTRIBUTION CENTER
August 27, 2022, 10:43 am

### Arrived at USPS Regional Origin Facility
KANSAS CITY MO DISTRIBUTION CENTER

August 26, 2022, 10:52 pm

**Accepted at USPS Origin Facility**

TOPEKA, KS 66683

August 26, 2022, 9:37 pm

**Shipping Label Created, USPS Awaiting Item**

TOPEKA, KS 66683
August 26, 2022, 3:55 pm

**Hide Tracking History**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

Feedback

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**