**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| David W. Thayer | 22-3086-SAC |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Laura Howard, et al. | Summons/Complaint/Order |

**SERVE AT** { 

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Linda Kidd, SPTP Program Leader, Larned State Hospital

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1301 KS Highway 264, Larned, KS 67550

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| David W. Thayer<br>Larned State Hospital<br>1301 KS Highway 264<br>Larned, KS 67550 | Number of process to be served with this Form 285 | 3 |
| | Number of parties to be served in this case | 5 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| s/ SKYLER B. O'HARA | 785-338-5400 | 08/22/2022 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 5 | No. 31 | No. 31 | | 8-26-22 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| | 8·30·22 | | |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS

Cert mail 8·26·22

Form USM-285
Rev. 11/18

**SENDER: COMPLETE THIS SECTION**

■ Ensure items 1, 2, and 3 are completed.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Linda Kidd, SPTP Program Leader
Larned State Hospital
1301 KS Highway 264
Larned KS 67550-5353

9490 9169 0224 6689 5131 71

2. Article Number (Transfer from service label)
9414 7169 0224 6689 5131 46

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: □ Addressee or □ Agent)

X _handwritten signature_

B. Received By: (Printed Name)

C. Date of Delivery
8/30/22

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type

☑ Certified Mail®

PS Form 3811 Facsimile, July 2015 (SDC 3930)                   Domestic Return Receipt



**USPS TRACKING #**

WICHITA KS 670

9490 9169 0224 6689 5131 71

First-Class Mail
Postage & Fees Paid
USPS
Permit No.G-10

**UNITED STATES
POSTAL SERVICE**

US Marshals Service
District of Kansas
444 Southwest Quincy, Suite 456
Topeka KS 66683