# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

DAVID W. THAYER,

        Plaintiff,

v.

LAURA HOWARD, *et al.*,

        Defendants.

Case. No. 22-3086

## NOTICE OF DEFENDANTS' RULE 26(a)(1) INITIAL DISCLOSURES

The undersigned certifies that on 27th day of October, 2022, Defendants' Initial Rule 26(a)(1) Disclosures were serviced by means of first-class mail, postage prepaid, addressed to:

    David W. Thayer
    Larned State Hospital
    Dillon Building East One
    1301 KS Highway 264
    Larned, KS 67550
    Plaintiff, pro se

        Respectfully Submitted,

        OFFICE OF KANSAS ATTORNEY
        GENERAL DEREK SCHMIDT

        /s/ Arthur S. Chalmers
        Arthur S. Chalmers #11088
        Assistant Attorney General
        120 SW 10th Avenue, 2nd Floor
        Topeka, Kansas 66612-1597
        Telephone: 785-368-6244

FAX: 785-291-3767
Email: art.chalmers@ag.ks.gov

and

Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Telephone: (785) 296-2215
FAX: (785) 291-3767
Email: matt.shoger@ag.ks.gov

*Attorneys for the Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October, 2022, the foregoing document was served by means of first-class mail, postage prepaid, addressed to:

David W. Thayer
Larned State Hospital
Dillon Building East One
1301 KS Highway 264
Larned, KS 67550
Plaintiff, pro se

        s/Arthur S. Chalmers
        Arthur S. Chalmers