THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
OCT 31 2022
Clerk, U.S. District Court
By: _____ Deputy Clerk

| | | |
|---|---|---|
| DAVID THAYER | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 22-CV-03086 |
| | ) | |
| LAURA HOWARD, *et al.*, | ) | |
| Defendant. | ) | |

### NOTICE TO THE COURT AND MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff, David W. Thayer, respectfully submits this Notice to the Court to inform the court of his attempt to meet with Defendant counsel, Mr. Arthur Chalmers, to set deadlines for discovery and schedule hearing conferences regarding matters germane to this complaint.

- On October 11, 2022, Plaintiff received correspondence from the Office of Attorney General, Assistant Attorney General, Arthur Chalmers, asking him to call him to discuss these matters;
- The Plaintiff is illiterate and does not understand anything about litigation or navigating the complexities of court proceedings and therefore, Plaintiff recruited Mr. Michael Chubb to assist him when speaking with Mr. Chalmers so he could better understand what Mr. Chalmers was asking of him;
- Mr. Chalmers refused to speak with Plaintiff while Mr. Chubb was on the phone and accused Mr. Chubb of "practicing law" without a license;

Plaintiff tried in good faith to meet with counsel for the Defendants and, at the onset, informed Mr. Chalmers the reason for Mr. Chubb being on the phone call with him but, for no legitimate reason, Mr. Chalmers refused to cooperate with the Plaintiff and instead tried to intimidate Mr. Chubb by claiming he was practicing law without a license when he was just there to interpret legal jargon for Mr. Thayer and advise him of the legal process.

In *Johnson v. Avery*, 393 U.S. 483, 21 L. Ed. 2d 718, 89 S. Ct. 747 (1969), the Supreme Court invalidated a prison rule that prohibited prisoners from assisting one-another in preparing habeas corpus petitions for filing. The Court held that "unless and until the State provides some reasonable alternative to assist inmates in the preparation of petitions for post-conviction relief, it

Notice To The Court And Motion For Appointment Of Counsel
Thayer v Howard, *et al.*, Case No. 22-CV-03086
Presiding Judge John W. Lungstrum

Page 1 of 3

may not validly enforce a regulation . . . barring inmates from furnishing such assistance to other prisoners." Id. at 490  The 6th Circuit Court in *Gibbs v. Hopkins*, 10 F.3d 373, 378 (1993), determined that "Prisoners are entitled to receive assistance from jailhouse lawyers where no reasonable alternatives are present and to deny this assistance denies the constitutional right of access to the courts."

The facility at which the Plaintiff resides does not prohibit legal assistance from other residents but, Mr. Chalmers refuses to cooperate thereby, handicapping the Plaintiff.  Therefore, because the State refuses to allow the Plaintiff assistance from "jailhouse lawyers" and the Plaintiff cannot comprehend the complexity of legal proceedings due to being illiterate, Plaintiff respectfully requests this court appoint counsel to represent him in this matter.

Respectfully submitted,

*[signature]*
David W. Thayer, *Pro Se.*
Wednesday, October 26, 2022

Notice To The Court And Motion For Appointment Of Counsel
Thayer v Howard, *et al.*, Case No. 22-CV-03086
Presiding Judge John W. Lungstrum

Page 2 of 3

## **CERTIFICATE OF SERVICE**

I, David W. Thayer, hereby certify on this **Wednesday, October 26, 2022**, that I caused to be mailed a copy of the above and forgoing "**Notice To The Court And Motion For Appointment Of Counsel**" to all parties by placing said documents, postage prepaid, into the hands of staff at Larned State Hospital, Dillon, East 1, in a properly addressed sealed envelope addressed to the following recipients:

John W. Lungstrum
Presiding Justice
444 SE Quincy Rm. 490
Topeka, KS. 66683
*(One Copy)*

Arthur S. Chalmers, KS No. 11088
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
**(One Copy)**

Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
**(One Copy)**

*/s/ David W. Thayer*
David W. Thayer, Pro Se., Plaintiff
1301 KS Highway 264
Larned, Kansas 67550
Tel: (620) 285-44660 Ext #1