DAVID THAYER
1301 KS. HWY 264
LARNED; KS. 67550

**RECEIVED**
OCT 31 2022
BK U.S. DIST. COURT
TOPEKA, KANSAS

*This correspondence is from a security facility and is uncensored*

WICHITA KS 670
28 OCT 2022 PM 2 L

ENERGY ACTION MONTH

John W. Lungstrum
Presiding Justice
444 SE Quincy Rm. 490
Topeka, KS. 66683
**(One Copy)**

Legal mail!?

66683-351015