## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| DAVID W. THAYER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case. No. 22-3086 |
| | ) | |
| LAURA HOWARD, LESIA DIPMAN, | ) | |
| JEFF BROWN, KERI APPLEQUIST, | ) | |
| HALEIGH BENNETT and | ) | |
| LINDA KIDD, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' RESPONSE TO MOTION
## FOR APPOINTMENT OF COUNSEL

At this time, Defendants Laura Howard, Lesia Dipman, Jeff Brown, Haleigh Bennett, and Linda Kidd ("Defendants") oppose Plaintiff's motion that the Court request an attorney represent Plaintiff. Defendants seek a prompt review of their qualified immunity and other similar legal defenses. Selection and addition of counsel at this time will unnecessarily delay matters.

Of course, there is no right to appointment of counsel in a civil rights case and federal district courts lack the authority to coercively appoint counsel to represent indigents in cases brought under 42 U.S.C. § 1983. *Mallard v. U.S. Dist. Ct.*, 490 U.S. 296, 300-02 (1989). However, in certain exceptional circumstances, we recognize that a court may request the voluntary assistance of counsel in such cases pursuant to 28 U.S.C. § 1915(e)(1). *Blake v. Geo Grp., Inc.*,

No. CV 17-807 MIS/KK, 2022 WL 4099238, at *1 (D.N.M. Mar. 18, 2022) (citing *Sweat v. Rickards*, 712 F. App'x 769, 778 (10th Cir. Oct. 23, 2017) (concurrence) (unpublished)).[1]

In this Circuit, the Court's discretion is guided by factors, *i.e.*: (1) plaintiff's ability to afford counsel, (2) plaintiff's diligence in searching for counsel, (3) the merits of plaintiff's case, and (4) plaintiff's capacity to prepare and present the case without the aid of counsel. *Walker v. United States Dep't of Agric.*, No. 22-1200-EFM-KGG, 2022 WL 4235126, at *1 (D. Kan. Sept. 14, 2022); *Dwerlkotte v. Mitchell*, No. 5:21-CV-3264-DDC-KGG, 2022 WL 293242, at *2 (D. Kan. Feb. 1, 2022). This Court has said,

> Thoughtful and prudent use of the appointment power is necessary so that willing counsel may be located without the need to make coercive appointments. The indiscriminate appointment of volunteer counsel to undeserving claims will waste a precious resource and may discourage attorneys from donating their time.

*Walker*, at *1 (*citing Castner v. Colorado Springs Cablevision*, 979 F.2d 1417, 1421 (10th Cir. 1992)).

Against these factors and at this stage of litigation, the Plaintiff has not shown that appointment of counsel is appropriate. The only factor arguing the Court should request voluntary attorney assistance is Plaintiff's apparent lack of

---

[1] *See also Lavado v. Keohane*, 992 F.2d 601, 605–06 (6th Cir.1993) ("Appointment of counsel in a civil case ... is a privilege that is justified only by exceptional circumstances."); *Aldabe v. Aldabe*, 616 F.2d 1089, 1093 (9th Cir.1980); *Fowler v. Jones*, 899 F.2d 1088, 1096 (11th Cir. 1990); Cookish v. Cunningham, 787 F.2d 1, 2 (1st Cir. 1986); *Branch v. Cole*, 686 F.2d 264, 265 (5th Cir. 1982); *Cook v. Bounds*, 518 F.2d 779, 780 (4th Cir. 1975); (same).

resources to hire counsel. Otherwise, Plaintiff makes no showing that he has unsuccessfully sought counsel, demonstrated more than a colorable claim[2], and shown the lack of capacity to prepare and present the case without the aid of counsel at this stage of the litigation.

Nothing is presented and no allegation is made that Plaintiff has unsuccessfully pursued professional representation. Alone this may disqualify Plaintiff's motion. But other factors also show that this is not the exceptional case where counsel should be "appointed."

Plaintiff's motion asserts that he is illiterate. This cannot be squared with his pleadings, the grievances that he has filed or his request to purchase property. *See* Exhibit 1. Furthermore, if Plaintiff is receiving non-professional assistance, the assistance is more than adequate for Plaintiff to present his claims at this time.[3] *Compare Cooper v. Ransom*, No. 4:21-CV-1533, 2021 WL 9541470, at *1 (M.D. Pa. Oct. 5, 2021); *Soto-Montes v. Corizon Health, Inc.*, No. 16-3052-JAR-GEB, 2020 WL 5629089, at *2 (D. Kan. Sept. 21, 2020); *Edwards v. Shakiba*, No. 3:18-CV-00179-MMA-JMA, 2018 WL 1316204, at *3 (S.D. Cal. Mar. 14, 2018) (each denying motion for appointment of counsel to a plaintiff asserting inability to litigate [e.g., limited education, no legal training, and little English

---

[2] A "colorable claim," however, is not itself sufficient to warrant such a request. *See Rucks v. Boergermann*, 57 F.3d 978, 979 (10th Cir. 1995).

[3] Plaintiff has successfully navigated court orders to proceed *in forma pauperis* and to file amended complaints. *See* Dkt Doc(s) 2 – 10.

comprehension], while noting adequate assistance was being provided from a non-professional).

The elements of a Section 1983 First Amendment Free Exercise claim and the burdens placed on Plaintiff to rebut the qualified immunity defense are settled and straight forward. *See e.g., Chubb[4] v. Keck*, No. 17-3220-SAC, 2020 WL 5653263 (D. Kan. Sept. 23, 2020). The same is true about the elements of a claim under the Religious Land Use and Institutionalized Persons Act ("RLUIPA"). *See Robertson v. McCullough*, 739 F. App'x 932, 936 (10th Cir. 2018) (unpublished).

At this stage of the litigation, Plaintiff can, without an attorney's assistance, prepare responses to written discovery, provide any needed declarations and respond to a motion for summary judgment that focuses on the application of qualified immunity and the lack of a violation of RLUIPA under uncontroverted

---

[4] This is the same Mr. Chubb initially shown as a plaintiff in this case, and also the same Mr. Chubb referenced in Plaintiff's motion.

facts.[5] And Plaintiff has not shown, and the Court is not required to assume, that that he may prevail against Defendants' motion.

Likely a trained attorney would handle Plaintiff's case more effectively, but this is no basis to distinguish Plaintiff from the many other untrained individuals who represent themselves *pro se* on various types of claims in Courts throughout the United States on any given day.[6]

Therefore, Defendants oppose Plaintiff's motion. They ask that the Court deny the motion without prejudice to refiling in the event summary judgment is not entered against Plaintiff's claims.

---

[5] Plaintiff's motion complains that Defendants' counsel would not permit Mr. Chubb to participate in the Rule 26 planning conference. But we are not aware of any SPTP or court rule that would prevent Mr. Chubb from assisting with preparation of responses to written discovery or summary judgment briefing in harmony with *Johnson v. Avery*, 393 U.S. 483 (1969), as that case has been applied to § 1983 litigation.

In the planning conference call, the point at issue was that Mr. Chubb's assistance cannot extend to representing Plaintiff at discovery meetings mandated by rule or court order, depositions or before the Court. *See e.g., Prude v. Clarke*, No. 14-CV-856, 2016 WL 633366 (E.D. Wisc. Feb. 17, 2016). *See also, Brooks v. Colorado Department of Corrections*, 762 Fed. Appx. 551 (10th Cir. 2019) (observing that *Avery* concerned access to Courts to petition for habeas corpus and that the "jailhouse" lawyer possesses no constitutional right to play that role).

[6] In fact, Plaintiff has represented himself in other litigation. *See Clark v. Keck*, 381 P.3d 519, 2016 WL 5867248 (Kan. App., *unpub.*, Oct. 7, 2016).

Respectfully submitted,

OFFICE OF KANSAS ATTORNEY
GENERAL DEREK SCHMIDT

/s/ Arthur S. Chalmers
Arthur S. Chalmers, KS No. 11088
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Telephone: (785) 368-6244
FAX: (785) 291-3767
Email: art.chalmers@ag.ks.gov

and

Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Telephone: (785) 296-2215
FAX: (785) 291-3767
Email: matt.shoger@ag.ks.gov
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of November, 2022, the foregoing document was electronically filed with the clerk of the court using the CM/ECF system, with a copy served by means of first-class mail, postage prepaid, addressed to:

David W. Thayer
Larned State Hospital
Dillon Building East One
1301 KS Highway 264
Larned, KS 67550
*Plaintiff, pro se*

/s/ Arthur S. Chalmers

**EXHIBIT 1**

LSH-343c                                                                                          6/15

<u>RESIDENT GRIEVANCE PROCESS STEPS I AND II –SPTP</u>

Case Number Assigned: *GCB 2022-088*

Resident Grievance - Step I

Name: *David Thayer*          Unit: *D E-1*    Today's Date: *3-22-22*
Who was involved: *Administration !*          Date/time of occurrence: *1800 / 3-22-22*

Please describe your concern:
*There was a building build For the Staff to get in to get out of the weather, when they have callout and Vard! They Cancelled the callout do to weather! The Temp is 40 degree! Why build a building If you arent not going to used it! This has been a going on Problem.*

_Signature: David M Thayer_                    *3-22-22*    *15:20*
Resident Signature                                   Date          Time

_Signature: Tamara Manihu_                    *3/22/22*    *1530*
Staff Signature                                      Date          Time

[Resident may attach up to three (3) additional pages]

SPTP Grievance Officer/Designee Review - Step II

Date received: *3-23-22*

SPTP Grievance Officer/designee response/decision:

*See attached.*

_Signature: Courtney Wagner LMSW_              *4-12-22*    *11:28*
SPTP Grievance Officer/designee Signature         Date          Time

_Signature: David Thayer_                       *4-14-22*    *12:10*
Resident Signature                                   Date          Time

If dissatisfied with this response, the resident may appeal to the SPTP Program Director/designee within three (3) calendar days of receipt of this decision from the SPTP Grievance Officer/designee.

SPTP Received
MAR 28 2022
Due Processor

LSH-343c                                                                                    6/15

### RESIDENT GRIEVANCE PROCESS STEPS I AND II –SPTP

Case Number Assigned: _Gole 2022- 057_

#### Resident Grievance - Step I

Name: _David Thayer_          Unit: _D ☐ w1_   Today's Date: _6-29-22_
Who was involved: _Haliegh Bennett_   Date/time of occurrence: _6-22-22 1830_
                                    _Program Manager_                        _6-29-22 08:30_

Please describe your concern:
_I was moved on 6-22-22 /5:30 From E-1 to w-1 and that_
_the Chaplain would go thru my Relgion Stuff, but he was_
_on Vacation! I am being Diend of my Smuging, I haven't_
_been able to Smug because They Still have My Relgi'n_
_Stuff, and They also cencelled our Callout because_
_Of Staff. I do have the Right to Smug and do my Relgion_
_I Just want my Stuff to Smug! This i's a Federal law that's_
_being broken, I was told that Linda Kidd said that the Chaplain_
_get back from Vacation would Reshudie the Callouts_

_Dad Dhayer_                                    _6-29-22_      _1020_
         Resident Signature                         Date          Time

_Will Ellr_                                     _6/29/22_      _1020_
         Staff Signature                            Date          Time


[Resident may attach up to three (3) additional pages]

~~SPTP Received~~

#### SPTP Grievance Officer/Designee Review - Step II

~~JUN 30 2022~~

Date received: ~~Due Processor~~

SPTP Grievance Officer/designee response/decision:
_I spoke to Property Staff and the Chaplain._
_They both Stated that all allowable Property_
_items have been returned._

_Leah Thomas_                                   _7/20/22_     _1526_
     SPTP Grievance Officer/designee Signature      Date          Time

_Dad Thay_                                      _7-21-22_     _13 15_
         Resident Signature                         Date          Time


If dissatisfied with this response, the resident may appeal to the SPTP Program Director/designee within
three (3) calendar days of receipt of this decision from the SPTP Grievance Officer/designee.

Larned State Hospital     3/21
Larned, Kansas

**PROPERTY VARIANCE**
**CPR- 399**



04/28/2021 2:23
THAYER, DAVID WAYNE
2003
SPTP - Dillon East 1
Male     F A D

| | |
|---|---|
| **Item(s):** | 2 Drum sticks Ready made    19 inches Long |
| **Description:** | 19 inches Long Fiberglass Rods with Foam head material  For my Drum |
| **Vendor:** | Crazy Crow |
| **Specifications / Special Notes:** | ☐ Use as per Medical Staff Order<br>☐ Must turn in at bedtime<br>☐ Must keep in aide station when not in use<br>☐ Must be checked out through the Licensed Staff / Medication Room and returned after use<br>☐ Must be used / kept in room (may not use on the unit)<br>☐ Other: _____<br>☐ Must be checked as follows: _____<br><br>☐ Special notes: _____ |

Note:  This variance approves the item(s) listed above.  However, in the event the patient / resident's status changes or he / she becomes self harming, this variance must be re-considered for safety and can be placed on hold per the Shift Leader / Unit Leader / Treatment Team / Medical Staff. This variance can be re-considered and revoked at any time by approval of the Program Director.

☐ Approved          ☒ Denied

| | |
|---|---|
| **Reason for Denial:** | Not listed in P9-0e as an item required by the tenets of your religion |

_____     _____     _____
Treatment Team Member Signature          Date         Time

_Hazish Bennett_           3/25/2022     1254
Program Director Signature               Date         Time

RECEIVED

JUL 2 9 2022

Larned State Hospital
CIM

Administrative Program Director
Larned State Hospital
Sexual Predator Treatment Program

Larned State Hospital
Larned, Kansas                          3/21

**PROPERTY VARIANCE**
**CPR- 399**

THAYER, DAVID WAYNE
▃▃▃▃ ▃▃▃ 2003
SPTP - Dillon East 1
Male  ▃▃▃  F A D

| Item(s): | 1 Fan Case |
|---|---|
| **Description:** | It a soft foam Case to Prootection for my smudge Fan |
| **Vendor:** | Crazy Crow |
| **Specifications / Special Notes:** | ☐ Use as per Medical Staff Order |
| | ☐ Must turn in at bedtime |
| | ☐ Must keep in aide station when not in use |
| | ☐ Must be checked out through the Licensed Staff / Medication Room and returned after use |
| | ☐ Must be used / kept in room (may not use on the unit) |
| | ☐ Other: _____ |
| | ☐ Must be checked as follows: _____ |
| | ☐ Special notes: _____ |

Note:  This variance approves the item(s) listed above.  However, in the event the patient / resident's status changes or he / she becomes self harming, this variance must be re-considered for safety and can be placed on hold per the Shift Leader / Unit Leader / Treatment Team / Medical Staff.  This variance can be re-considered and revoked at any time by approval of the Program Director.

☐ Approved        ☒ Denied

| Reason for Denial: | Need additional information on the size. Also, is this listed in the religions policy? |
|---|---|

_____        _____        _____
Treatment Team Member Signature              Date              Time

Hattie A Bennett                        3/25/2022          1252
Program Director Signature                    Date              Time

RECEIVED

JUL 2 9 2022

Larned State Hospital
CIM

Administrative Program Director
Larned State Hospital
Sexual Predator Treatment Program

Larned State Hospital  3/21
Larned, Kansas

**PROPERTY VARIANCE**
**CPR- 399**



THAYER, DAVID WAYNE
2003
SPTP - Dillon East 1
Male      F A P

| Item(s): | 2 Pounds White Loose Sage |
|---|---|
| Description: | White Sage for Smudging |
| Vendor: | Crazy Crow |
| Specifications / Special Notes: | ☐ Use as per Medical Staff Order<br>☐ Must turn in at bedtime<br>☐ Must keep in aide station when not in use<br>☐ Must be checked out through the Licensed Staff / Medication Room and returned after use<br>☐ Must be used / kept in room (may not use on the unit)<br>☒ Other: _Personal use only._<br>☐ Must be checked as follows: _____<br><br>☐ Special notes: _____ |

Note:  This variance approves the item(s) listed above.  However, in the event the patient / resident's status changes or he / she becomes self harming, this variance must be re-considered for safety and can be placed on hold per the Shift Leader / Unit Leader / Treatment Team / Medical Staff.  This variance can be re-considered and revoked at any time by approval of the Program Director.

☒ Approved          ☐ Denied

| Reason for Denial: | |
|---|---|

_signature_                     3/25/22        1553
Treatment Team Member Signature        Date          Time

_Charles R. Bennett_              3/28/2022      1255
Program Director Signature               Date          Time
Received

MAR 2 8 2022

Larned State Hospital
CIM

Administrative Program Director
Larned State Hospital
Sexual Predator Treatment Program

Larned State Hospital
Larned, Kansas

3/21

04/26/2021 2:23
THAYER, DAVID WAYNE
■■■■■■2003
SPTP - Dillon East 1
Male      F | A | D

**PROPERTY VARIANCE**
CPR-399

| | |
|---|---|
| **Item(s):** | One NavaJo Prayer Fan with Leather wrap & crystal |
| **Description:** | I would like to Purchase this Fan Please? For us to smudge. Thank you! |
| **Vendor:** | Grey Wolf Trading Post! |
| **Specifications / Special Notes:** | ☐ Use as per Medical Staff Order<br>☐ Must turn in at bedtime,<br>☐ Must keep in aide station when not in use<br>☐ Must be checked out through the Licensed Staff / Medication Room and returned after use<br>☐ Must be used / kept in room (may not use on the unit)<br>☐ Other: _____<br>☐ Must be checked as follows: _____<br>_____<br>☐ Special notes: _____<br>_____ |

Note: This variance approves the item(s) listed above. However, in the event the patient / resident's status changes or he / she becomes self harming, this variance must be re-considered for safety and can be placed on hold per the Shift Leader / Unit Leader / Treatment Team / Medical Staff. This variance can be re-considered and revoked at any time by approval of the Program Director.

☒ Approved      ☐ Denied

| | |
|---|---|
| **Reason for Denial:** | |

_____     11-17-2021     10:43
Treatment Team Member Signature      Date           Time

_____     12/2/21     1200
Program Director Signature      Date           Time

Received

DEC 03 2021

Larned State Hospital
CIM

Administrative Program Director
Larned State Hospital
Sexual Predator Treatment Program

Larned State Hospital
Larned, Kansas

3/21

04/26/2021 2:23
THAYER, DAVID WAYNE
_____ _____2003
SPTP - Dillon East 1
Male ____ F | A | D|

**PROPERTY VARIANCE**
**CPR- 399**

| Item(s): | One Navajo made medicine man Prayer Fan |
|---|---|
| Description: | I would like to purchase this Fan for our Callout Please? Thankyou's |
| Vendor: | Grey wolf Trading Post |
| Specifications / Special Notes: | ☐ Use as per Medical Staff Order<br>☐ Must turn in at bedtime<br>☐ Must keep in aide station when not in use<br>☐ Must be checked out through the Licensed Staff / Medication Room and returned after use<br>☐ Must be used / kept in room (may not use on the unit)<br>☐ Other: _____<br>☐ Must be checked as follows: _____<br><br>☐ Special notes: _____ |

Note: This variance approves the item(s) listed above. However, in the event the patient / resident's status changes or he / she becomes self harming, this variance must be re-considered for safety and can be placed on hold per the Shift Leader / Unit Leader / Treatment Team / Medical Staff. This variance can be re-considered and revoked at any time by approval of the Program Director.

☒ Approved   ☐ Denied

| Reason for Denial: | |
|---|---|

_____ Treatment Team Member Signature    11-17-2021 / 10:38 Date / Time

_____ Program Director Signature    12/2/21 Date   1200 Time

Administrative Program Director
Larned State Hospital
Sexual Predator Treatment Program

Received
DEC 03 2021
Larned State Hospital
CIM

Larned State Hospital
Larned, Kansas

3/21

THAYER, DAVID WAYNE
~~~~~~~~~~ 2003
SPTP - Dillon East 1
Male   F A D

**PROPERTY VARIANCE**
**CPR- 399**

| | |
|---|---|
| **Item(s):** | *Pueblo style Drum* 18" X 22"   Comes with a Drum Stick |
| **Description:** | It made out of wood and leather so I can have music whyll I sings Thankyou This is that I can play during the callouts |
| **Vendor:** | Crazy Crow |
| **Specifications / Special Notes:** | ☐ Use as per Medical Staff Order<br>☐ Must turn in at bedtime<br>☐ Must keep in aide station when not in use<br>☐ Must be checked out through the Licensed Staff / Medication Room and returned after use<br>☐ Must be used / kept in room (may not use on the unit)<br>☐ Other: _____<br>☐ Must be checked as follows: _____<br><br>☒ Special notes:  Do not play in room — would violate noise rule. |

Note: This variance approves the item(s) listed above. However, in the event the patient / resident's status changes or he / she becomes self harming, this variance must be re-considered for safety and can be placed on hold per the Shift Leader / Unit Leader / Treatment Team / Medical Staff. This variance can be re-considered and revoked at any time by approval of the Program Director.

☒ Approved      ☐ Denied

**Reason for Denial:**

RECEIVED
SEP 1 0 2021
Larned State Hospital
CIM

_Mahda Kidd_ _____      9/9/21      14/2
Treatment Team Member Signature       Date       Time

_[signature]_      9/7/21      11:27
Program Director Signature       Date       Time

Administrative Program Director
Larned State Hospital
Sexual Predator Treatment Program

Larned State Hospital    1/18
Larned, Kansas

**PROPERTY VARIANCE**
**CPR- 399**

THAYER, DAVID WAYNE
DOB: ██████ 1968    Sex: Male
Case No: ██████    ADM: ██████ 2003
Unit: SPTP - Dillon East 2
Adm No: 2

| | |
|---|---|
| **Item(s):** | One White Sage mist 4oz bottle |
| **Description:** | This is so I can smudge myself since we can't go out. So I can cleanse myself from the negative that is in this building, order from The Wandering Bull LLC. |
| **Specifications / Special Notes:** | ☐ Use as per Medical Staff Order<br>☐ Must turn in at bedtime<br>☐ Must keep in aide station when not in use<br>☐ Must be checked out through the Licensed Staff / Medication Room and returned after use<br>☐ Must be used / kept in room (may not use on the unit)<br>☐ Other: _____<br>☐ Must be checked as follows: _____<br>_____<br>☐ Special notes: _____<br>_____ |

Note:  This variance approves the item(s) listed above.  However, in the event the patient / resident's status changes or he / she becomes self harming, this variance must be re-considered for safety and can be placed on hold per the Shift Leader / Unit Leader / Treatment Team / Medical Staff.  This variance can be re-considered and revoked at any time by approval of the Program Director.

| Signature | Date | Time |
|---|---|---|
| _____ Treatment Team Member Signature | 4-22-2020 | 8:15 |
| _____ Treatment Team Member Signature | 4/28/2020 | 1254 |
| _____ Program Director Signature | 4/28/2020 | 0825 |

**Revocation of Variance**

| Signature | Date | Time |
|---|---|---|
| _____ Program Director Signature | | |
| _____ Witness Signature | | |

Original:    Master File
Follow-up:   Hearing Officer (SPTP Only)
              Property Officer
Copy:        Patient / Resident



THAYER, DAVID WAYNE -

DOB: ███ 1968

*SPTP - Dillon East 1*

Larned State Hospital      11/15
Larned, Kansas

**PROPERTY VARIANCE – SSP/SPTP**
**CPR- 399**

| | |
|---|---|
| **Item(s):** | One Pair Horn Rattles |
| **Description:** | It made out of wood and Turtle shells. This is use for our music during our ceremonial I will be playing Gray Wolf callout |
| **Specifications / Special Notes:** | ☐ Use as per Medical Staff Order <br> ☐ Must turn in at bedtime <br> ☐ Must keep in aide station when not in use <br> ☐ Must be checked out through the Licensed Staff / Medication Room and returned after use <br> ☐ Must be used / kept in room (may not use on the unit) <br> ☐ Other: _____ <br> ☐ Must be checked as follows: _____ <br> <br> ☐ Special notes: _____ |

**Note:** This variance approves the item(s) listed above. However, in the event the patient / resident's status changes or he / she becomes self harming, this variance must be re-considered for safety and can be placed on hold per the Shift Leader / Unit Leader / Treatment Team / Medical Staff. This variance can be re-considered and revoked at any time by approval of the Program Director.

| Signature | Date | Time |
|---|---|---|
| _____ Treatment Team Member Signature | 4/7/20 | 10:00 |
| _____ Treatment Team Member Signature | 4/2/2020 | 9:07 |
| _____ Program Director Signature | 4/1/2020 | 1230 |

Original:       Master File
Follow-up:     Hearing Officer (SPTP Only)
               Property Officer
Copy:          Patient / Resident

Larned State Hospital    11/16
Larned, Kansas

**PROPERTY VARIANCE – SSP/SPTP**
**CPR- 399**

THAYER, DAVID WAYNE -



DOB:      1968
SPTP - Dillon East 1

| Item(s): | One 19 inch pipe stem It made out of wood |
|---|---|
| Description: | This pipe stem goes to our ceremonial pipe That we use in the Grey Wolf callout The other one has a crack in the End of it |
| Specifications / Special Notes: | ☐ Use as per Medical Staff Order<br>☐ Must turn in at bedtime<br>☐ Must keep in aide station when not in use<br>☐ Must be checked out through the Licensed Staff / Medication Room and returned after use<br>☐ Must be used / kept in room (may not use on the unit)<br>☐ Other: _____<br>☐ Must be checked as follows: _____<br>_____<br>☐ Special notes: _____<br>_____ |

Note:  This variance approves the item(s) listed above.  However, in the event the patient / resident's status changes or he / she becomes self harming, this variance must be re-considered for safety and can be placed on hold per the Shift Leader / Unit Leader / Treatment Team / Medical Staff.  This variance can be re-considered and revoked at any time by approval of the Program Director.

_____
Treatment Team Member Signature

_____
Treatment Team Member Signature

_____
Program Director Signature

Date: 4/7/2020    Time: 10:00
Date: 4/2/2020    Time: 0908
Date: 4/1/2020    Time: 1230

Original:    Master File
Follow-up:   Hearing Officer (SPTP Only)
            Property Officer
Copy:       Patient / Resident

Larned State Hospital
Larned, Kansas

11/15

**PROPERTY VARIANCE – SSP/SPTP**
**CPR- 399**



THAYER, DAVID WAYNE -

DOB: ___/1968
SPTP - Dillon East 1

| Item(s): | One Coyote Skull Size 7.5" X 4" X 4 inch |
|---|---|
| Description: | Coyote Skull is made out of bone and it is to be put on our ~~Quibea~~ alter During Our ceremonials for our Religous! |
| Specifications / Special Notes: | ☐ Use as per Medical Staff Order<br>☐ Must turn in at bedtime<br>☐ Must keep in aide station when not in use<br>☐ Must be checked out through the Licensed Staff / Medication Room and returned after use<br>☐ Must be used / kept in room (may not use on the unit)<br>☐ Other: _____<br>☐ Must be checked as follows: _____<br><br>☐ Special notes: _____ |

Note: This variance approves the item(s) listed above. However, in the event the patient / resident's status changes or he / she becomes self harming, this variance must be re-considered for safety and can be placed on hold per the Shift Leader / Unit Leader / Treatment Team / Medical Staff. This variance can be re-considered and revoked at any time by approval of the Program Director.

_____      4/7/2020      10∞
Treatment Team Member Signature          Date          Time

_____      4/2/2020      0708
Treatment Team Member Signature          Date          Time

_____      4/1/2020      1230
Program Director Signature          Date          Time

Original:      Master File
Follow-up:   Hearing Officer (SPTP Only)
                 Property Officer
Copy:         Patient / Resident

Larned State Hospital                    11/15
Larned, Kansas

**PROPERTY VARIANCE – SSP/SPTP**
**CPR- 399**



THAYER, DAVID WAYNE -

DOB: /1968

SPTP - Dillon East 1

| | |
|---|---|
| **Item(s):** | one Smudge bowl It made out of ceramic 5 inch |
| **Description:** | Smudge bowl is made out of ceramic because It will last longer! It won't burn up as fast If it was made out of wood, for the call out. because our old Smudge bowl ceramic has a crack in it when we Smudge. |
| **Specifications / Special Notes:** | ☐ Use as per Medical Staff Order<br>☐ Must turn in at bedtime<br>☐ Must keep in aide station when not in use<br>☐ Must be checked out through the Licensed Staff / Medication Room and returned after use<br>☐ Must be used / kept in room (may not use on the unit)<br>☐ Other: _____<br>☐ Must be checked as follows: _____<br><br>☐ Special notes: _____ |

Note: This variance approves the item(s) listed above. However, in the event the patient / resident's status changes or he / she becomes self harming, this variance must be re-considered for safety and can be placed on hold per the Shift Leader / Unit Leader / Treatment Team / Medical Staff. This variance can be re-considered and revoked at any time by approval of the Program Director.

_____    Date 4/7/2020    Time 10:00
Treatment Team Member Signature

_____    Date 4/2/2020    Time 0908
Treatment Team Member Signature

_____    Date 4/1/2020    Time 1230
Program Director Signature

Original:    Master File
Follow-up:   Hearing Officer (SPTP Only)
            Property Officer
Copy:       Patient / Resident

**Received by Larned State Hospital CIM: 4/8/2020 11:27:52 AM**

Larned State Hospital
Larned, Kansas          11/15

**PROPERTY VARIANCE – SSP/SPTP**
**CPR- 399**



THAYER, DAVID WAYNE -
DOB: /1968
*SPTP - Dillon East 1*

| Item(s): | one wood stand to holded our smudge bowl |
|---|---|
| Description: | It made out of wood and to hold our sudge bowl off the ground ~~drums~~ drums our ceremonial: for the Gray wolf callout |
| Specifications / Special Notes: | ☐ Use as per Medical Staff Order<br>☐ Must turn in at bedtime<br>☐ Must keep in aide station when not in use<br>☐ Must be checked out through the Licensed Staff / Medication Room and returned after use<br>☐ Must be used / kept in room (may not use on the unit)<br>☐ Other: _____<br>☐ Must be checked as follows: _____<br>_____<br>☐ Special notes: _____<br>_____ |

Note:  This variance approves the item(s) listed above.  However, in the event the patient / resident's status changes or he / she becomes self harming, this variance must be re-considered for safety and can be placed on hold per the Shift Leader / Unit Leader / Treatment Team / Medical Staff.  This variance can be re-considered and revoked at any time by approval of the Program Director.

_____     4/7/2020     10:00
Treatment Team Member Signature      Date           Time

_____     4/2/2020     0908
Treatment Team Member Signature      Date           Time

_____     4/1/2020     1230
Program Director Signature          Date           Time

Original:    Master File
Follow-up:   Hearing Officer (SPTP Only)
             Property Officer
Copy:        Patient / Resident

Larned State Hospital
Larned, Kansas                    11/16

PROPERTY VARIANCE – SSP/SPTP
CPR- 399

SPTP - Dillon East 1
**THAYER, DAVID WAYNE**



DOB: ___/1968
SPTP- Dillon East 1

| | |
|---|---|
| **Item(s):** | One Bandanas Colorful apache Southwest |
| **Description:** | 100% Cotton/poly blend 22"x22" inch Bandanas my personal use. To keep the sun off my head It goes with my Religon instead of wearing a hat! |
| **Specifications / Special Notes:** | ☐ Use as per Medical Staff Order<br>☐ Must turn in at bedtime<br>☐ Must keep in aide station when not in use<br>☐ Must be checked out through the Licensed Staff / Medication Room and returned after use<br>☐ Must be used / kept in room (may not use on the unit)<br>☐ Other: _____<br>☐ Must be checked as follows: _____<br><br>☑ Special notes: Not red yellow or blue single color - must be multi-color. _____ |

Note: This variance approves the item(s) listed above. However, in the event the patient / resident's status changes or he / she becomes self harming, this variance must be re-considered for safety and can be placed on hold per the Shift Leader / Unit Leader / Treatment Team / Medical Staff. This variance can be re-considered and revoked at any time by approval of the Program Director.

_____    4/7/2020        10.00
Treatment Team Member Signature         Date           Time

_____    4/2/2020        0909
Treatment Team Member Signature         Date           Time

_____    4/1/2020        1230
Program Director Signature               Date           Time

Original:   Master File
Follow-up:  Hearing Officer (SPTP Only)
            Property Officer
Copy:       Patient / Resident

Larned State Hospital
Larned, Kansas

11/15

PROPERTY VARIANCE – SSP/SPTP
CPR- 399



THAYER, DAVID WAYNE -

DOB: 1968

*SPTP - Dillon East 1*

| Item(s): | one Bandane Colorful |
|---|---|
| Description: | loo % cotton/Poly bend 22"X22" Bandane my Personal use To keep the Sun off my head because bond head my Religon use. not a ball cap |
| Specifications / Special Notes: | ☐ Use as per Medical Staff Order<br>☐ Must turn in at bedtime<br>☐ Must keep in aide station when not in use<br>☐ Must be checked out through the Licensed Staff / Medication Room and returned after use<br>☐ Must be used / kept in room (may not use on the unit)<br>☐ Other: _____<br>☐ Must be checked as follows: _____<br><br>☑ Special notes: Not Red, yellow, or blue single colored must be bought CAOR  Mya Taylor |

Note:  This variance approves the item(s) listed above.  However, in the event the patient / resident's status changes or he / she becomes self harming, this variance must be re-considered for safety and can be placed on hold per the Shift Leader / Unit Leader / Treatment Team / Medical Staff. This variance can be re-considered and revoked at any time by approval of the Program Director.

| _____ Treatment Team Member Signature | 4/7/2020 Date | 10:00 Time |
|---|---|---|
| _____ Treatment Team Member Signature | 4/2/2020 Date | 0910 Time |
| _____ Program Director Signature | 4/1/2020 Date | 1230 Time |

Original:  Master File
Follow-up:  Hearing Officer (SPTP Only)
            Property Officer
Copy:  Patient / Resident



THAYER, DAVID WAYNE -

DOB: ███1968

Larned State Hospital          11/15
Larned, Kansas

PROPERTY VARIANCE – SSP/SPTP
CPR- 399

*SPTP - Dillon East 1*

| Item(s): | One personal medicine pouch set, leather comes with a selenite crystal and a little white bag. |
|---|---|
| Description: | leather pouch this is my personal medicine bag. ~~you~~ It hang's around your neck keep you ~~positive~~ positive |
| Specifications / Special Notes: | ☐ Use as per Medical Staff Order<br>☐ Must turn in at bedtime<br>☐ Must keep in aide station when not in use<br>☐ Must be checked out through the Licensed Staff / Medication Room and returned after use<br>☐ Must be used / kept in room (may not use on the unit)<br>☐ Other: _____<br>☐ Must be checked as follows: _____<br><br>☒ Special notes: must be small in size - No large bags, etc. |

Note:  This variance approves the item(s) listed above.  However, in the event the patient / resident's status changes or he / she becomes self harming, this variance must be re-considered for safety and can be placed on hold per the Shift Leader / Unit Leader / Treatment Team / Medical Staff.  This variance can be re-considered and revoked at any time by approval of the Program Director.

_____          4/7/2020    10:00
Treatment Team Member Signature          Date          Time

_____          4/2/2020    0910
Treatment Team Member Signature          Date          Time

_____          4/1/2020    1230
Program Director Signature          Date          Time

Original:       Master File
Follow-up:     Hearing Officer (SPTP Only)
                    Property Officer
Copy:           Patient / Resident

Larned State Hospital      11/15
Larned, Kansas

**PROPERTY VARIANCE – SSP/SPTP**
**CPR- 399**



THAYER, DAVID WAYNE -

DOB: ███ 1968

SPTP - Dillon East 1

| | |
|---|---|
| **Item(s):** | one 5inch smudge bowl ceramic |
| **Description:** | this smudge bowl is for my personal use, and If the other one breaks we can use this untill we can get other one because all the Red tape we have to go thru? |
| **Specifications / Special Notes:** | ☐ Use as per Medical Staff Order<br><br>☐ Must turn in at bedtime<br><br>☐ Must keep in aide station when not in use<br><br>☐ Must be checked out through the Licensed Staff / Medication Room and returned after use<br><br>☐ Must be used / kept in room (may not use on the unit)<br><br>☐ Other: _____<br><br>☐ Must be checked as follows: _____<br>_____<br><br>☐ Special notes: _____<br>_____<br>_____ |

Note: This variance approves the item(s) listed above. However, in the event the patient / resident's status changes or he / she becomes self harming, this variance must be re-considered for safety and can be placed on hold per the Shift Leader / Unit Leader / Treatment Team / Medical Staff. This variance can be re-considered and revoked at any time by approval of the Program Director.

_____          4/7/2020      10:00
Treatment Team Member Signature      Date        Time

_____          4/2/2020      0910
Treatment Team Member Signature      Date        Time

_____          4/ /2020      1230
Program Director Signature        Date        Time

Original:    Master File
Follow-up:   Hearing Officer (SPTP Only)
             Property Officer
Copy:        Patient / Resident



THAYER, DAVID WAYNE

DOB: ████ 1968

SPTP - Dillon East 1

Larned State Hospital       11/15
Larned, Kansas

**PROPERTY VARIANCE – SSP/SPTP**
**CPR- 399**

| | |
|---|---|
| **Item(s):** | One wood stand to hold my smudge bowl |
| **Description:** | It made out of wood so it can hold my smudge bowl off the surface. Traditional for my personal used! |
| **Specifications / Special Notes:** | ☐ Use as per Medical Staff Order<br>☐ Must turn in at bedtime<br>☐ Must keep in aide station when not in use<br>☐ Must be checked out through the Licensed Staff / Medication Room and returned after use<br>☐ Must be used / kept in room (may not use on the unit)<br>☐ Other: _____<br>☐ Must be checked as follows: _____<br><br>☐ Special notes: _____ |

Note:  This variance approves the item(s) listed above.  However, in the event the patient / resident's status changes or he / she becomes self harming, this variance must be re-considered for safety and can be placed on hold per the Shift Leader / Unit Leader / Treatment Team / Medical Staff.  This variance can be re-considered and revoked at any time by approval of the Program Director.

| Treatment Team Member Signature | Date 4/2/2020 | Time 0910 |
|---|---|---|
| Treatment Team Member Signature | Date 4/1/2020 | Time 1230 |
| Program Director Signature | Date | Time |

Original:     Master File
Follow-up:   Hearing Officer (SPTP Only)
               Property Officer
Copy:         Patient / Resident

Received by Larned State Hospital CIM: 4/8/2020 11:31:24 AM