THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

IN THE MATTER OF
DAVID THAYER V. LAURA HOWARD, et al.,        Case No.: 22-CV-03086

### NOTICE OF SECESSION OF SERVICES

After being accused by Assistant Attorney General, Arthur Chalmers, of practicing law without a license, and understanding the legal ramifications of such a charge, it is my intent to cease assisting David Thayer in the above captioned matter. Mr. Thayer does not understand the law and, from my observations, Mr. Thayer has solicited the assistance of others when ever filing grievances or other program related documents that are beyond simplistic reading and writing comprehension such as cat, dog, and mouse. I don't even believe the Plaintiff understands what a declaration is let alone being able to **produce** a declaration. Any legal filings submitted by Mr. Thayer would be illegible.

Regarding the Defendant's argument for Plaintiff to show he has unsuccessfully sought out counsel, being similarly situated, I can verify Mr. Thayer does not have access to such resources. I had to assist Mr. Thayer in making his October 26th telephone call to Assistant Attorney General, Arthur Chalmers. Mr. Thayer is restricted in his ability to make telephone calls, he does not have reasonable access to a resource that provides attorney contact information, and it is highly, highly unlikely a pro bono law firm, most of which participate in public defender court appointments, would represent the Plaintiff against the State.

Respectfully submitted,

Michael. R. Chubb
Tuesday, November 15, 2022

## **CERTIFICATE OF SERVICE**

    I, Michael R. Chubb, hereby certify on this **Tuesday, November 15, 2022**, that I caused to be mailed a copy of the above and forgoing "**Notice Of Secession Of Services**" to all parties by placing said documents, postage prepaid, into the hands of staff at Larned State Hospital, Isaac Ray, South 1, in a properly addressed sealed envelope addressed to the following recipients:

John W. Lungstrum
Presiding Justice
444 SE Quincy Rm. 490
Topeka, KS. 66683
*(One Copy)*

Arthur Chalmers, Asst. A.G.
Civil Litigation Division
120 SW 10th Ave, 3rd Floor
Topeka Kansas 66612
*(One Copy)*

David Thayer, Plaintiff
1301 KS 264 Highway
Larned, Kansas 67550
*(One Copy)*

_____
Michael R. Chubb
1301 KS Highway 264
Larned, Kansas 67550
Tel: (620) 285-4777 Ext #7