# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

DAVID W. THAYER,

        Plaintiff,

v.

LAURA HOWARD, *et al.,*

        Defendants.

Case. No. 22-3086

## NOTICE OF SERVICE OF WRITTEN DISCOVERY

The undersigned certifies that on 28th day of October, 2022,

- DEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION TO PLAINTIFF; and

- DEFENDANTS' FIRST SET OF INTERROGATORIES TO PLAINTIFF (original and a copy),

were serviced by means of first-class mail, postage prepaid, addressed to:

David W. Thayer
Larned State Hospital
Dillon Building East One
1301 KS Highway 264
Larned, KS 67550
Plaintiff, pro se

    Respectfully Submitted,

    OFFICE OF KANSAS ATTORNEY
    GENERAL DEREK SCHMIDT

    /s/ Arthur S. Chalmers

1

Arthur S. Chalmers #11088
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Telephone: 785-368-6244
FAX: 785-291-3767
Email: art.chalmers@ag.ks.gov

and

Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Telephone: (785) 296-2215
FAX: (785) 291-3767
Email: matt.shoger@ag.ks.gov

*Attorneys for the Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of October, 2022, the foregoing document was served by means of first-class mail, postage prepaid, addressed to:

David W. Thayer
Larned State Hospital
Dillon Building East One
1301 KS Highway 264
Larned, KS 67550
Plaintiff, pro se

s/Arthur S. Chalmers
Arthur S. Chalmers

2