IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DAVID W. THAYER,

        Plaintiff,

v.

LAURA HOWARD, *et al.,*

        Defendants.

Case. No. 22-3086

**NOTICE OF WITHDRAWAL OF COUNSEL**

Arthur S. Chalmers, pursuant to D.Kan. Rule 83.5.5(b), gives notice of his withdrawal as counsel of record for defendants Laura Howard, Lesia Dipman, Jeff Brown, Haleigh Bennett and Linda Kidd, in both their individual and official capacities.

The Court and parties are further notified that Matthew L. Shoger, Assistant Attorney General, Office of Kansas Attorney General Kris Kobach, will continue to represent the defendants Laura Howard, Lesia Dipman, Jeff Brown, Haleigh Bennett and Linda Kidd, in both their individual and official capacities, in this matter.

    OFFICE OF ATTORNEY GENERAL
    KRIS KOBACH

    s/ Arthur S. Chalmers
    Arthur S. Chalmers, KS S. Ct. #11088
    Assistant Attorney General/Trial Counsel
    120 SW 10th Ave., 2nd Floor
    Topeka, Kansas 66612
    Ph: (785) 296-2215
    Fax: (785) 291-3767
    Email: art.chalmers@ag.ks.gov
    Withdrawing Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed the 31st day of May 2023, using the Court's electronic filing system, which will send a copy of the notice of electronic filing by electronic mail to all counsel of record.

As per D.Kan. Rule 83.5.5(b) and FRCP 5(b), a copy of this Notice was also served upon: defendants Laura Howard, Lesia Dipman, Jeff Brown, Haleigh Bennett and Linda Kidd, attn.: attn.: Sherry C. Diel, Chief Counsel, Kansas Department for Aging and Disability Services, 503 S. Kansas, Topeka, KS 66603, by means of first-class mail, postage prepaid, and also on the 31st day of May, 2023, to:

David W. Thayer
Larned State Hospital
Dillon Building East One
1301 KS Highway 264
Larned, KS 67550
*Plaintiff, pro se*

and by email to: Sherry.Diel@ks.gov.

s/ Arthur S. Chalmers
Arthur S. Chalmers