IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DAVID W. THAYER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case. No. 22-3086-DDC-KGG |
| | ) |
| **LAURA HOWARD,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME

Defendants Laura Howard, Lesia Dipman, Jeff Brown, Haleigh Bennett, and Linda Kidd ("Defendants") respectfully move this Court, through Assistant Attorney General Matthew L. Shoger, for an order allowing an additional fourteen (14) days in which to file a dispositive motion. In support of the requested extension, the Defendants state the following:

1. Currently, Defendants must file their dispositive motion by August 17, 2023.

2. Defendant has not requested any earlier extensions of time as to this deadline.

3. Defendant has not conferred with the Plaintiff in this matter.

4. Good cause exists for the requested motion.

5. This Motion is made in good faith and is not presented for the purpose of delay. The extension is requested due to the press of other business and the undersigned counsel's previously scheduled obligations.

For these reasons, Defendants request this Court enter an Order granting an extension of the time allowing fourteen days to file a dispositive motion, and any further relief this Court deems just and proper.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
KRIS W. KOBACH

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of August, 2023, the foregoing document was filed with the clerk of the court by using the CM/ECF system, with a copy served by means of first-class mail, postage prepaid, addressed to:

David W. Thayer
Larned State Hospital
Dillon Building East One
1301 KS Highway 264
Larned, KS 67550
*Plaintiff, pro se*

*/s/ Matthew L. Shoger*
Matthew L. Shoger
Assistant Attorney General

2