# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DAVID W. THAYER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case. No. 22-3086-DDC |
| | ) |
| **LAURA HOWARD,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## MOTION FOR SUMMARY JUDGMENT

Defendants Laura Howard, Lesia Dipman, Jeff Brown, Haleigh Bennett, and Linda Kidd ("Defendants") respectfully request, through Assistant Attorney General Matthew L. Shoger, that this Court grant summary judgment in their favor pursuant to Fed. R. Civ. P. 56. In accordance with D. Kan. Rule 7.1(a), a memorandum in support is filed with this motion.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
KRIS W. KOBACH

/s/ Matthew L. Shoger
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for the Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of September, 2023, the foregoing document was filed with the clerk of the court by using the CM/ECF system, with a copy to be served by means of first-class mail on the 9th day of September, 2023, postage prepaid, addressed to:

>David W. Thayer
>Larned State Hospital
>Dillon Building East One
>1301 KS Highway 264
>Larned, KS 67550
>*Plaintiff, pro se*

>>*/s/ Matthew L. Shoger*
>>Matthew L. Shoger
>>Assistant Attorney General