**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **DAVID W. THAYER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case. No. 22-3086-DDC** |
| | ) | |
| **LAURA HOWARD,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

<u>**DECLARATION OF LESIA DIPMAN**</u>

I, Lesia Dipman, being of lawful age, make the following declaration pursuant to 28 U.S.C. § 1746 relating to the captioned matter based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment.

1. I have been the superintendent of Larned State Hospital (LSH) since May 2019.

2. Previously, I was the acting superintendent of LSH from February 2019 to May 2019.

3. I have worked for the state of Kansas since 1984 and at LSH since then except for three- to four-years around 1994.

4. Dr. Lindsey Dinkel has been appointed as LSH superintendent effective upon my upcoming retirement. I am currently assisting Dr. Dinkel with the transition and will be retiring effective September 15, 2023, at which point Dr. Dinkel will take over as the LSH superintendent. Dr. Dinkel has served as the assistant superintendent for clinical services and is currently serving as delegated appointing authority during this transition phase.

5. As superintendent, I report to the State Hospitals Commissioner.

6. LSH and the State Hospitals Commission are both part of the Kansas Department of Aging & Disability Services (KDADS), a department headed by Secretary Laura Howard. As such, KDADS has supervisory authority over LSH.

7. LSH is a psychiatric facility.

8. LSH generally has about 350 to 450 residents and patients.

9. LSH has three distinct hospital programs: the Psychiatric Services Program (PSP), the State Security (Hospital) Program (SSP), and the Sexual Predator Treatment Program (SPTP).

10. As superintendent, I oversee the three programs at a high level. I also oversee the administrative program directors for each of the three programs, the chief medical officer, chief nursing officer, chief financial officer, an administrative officer, an assistant superintendent for clinical services, and an assistant superintendent for campus security and safety. I handle employment matters, including hiring and the disciplinary process for staff.

11. The duties of the assistant superintendent for clinical services (also called simply the "assistant superintendent") include overseeing clinical services for all three programs, risk management, quality management, accreditation, special projects (for quality assurance and improvement of existing processes), and as of recently the chaplain.

12. The assistant superintendent for campus security and safety is a new position since 2022.

2

**David W. Thayer**

13. David W. Thayer is a resident at LSH in SPTP in the custody of the Secretary after being found a sexually violent predator pursuant to the Kansas Sexually Violent Predator Act ("KSVPA"), K.S.A. 59-29a01 *et seq.*, as amended.

**Religious Call-Outs**

14. Religious groups at LSH for SPTP residents and their group activities are colloquially referred to as "religious call-outs."

**COVID-19**

15. To date, LSH has had over 550 positive cases of COVID-19 among staff members and over 400 positive cases of COVID-19 among patients and residents. One staff member has died from COVID-19 and four patients/residents have died from COVID-19.

16. I facilitated meetings with LSH leadership regarding how to keep COVID-19 from spreading within the hospital.

17. LSH activated its Emergency Operations Plan on or about March 16, 2020, shortly after Governor Laura Kelly issued an emergency declaration for the state of Kansas in response to the COVID-19 pandemic on March 12, 2020, and soon after LSH created a plan known as a "Pandemic Preparedness Plan" or a "Pandemic Active Infection Plan" (hereinafter "Plan").

18. The Plan addressed how to best avoid and manage COVID-19 transmission and infection at LSH. The plan was updated and modified over time. Among many other items, the plan listed restrictions on group activities of LSH visitors, staff, patients,

3

and residents. The restrictions were religion neutral, both as to religion generally and as to any particular religion. The scope of the restrictions has varied depending upon active COVID-19 cases in Pawnee County, surrounding counties, and the state, and active COVID-19 cases among LSH staff, patients, and residents. LSH moved in and out of different defined phases. However, residents have always been permitted to conduct individual religious services regardless of the phase.

19. Over time COVID-19 restrictions were loosened or retightened to respond to infection levels at LSH, within Pawnee County, or within surrounding counties or the state. Requirements and restrictions were documented as COVID-19 Phase Plans.

20. As of June 14, 2023, LSH no longer has a COVID-19 Phase Plan.

21. The Plan was a product of the collaboration of a "Core Pandemic Planning Team," composed of Infection Control Preventionist, Chief Medical Officer, Primary Care Physician, Chief Nursing Officer, Assistant Superintendent, Superintendent, Environmental Safety Officer, a Clinical Program Director and Assistant Directors of Nursing. I was a member of this core team. Defendants Haleigh Bennett, Jeff Brown, Laura Howard, and Linda Kidd were not members of this team. The team met frequently and oversaw the full Pandemic Planning for LSH. The team continued meeting until June 2023.

22. In addition, a "Large Pandemic Planning Team" was formed that met almost daily initially, then about weekly, and less often as the pandemic moved along, for information sharing, troubleshooting, questions/answers and the like regarding the pandemic response at LSH. This larger team was made up of all members of LSH

leadership, including Haleigh Bennet, Jeff Brown, Linda Kidd, and I. Defendant

Laura Howard was not a member of this team. This team continued meeting until

December 2021.

23. In designing the scope and application of restrictions and measures because of

COVID-19, LSH had to account for the fact that (1) patients and residents, along with

LSH staff, are often in close proximity to each other and necessarily confined to

relatively small areas within LSH's buildings and (2) many of LSH's patients and a

large number of the SPTP residents have a higher risk of serious complications and

even death from COVID-19 infection than general populations because of their

preexisting health conditions and age.

24. In formulating the Plan, the Core Pandemic Planning Team relied on the advice and

counsel of LSH's medical professional staff and recommendations about precautions

and personal protective equipment from the Kansas Department of Health and

Environment (KDHE), the Centers for Disease Control and Prevention (CDC) and the

World Health Organization (WHO). It also received advice from the Kansas

Department of Administration and KDADS.

25. Defendant Howard did not participate in decisions on COVID-19 restrictions at LSH.

### Religious Policies

26. From at least September 2022 to August 2023, I facilitated meetings with the

Chaplain and SPTP leadership to discuss and work on revising LSH's religious

policies. Since at least September 2022, these meetings occurred approximately every

week. The religious policy remained a work in progress. Current practice continued to

change as various logistical problems were worked through, which made it difficult to keep the written policy document reflective of current practice. Therefore, the goals of these religious policy meetings included to work through logistical issues and for the written policy document to reflect current practice.

27. An updated version of LSH Policy P9-06: Religious Guidelines for Patients/Residents received final approval from LSH's Administrative Executive Committee on August 31, 2023, and went into effect on September 1, 2023. Another update was made, effective September 7, 2023, simply to remove a reference to an outdated form, form CPR-56. All official versions of policy P9-06 since April 2021 have been attached as Exhibit 1.

28. An updated version of a related policy, LSH Policy P5-09: Diets for Religious Beliefs, received final approval from LSH's Administrative Executive Committee on August 31, 2023, and went into effect on September 1, 2023. All official versions of policy P5-09 in effect since January 2020 have been attached as Exhibit 2.

29. Various forms referenced by these two policies are attached as Exhibit 3. Form CPR-56, referenced by earlier policy versions and so included in Exhibit 3, is not currently used.

30. I have met with leaders of religious call-outs within SPTP several times along with the LSH chaplain and the administrative program director of SPTP to gather information, listen to concerns, and collaborate.

31. We are committed to working with religious leaders and allow religious activities within the limitations imposed by physical structures, applicable law, administrative

regulations, LSH policies, staffing levels, operational needs, safety and security concerns, treatment goals, the mission of LSH, and within budgetary limitations.

32. I also participated in meetings in September 2022 that tackled some logistical issues involving the religious yards, including how to clean up overgrowth. Cleaning up overgrowth posed a logistical challenge because some residents consider staff walking on their sacred religious grounds to spiritually contaminate those grounds.

33. Proper maintenance and supervision of the religious yards is especially important because an SPTP resident has previously escaped from Larned State Hospital from one of the religious yards at Dillon building in 2010.

34. The religious yards must be maintained and supervised to prevent security risks such as the passing of contraband, violent or sexual incidents, other behavioral incidents, hiding places, and elopements (escapes).

35. When a burn ban that affects LSH is in effect, LSH does not allow the sweat lodge ceremony due to fire hazard concerns regarding open fires, flying embers, and dry conditions.

### Staffing

36. LSH staff, including SPTP staff, are State of Kansas employees. They are hired by LSH and paid through state general funds. Funds for their salaries are appropriated by the Kansas legislature and the pay rates are set by the department of administration.

37. LSH has experienced staffing troubles even prior to COVID-19. Being a rural location with low rates of unemployment in the LSH area adds to the difficulty of attracting adequate staffing.

38. The staffing shortages have not been from a decision to reduce the number of hospital employees. Instead, LSH has had problems retaining, recruiting and hiring qualified employees to the Larned, Kansas hospital.

39. The impact of the staffing situation worsened with the COVID-19 pandemic. When the COVID-19 pandemic first hit Kansas in March 2020, many LSH staff members walked away from their jobs and remained at home while continuing to remain in their positions, which lowered staffing levels at LSH.

40. During the pandemic in 2020 and 2021, due to staffing shortages, we had to frequently have staff cover tasks they did not normally cover just to meet the basic operational demands of LSH.

   a. Clinical and administrative staff were trained and assisted working on units. I personally helped check and transport meal trays, helped on a unit, and even helped work a secure entry post on several occasions during this timeframe just to meet the basic operational demands of LSH.

   b. Many times transport staff (also known as escort staff) were reassigned from their duties to cover mental health developmental disability technicians (MHDD) positions to supervise patients and residents on the units, to deliver food, and to facilitate the basic operations of the facility. Transport staff supervise and implement the transport of residents to medical appointments, call-outs (including religious call-outs), and visitations. Transport staff have training as MHDD's.

41. Based on Nursing Departmental data, as of September 2022, the SPTP nursing staff vacancy rate (for nursing positions assigned to SPTP units) was approximately 65-70%. MHDD's are included in that statistic.

42. Based on Nursing Departmental data, as of September 2023, the SPTP nursing staff vacancy rate (for nursing positions assigned to SPTP units) remains in the range of approximately 65-70%. MHDD's are included in that statistic.

43. LSH frequently pays overtime for staff to cover needed shifts. Overtime is paid at time and a half.

44. Since August 2021, LSH has spent over a million dollars a month on contract nursing staff (also known as agency staff) to cover vacant positions. LSH has even had to increase the use of contract staff since August 2021, currently spending multiple millions of dollars a month on contract staff. Contract staff include registered nurses, licensed practical nurses, certified nurse aids, and patient care support staff. LSH's contractual services budget cannot cover this high cost, so additional funds come from the Kansas Department of Aging and Disability Services' (KDADS') Medicaid billing revenues and unspent State General Fund Balances in addition to a Governor's Budget Amendment providing additional funding because the other sources still do not provide enough funds to cover the cost.

45. LSH will continue to address its staffing shortage in the future by continuing to focus on recruiting and retention efforts and working with KDADS.

46. Despite these efforts, occasionally group activities, including religious call-outs, have had to be cancelled because of staff shortages pursuant to policies requiring adequate

staffing to supervise residents for those activities. Cancellations that occurred due to lack of adequate staffing were done for the safety of staff and residents, to maintain order, and for the safety and security of the facility.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on September _7th_, 2023.

Lesia Dipman
Superintendent, Larned State Hospital
Kansas Department for Aging and Disability
Services

**EXHIBIT 1**



Larned State Hospital
Lesia Dipman, Superintendent
1301 KS Hwy 264
Larned, KS 67550

**Kansas**
Department for Aging
and Disability Services

Phone: (620) 285-2131
www.kdads.ks.gov/LSH

Laura Howard, Secretary

Laura Kelly, Governor

## Memorandum

**Attention:**   LSH Patients/Residents and LSH Staff:

**RE**:   Policy P9-06 Religious Guidelines for Patients/Residents

**Date**:   September 7, 2023

**From**:   Lesia Dipman, LMSW Superintendent

This Memorandum serves as notice of a correction made to Policy P9-06 Religious Guidelines for Patients/Residents.

At the bottom of the policy, reference to form CPR-56 was inadvertently not deleted from the policy. That correction has been made and the policy updated effective today.

A new copy of the update policy will be uploaded to the patient/resident computer and the copy available on the unit will be replaced with the corrected policy.

Thank you, Lesia

**This memo is to be posted on the patient/resident unit until 10/1/2023.**

| | | |
|---|---|---|
| **LARNED**<br>**STATE**<br>**HOSPITAL** | **PATIENT**<br>**POLICY AND PROCEDURE MANUAL** | |
| **EFFECTIVE:** September 7, 2023 | | **POLICY NO.:** P9-06 |

**SUBJECT:** Religious Guidelines for Patients/Residents

## PURPOSE

To establish religious practice guidelines for patients/residents admitted to Larned State Hospital (LSH) and its Programs under the custody, care, and control of the Secretary of the Kansas Department for Aging and Disability Services (KDADS).

## POLICY

**Definitions:**

Approved Vendor(s):   A company identified and authorized by LSH for patient/resident purchase of religious items, the approved vendors are: Azure Green, Christian Book Distributors, Crazy Crow, World Tree Publications, Autom, Islamic Book Store, Aleph Institute, or Wandering Bull.

Chaplain's Designee:   The Designee to the Chaplain is the Clinical Program Director, the Superintendent or someone designated by the Superintendent to act on behalf of the Chaplain in their absence.

Designee:   A person selected or designated to carry out a duty or role. For the purpose of this policy, designees will be identified by the individual making the designation or by the Superintendent.

Governmental Interests:   A concept that allows the hospital to limit activities and practices to achieve legitimate goals of the facility as well as maintaining the safe, secure, or orderly operation of the facility.

A list of governmental interests that may appropriately restrict patient/resident rights includes but is not limited to the following:

1. Treatment plan, including but not limited to objectives and goals for patient/resident,
2. Treatment requirements, obligations, goals, programming, vocational training, and mission of the hospital
3. Medical Staff (Physician's) orders
4. Safety and security of patient/residents, staff, the facility, and the public,
5. Proper management of residents on Security Risk Status, Individualized Person Management Plan (IPMP) status, Emergency Lockdown status
6. Management of patients/residents on special precautions,
7. Operational needs,
8. Orderly operation of the facility
9. Available space,
10. Proper institutional management,
11. Staffing needs and limitations
12. Infringement on the rights of another person's rights,

13. Budgetary concerns and constraints, budgetary planning, competing budgetary interests, or allocation of resources
14. challenges to hospital authority,
15. Infection control/sanitation,
16. Regulatory and statutory requirements, regulations, policies, procedures, protocols,
17. Survey requirements imposed upon the hospital and corrective measures required/implemented.
18. Supervision/monitoring of patients and residents as deemed necessary and appropriate by hospital leadership
19. Improper use or modification of provided materials, including consumable items.

Kindling:                     Small combustible logs used for starting a fire.

Medicine Bag:                 A medicine bag is a small pouch, worn under clothing by identified religious groups that contains sacred items. A personal medicine bag may contain objects that symbolize personal well-being and tribal identity. The item is not to exceed four inches in diameter when laid out flat, which may be beaded or decorated with materials that conform to security considerations. The medicine bag shall be worn around the neck inside the shirt or carried in the pocket.

Medallion:                    A religious object generally worn around the neck by identified religious groups.

Religious Yard:               A designated area outside where religious activities occur for specified nature based religions.

Provisions for individual worship shall be available to all patients/residents on a nondiscriminatory basis. Patients/residents shall be permitted to practice a religion to which they sincerely ascribe, subject to the fundamental tenets of the religion and within the limitations imposed by physical structures, applicable law, administrative regulations, LSH policies, staffing levels, operational needs, safety and security considerations, custody considerations, treatment goals, mission of LSH, within budgetary limitations and does not infringe upon the Governmental Interests as defined above.

All limitations or prohibitions shall be consistent with considerations of whether the limitation or prohibition is in furtherance of a compelling government interest and is the least restrictive means of furthering that compelling governmental interest. No individual shall be coerced into engaging in any religious activity.

LSH shall, to the extent possible, provide adequate space and equipment for the administration of religious programs, consistent with security and custody considerations, operational needs, treatment goals, and the mission of LSH.

The Hospital Chaplain(s) shall be responsible for coordinating religious programs and implementing this policy.

**Infection Control Considerations:** Sharing of any items, i.e. a ceremonial pipe or drinking from a shared chalice, presents a risk for spread of infection and/or communicable disease.
**Illegal Substances:** No illegal substances are allowed for any religious group.

## RELIGIOUS   PROGRAMS   REQUIREMENTS (GENERAL RULES)

1.  Legitimate concerns for the order, safety or security of the facility include but are not limited to:
    a.  Proper utilization of available space;
    b.  Safety from fire and other physical hazards;
    c.  Dangerousness of the item, including its potential for use as a weapon;
    d.  Hygiene concerns;
    e.  The item's value or attractiveness encourages conflicts or theft;
    f.  Interference with the ability to properly identify the patient/resident at all times;
    g.  The interference with the ability to identify the patient/resident's job assignment; or
    h.  The possibility that the attire can be used to hide weapons and other contraband.

2.  Patients/residents shall be permitted the opportunity to learn about other religious affiliations but shall not be allowed to fully engage in the practices of other religions except when a change of affiliations is requested. Requests to attend or visit an identified callout and must be pre-approved by the Chaplain/Designee at least two weeks in advance.

3.  Participation in or attendance at any religious services by any patient/resident shall be on a voluntary basis.

4.  Requests for accommodation of religious practices and observances listed in this policy shall be considered from patients/residents who provide sufficient evidence of their belief and affiliation with the religion. All requests for establishment of a religious practice not listed in this policy shall be treated equally regardless of the religion involved. Equal, consistent treatment of all religions or religious beliefs shall not always require the same accommodations of the same religious practices in all program areas or for all patients/residents.

5.  When food is requested, the request must be in writing and provided to the Chaplain by submitting a request form to the Chaplain at least 60 days prior to the event.

6.  When appropriate, patients/residents may receive an entire day off from work or programs for the purpose of religious observance by submitting a request form to the Chaplain at least seven (7) days prior to the requested day.

7.  Patients/residents shall seek the recommendation of the Chaplain with authorization and approval from the Superintendent or Designee before two (2) or more patients/residents can form and meet as a group and hold religious services together.

8.  Patients/residents must submit all requests to establish a new religious group to the Chaplain. The Chaplain will provide recommendations to KDADS Legal for review. Approval or denial will be determined by the Superintendent/Designee.

9.  Patients/residents shall not be permitted to form or meet in a group to hold religious services if such a group would likely threaten facility security by causing affiliations to be established among the group of patients/residents that would incite challenges to the facility authority or conflicts with other patients/residents.

10. Religious observances and/or services shall not be held or scheduled at the times or with the frequency chosen by the patients/residents or mandated by the religion if those times conflict with Governmental Interests.

11. When religious observances and/or services are held or scheduled at the times approved, all patients/residents who are members of the religion shall be permitted to attend such observances or services, except when:

    a.   Allowing the patient/resident to attend is incompatible with his or her treatment goals, including, but not limited to their medical condition or treatment plan, privilege, and/or security status;

    b.   Patient/resident behavior is aggressive or causes conflict with peers or poses a risk to the safety or security of the facility;

    c.   The religious observance and/or service would challenge the facility authority or impede safety or security of the facility;

    d.   The patient/resident is assigned at that time to a Vocational Training Program (VTP) job that is essential to the operation of the facility, unless granted permission in accordance with this policy;

    e.   The time conflicts with therapeutic programming; and/or

    f.   In opposition to Governmental Interests, standards, statutes, regulations, or policies of the agency.

12. Patients/residents on an Individualized Person Management Plan (IPMP) may attend religious activities in the designated area with Treatment Team approval, subject to safety and security considerations.

13. Religious group meetings, observances, or religious services may be conducted in or restricted to any part of the facility in accordance with Governmental Interests.

14. Religious group meetings, observances, or religious services shall not be held or scheduled if those times or locations conflict with Governmental Interests. Staff will supervise or monitor meetings or services to maintain security and order.

15. Patients/residents can only possess items referenced in Attachment A (Reference Table of Religious Tenets) or with written approval by the APD and Chaplain, or their Designee(s) through a variance form, unless the variance has otherwise been revoked.

16. Weather conditions can restrict outdoor religious services in compliance with LSH policy P8-11, Yard Access and Closures.  During these times patients/residents are advised to participate in individual or indoor religious practices

17. If a religious artifact is determined to be or contain contraband or is used in an inappropriate manner, the religious artifact loses its religious significance and is considered contraband and subject to confiscation and inspection.

18. Religious artifacts, including medicine bags, shall be subject to inspection per hospital policy and procedures. A staff member may direct a patient/resident to open their personal religious item for a visual inspection or may require a patient/resident to allow the inspection of any other religious artifact.  The following are required:

   a. The patient/resident handles/touches the medicine bag or other religious artifact, and neither the bag, its contents, nor any other religious artifact should be touched by the staff member.

   b. If there is a question or problem regarding the inspection of the religious artifacts, the LSH Chaplain/Designee shall be called. If the Chaplain/Designee is not available, a Safety and Security Officer will be contacted to confiscate the medicine bag or other religious artifact and place the medicine bag or other religious artifact in a secured location as evidence. The Safety and Security Officer or staff member can ask the patient/resident to put the items in question in an evidence bag without the Officer or staff member touching the religious artifacts.

   c. The Chaplain/Designee shall be present when the religious artifact, placed in evidence, is examined to ensure that the contents or other religious artifact are treated with respect by the examining staff.

   d. The Chaplain shall be responsible to provide training to Designees on the proper method for the inspection of personal religious items to ensure that the item is treated with dignity and respect.

## VISITATION BY CLERGY (NON-PATIENTS/RESIDENTS)

1. Visitation by Clergy shall occur in the assigned visitation area, unless approved otherwise by the Superintendent/Designee, and is subject to all visitation policies and security procedures as apply to all other visitors.

2. Patients on the Psychiatric Services Program, may contact and consult with their Clergy at any time.

## RELIGIOUS HOLIDAY OBSERVANCES, SERVICES AND GROUP MEETINGS

1. A patient/resident requesting a religious holiday observance shall make the request in writing to the Chaplain at least sixty (60) days prior to the date for the observance. The Chaplain shall advise the Administrative and Clinical Program Directors/Designees whether or not the religious observance is an essential tenet of the patient's/resident's particular faith.

2. Religious observances or services shall not be held or scheduled if those times conflict with Governmental Interests.

   NOTE:   Scheduled religious observances or services may be modified or cancelled only with the approval of one of the following:
   a. Superintendent/Designee
   b. Assistant Superintendent(s)/Designee(s)
   c. Chaplain/Designee

        d.   Administrative Program Director/Designee
        e.   Clinical Program Director/Designee
        f.   Chief of Safety and Security/Designee

## CONDUCTING RELIGIOUS SERVICES
## (CLERGY OR OTHER NON-PATIENT/RESIDENT REPRESENTATIVES OF A RELIGION)

1. Verification of the identification and vetting of clergy must occur in accordance with LSH policy P9-03 Vetting Clergy and Church Professionals for Visitation, prior to conducting religious services or leading religious group meetings.

2. Cleared background check are required prior to any clergy or other representative(s) conducting any religious service.

3. Clergy or other representatives of a religion will be screened through security check points and follow all applicable policies, as required of all other visitors.

4. Clergy or other representatives of a religion will be required to provide credentials, upon request, according to the standards established for that religion.

5. Clergy members from recognized religious faiths or other representatives of a religion may hold religious services at their own expense and must schedule through the LSH Chaplain at least two weeks prior to the service.

6. Clergy or other representatives of a religion conducting religious services will be accompanied by LSH staff at all times and are required to have their visitors badge clearly displayed.

7. Clergy or other representatives of a religion shall be subject to all security procedures that apply to all other visitors.

8. Religious services will only occur in approved location(s) and as space allows.

9. All services must be conducted in accordance with applicable hospital policies and procedures as well as applicable law.

## AVAILABILITY, POSSESSION AND USE OF RELIGIOUS ITEMS/PROPERTY

1. The Chaplain, in consultation with the Administrative Program Director/Designee, KDADS Legal, and the Superintendent/Designee, as applicable, will consider each request for religious items and approve items only in accordance with applicable hospital policies and procedures and applicable law.

2. Religious articles will only be permitted if purchased through an approved vendor, with an approved variance, or donated through an approved source following LSH AD-15.0 Donations to Larned State Hospital; furthermore, all items must be in accordance with the tenets of the religion and meet safety and security guidelines of allowable property.

3. The specifications, quality and value of religious articles must meet all requirements of LSH and Program policies and relevant Governmental Interests.

4. Upon the request of patient/resident for a Bible or other related religious text materials, the facility may furnish any such religious materials that have been donated to the facility to the patient/resident, as long as such religious materials are not contrary to Governmental Interests.

5. Religious items shall not be provided to patients/residents at State expense.

6. Items intended for religious group use that are owned by the hospital or that are donated, if approved through LSH Policy AD-15.0 Donations to Larned State Hospital, may be checked out to patients/residents, but these items remain the property of the facility.

7. The use or possession of religious items brought by Clergy or other representatives of a religion during visits, religious services, or ceremonies is limited to use only during that religious activity.

8. The use or possession of religious items, as authorized per this policy, may be limited to religious services, supervised activities, ceremonies, or prayers that the patient/resident can conduct privately in their room, with the items being unavailable to the patient/residents at all other times and will be stored in an area determined by the Administrative Program Director.

9. All religious medallions and scapulars worn around the neck, shall be worn inside the shirt.

10. Medicine bags shall be worn around the neck inside the shirt, or carried in a pocket.

11. Patients/residents shall be permitted to possess or wear religious attire, including clothing, jewelry or other ornaments, or head garments only as allowed in Attachment A (Reference Table of Religious Tenets), unless contrary to relevant Governmental Interests.

12. Patients/residents may be limited to their possession of religious items to those included in the items of personal property referenced in Attachment A (Reference Table of Religious Tenets) unless possession of the religious item is approved by the Treatment Team, Administrative Program Director/Designee and Chaplain.

13. Subject to Governmental Interests and with approval of the Chaplain, patients/residents can use non-corrugated cardboard or stiff paperboard to make items of their religious tenet(s) in order to meet the safety and security requirements of the facility.

## TOBACCO AND PIPE USE

An exception to the LSH Policy LD-4.15 Tobacco Free Hospital shall be in effect for religious activities as outlined below:

1. All tobacco used for religious ceremonies will be stored, weighed, and proportioned by the Chaplain/Designee.

2. Use of tobacco during religious ceremonies shall be limited to patients/residents who are participating in a designated primary religion listed on his or her Patient Religious Affiliation Information (MS-57).

3. Tobacco use is not allowed in any building. All tobacco use will be outside in designated area(s) and only during scheduled religious ceremonies.

4. Tobacco and/or tobacco mixtures for religious use will be apportioned by the Chaplain/Designee each week and each portion will be marked for each religious ceremony and stored in the designated area on Jung, Dillon and Isaac Ray Buildings.

5. Non-portioned tobacco will be stored in a locked file cabinet in the Chaplain's Office in the LSH All Faith Chapel.

6. The designated Native American Pipe Keeper shall keep the group prayer pipe in their room. They shall bring the group prayer pipe to the ceremony and at the conclusion they shall take it back to their room.

7. In the event of a public health emergency or during an infectious or communicable disease outbreak as determined by the Chief Medical Officer and Infection Control Preventionist, patients/residents may be required to have individual pipes to reduce risk of communicable disease transmission; in that situation, patients/residents are only allowed one pipe for their individual use. The individual pipe must be:

    a. preapproved by Chaplain/Designee and Administrative Program Director/Designee,
    b. no greater than ten inches in length in longest dimension, no wider than four inches at the widest or tallest dimension, and three inches in its final dimension,
    c. free from metal parts or any features which create a safety or security risk,
    d. able to fit into the designated storage compartment, and
    e. used individually and are not allowed to be shared with others. Sharing of the pipes will result in the pipes being confiscated and unable to be used. Patients/residents sharing their pipes will be restricted from the use of pipes.

8. Native American groups must purchase their own group prayer pipe and from an approved vendor.

9. LSH reserves the right for the Chaplain/Designee to inspect the pipes at any time, in accordance with proper handling of religious artifacts. If contraband is suspected, refer to LSH policy SE-8.0 Reporting and Investigating Criminal Acts Committed at Larned State Hospital.

10. Tobacco discovered in any religious item, including medicine bags, will cause that item to lose its religious item status. The tobacco, and the item that the tobacco was discovered in, become contraband and will be confiscated.

**Specific building requirements are as follows:**

Isaac Ray:

    1. Lighters and proportioned tobacco are stored in the Isaac Ray Control Center.

    2. For each group ceremony, staff check out one lighter and tobacco from Control Center where all items are to be documented as checked out on the Item Inventory Accountability Log (LSH 325).

3. Staff delivers the tobacco to the religious leader upon arrival at the ceremony and supervises the lighting of the pipe.

4. Ceremonies involving a pipe, tobacco, and/or lighters will occur in the small cement yard only.

5. After the ceremony, the pipe will be extinguished.

6. After the ceremony, any unused tobacco, and the lighter will be returned to the Control Center.

7. Staff and Security will verify the lighter and pipe cleaning tool that were checked out is returned to the Control Center and documented on the Item Inventory Accountability Log (LSH-325).

8. Replacement lighters are requested by the Control Center from the LSH Key/Tool Administrator.

Note:   During a public health emergency or during an infectious or communicable disease outbreak as determined by the Chief Medical Officer and Infection Control Preventionist, individual pipes will be stored in the Isaac Ray Control Center individually in a clear container, each in a separate compartment. Individual pipes are stored in the Chaplain's office unless there is a public health emergency or during an infectious or communicable disease outbreak.

Residents who do not want to participate with the group pipe due to infection control concerns can request use of their individual pipe by submitting a request to the Chaplain. In those cases, the individual pipe will be stored in the Control Center. If the patient/resident participates in use of the group pipe, then the individual pipe will lose its religious significance and will no longer be approved for use.

<u>Dillon</u>:

1. Lighters are stored in the Dillon Control Center. Proportioned tobacco is stored in the secured religious room between the sliders.

2. Tobacco is stored in the secured religious storage room between the sliders.

3. Staff checks out lighters from the Control Center lighters, tobacco, and pipe cleaning tool from the secure religious room where all items are to be documented as checked out on the Item Inventory Accountability Log (LSH 325).

4. Staff delivers tobacco to the religious leader upon arrival at the ceremony and supervises the lighting of the pipes.

5. Ceremonies involving the pipe, tobacco, and/or lighters will occur in approved areas only.

6. After the ceremony, the pipe will be extinguished.

7.   The lighters and pipe cleaner will be returned to the Control Center and any unused tobacco will be returned to the secure religious room.

8.   Staff and Security will verify that lighters and cleaning tool which were checked out were returned and documented on Item Inventory Accountability Log (LSH 325).

9.   Replacement lighters are requested by the Control Center from the LSH Key/Tool Administrator.

Note:   During a public health emergency or during an infectious or communicable disease outbreak as determined by the Chief Medical Officer and Infection Control Preventionist, individual pipes will be stored in the Isaac Ray Control Center individually in a clear container, each in a separate compartment. Individual pipes are stored in the Chaplain's office unless there is a public health emergency or during an infectious or communicable disease outbreak.

Residents who do not want to participate with the group pipe due to infection control concerns can request use of their individual pipe by submitting a request to the Chaplain. In those cases, the individual pipe will be stored in the Control Center. If the patient/resident participates in use of the group pipe, then the individual pipe will lose its religious significance and will no longer be approved for use.

Jung:

1.   Lighters are stored in the Jung Control Center. Proportioned tobacco is stored in the visitation room locked cabinet.

2.   Staff checks out one lighter from the Control Center and tobacco from the visitation room locked cabinet where all items are to be documented as checked out on the Item Inventory Accountability Log (LSH 325).

3.   Staff delivers the tobacco to the religious leader upon arrival at the callout and supervises the lighting of the pipe.

4.   Ceremonies involving the pipe, tobacco, and/or lighters will occur in the visitation patio only.

5.   After the ceremony, the pipe will be extinguished.

6.   The lighter and pipe cleaning tool will be returned to the Control Center and any unused tobacco will be returned to the visitation room locked cabinet.

7.   Staff and Security will verify that the lighter and pipe cleaning tool which were checked out were returned and documented on Item Inventory Accountability Log (LSH 325).

8.   Replacement lighters are requested by the Control Center from the Chaplain/Designee.

Note:   During a public health emergency or during an infectious or communicable disease outbreak as determined by the Chief Medical Officer and Infection Control Preventionist, individual pipes will be stored in the Isaac Ray Control Center individually in a clear container, each in a separate compartment. Individual pipes are stored in the Chaplain's office unless there is a public health emergency or during an infectious or communicable disease outbreak.

Residents who do not want to participate with the group pipe due to infection control concerns can request use of their individual pipe by submitting a request to the Chaplain. In those cases, the individual pipe will be stored in the Control Center. If the patient/resident participates in use of the group pipe, then the individual pipe will lose its religious significance and will no longer be approved for use.

## PURIFICATION FIRES

Identified religious groups, i.e. Asatru, Druid, Native American, Rastafarian, Wiccan, and other religions as approved use fire for purification. For those groups, fire is allowed for use at weekly ceremonies (as approved by the Chaplain) with the following requirements:

1.  Only authorized patients/residents will be allowed to participate.  The authorized list will be distributed to staff by email from the Program Leader/Chaplain.
    a.  The escort staff will bring the following items to the religious yard and monitor the items throughout the call-out:
        i.   Garden hose (to be hooked up and the water turned on throughout the ceremony);
        ii.  Lighter (obtain from the Control Center); and
        iii. Tools and authorized kindling (obtained from the secure area).
        iv.  Only authorized patients/residents are allowed to have access to or use the tools.
    b.  The escort staff must ensure that all equipment is accounted for by performing the following steps:
        i.   Check it out
        ii.  Check it back in
        iii. Secure the items in the secure area and return the lighter to the Control Center
2.  The Council Members, Leader, or Fire Starter will start the fire.
3.  At the conclusion of the ceremony:
    a.  The yard will be cleaned-up, including any trash and debris.
    b.  Any unused wood will be properly stored.
    c.  The fire will be properly extinguished.
4.  If there is a county wide burn ban; No fire may be built.

## RELIGIOUS ATTIRE, INCLUDING CLOTHING, JEWELRY, OTHER ORNAMENTS, AND HEAD GARMENTS

1.  Patients/residents shall not be permitted to wear religious attire, including clothing, jewelry, other ornaments, or head garments that are not otherwise allowed by regulations of the hospital. Criteria to consider in balancing the desired accommodation of religious practice against Governmental Interests, which includes the following examples, but is not limited, to the following:

    a.    The interference of the attire with the ability to always properly identify the patient/resident,

    b.    The possibility that the attire can be used to hide weapons and other contraband, or

    c.    Whether permission to wear the attire could cause conflict as a special privilege allowed only for a certain group of patients/residents.

2. The wearing of religious attire, other than authorized per this policy, may be limited to private prayer in the patient's/resident's assigned room, religious services, or ceremonies.

## MEETING SPACES AND RELIGIOUS YARDS

LSH will identify space within each building or yard where patients/residents can hold religious callout(s)/service(s).

**Maintenance of Indoor Religious Meeting Spaces:**

All religious meeting spaces, including the chapel areas are to be kept clean, tidy, free of trash and orderly. Each person using the space is responsible to properly maintain the meeting space.

All items owned by the agency or by the religious group are to be properly stored each time they are used.

**Indoor Storage of Items:**

Each religious group will have an identified storage area where items are to be stored when not in use, the area is to be kept tidy, free of debris, and orderly.

3-Ring Binders:
3-ring binders are allowed for the purpose of maintaining papers associated with religious callout/service. The binders can be used during religious callouts but must be stored in the religious storage area when not in use and are not allowed to be used outside of the religious service.

**Tools - Shovels & Rakes:**

Neither Patient/Resident religious groups nor individuals are allowed to own shovels or rakes. LSH will provide two flat tip/blade shovels and two rakes per building, as needed, for use during religious callouts. The shovels and rakes will be shared between religious groups as necessary.

The religious leader must submit a Request Form to the Chaplain at least two (2) weeks prior to the time of intended use. The request must include the name(s) of all patient/residents who will be handling the shovel and/or rake during the religious activity.

Patient/Resident Use of Shovel and/or Rake:
The patient/resident must meet the following criteria to use shovel and/or rake:
1. Patient/resident must have no verbal or physical aggression for at last 6 months.
2. Security Risk Status and elopement precaution(s) disqualifies resident(s).

3. The Treatment Team, Chief of Safety and Security/Designee, APD/Designee, Chaplain, Assistant Superintendent for LSH Campus Security and Safety, and the CPD/Designee must determine denial or approval of the resident prior to allowing them to maintain the religious yard.
4. The APD will communicate (in writing) the names of patients/residents approved to handle the shovel and/or rake will be communicated to Safety and Security, the Chaplain, and all staff supervising the religious call-out.

<u>Staff Supervision and Accountability for Shovel and/or Rake During the Call-out:</u>
When shovel and/or rake are going to be used during a call-out, one additional staff who is specifically trained in religious yards and tool control must be present at all times.

The following will be the responsibility of the specifically trained staff:

1. Account for the shovel and rake in the designated storage location.
2. Maintain possession of shovel(s) and/or rake(s) at all times until they reach the religious grounds.
3. Provide the shovel(s) and/or rake(s) to the approved patient/resident for each call-out.
4. Continually monitor and supervise the use of the shovel(s) and rake(s) for the duration of the call-out.
5. At the conclusion of the call-out, asks the patient/resident to clean the shovel(s)/rake(s) and collects all shovels/rakes from the patients/residents and returns the shovels and rakes to the designated storage area.
6. All shovels and rakes must be immediately accounted for and hung in the proper location within the designated storage area.
7. Locks the designated storage area prior to leaving the area.

8. A shadow board method of storing all shovels and rakes in the secure storage area is required. All shovels and rakes will have yellow-painted handles for easy visual identification of the tools.

**Religious Yards:**

Religious yards are secure outside areas designated for use by nature-based religious groups with this as an essential tenet. When not in use, the religious yards will be kept secured. Patients/residents who are not a member of the designated nature-based religion will not participate in religious activities in the designated religious yard area. During use, staff are required to supervise patients/residents while practicing in the religious yard(s).

Dillon:          The religious yard for Dillon Building are located in the double fenced Dillon Building yard (to the west of the Modular yard).

Isaac Ray:       The Isaac Ray South Community cement courtyard (entry through doors 3439B or 3405B) is the identified religious yard area for Isaac Ray Building.

Jung:            The religious yard for Jung Building is located in the secured cement yard area on the east side of the Jung Building.

**Pipe and Drum Ceremony Procedure:**

1. Only authorized patients/residents will be allowed to participate.  The authorized list will be distributed to staff by email from the Program Leader/Chaplain.
    a. The escort staff will bring the following items to the religious yard and monitor the items throughout the call-out:
        i. Drinking water;
        ii. Garden hose (to be hooked up and the water turned on throughout the ceremony);
        iii. Lighter (obtain from the Control Center); and
        iv. Tools, tobacco, and authorized kindling (obtained from the secure area).
    b. The escort staff must ensure that all equipment is accounted for by performing the following steps:
        i. Check it out
        ii. Check it back in
        iii. Secure the items in the secure area and return the lighter to the Control Center
2. All participants must be escorted to the religious grounds.
    a. Patients/residents are only allowed to bring the following religious items to the religious yard:
        i. Religious Drum
        ii. Smudge Bowl
        iii. Feather(s)
        iv. Sage
        v. Talking Stick
        vi. Group Prayer and Individual pipes (if applicable)
            Note: The designated Native American Pipe Keeper shall keep the group prayer pipe in their room.  They shall bring the group prayer pipe to the ceremony and at the conclusion they shall take it back to their room.
3. If there is a county wide burn ban; <u>No fire may be built.</u>


**Sweat Lodge and Pow Wow Procedures:**

1. Residents can notify the Chaplain when willow branches are needed or the sweat lodge is in need of repair.
    a. The LSH Chaplain will coordinate to collect willow branches.
    b. The LSH Chaplain and the Administrative Program Director will arrange for the sweat lodge to be assembled or replaced by the patients/residents.
2. Only authorized patients/residents will be allowed to participate.  The authorized list will be distributed to designated staff by email from the Program Leader/Chaplain.
3. All participations must be Native American by LSH religion of record.
4. Location checks are required at a minimum every 30 minutes per LSH policy P8-05 Location Checks (15 and 30 minute checks), during the Sweat, participants should be respectfully notified of the location check by the staff member responsible for supervision of the ceremony. The participants may be given a few moments to finish the round and residents will open the door to be checked. At that point the participants will exit the lodge for the check. Only in the event of an emergency or when a resident does not exit the sweat lodge with other participants are staff to approach the sweat lodge to perform the location check.
5. Including starting the fire, and the ceremony shall take no longer than four (4) hours, up to an additional 30 minutes is allowed for clean-up following the Sweat.

6. Patients/residents who wish to attend Sweat must notify the Chaplain via an SPTP Request form SPTP-30.

7. Patients/residents must be at LSH for a minimum of 30 days to participate in the Sweat Lodge.

8. Patients/residents must not be on Security Risk Status.

9. Equipment and Directions:
   a. The escort staff will bring the following items to the religious yard and monitor the items throughout the sweat lodge ceremony:
      i. Drinking water;
      ii. Blankets;
      iii. Garden hose (to be hooked up and the water turned on throughout the ceremony);
      iv. Lighter (obtain from the Control Center); and
      v. Tools, tobacco, and kindling (obtain from the secure area).
   b. The escort staff must ensure that all equipment is accounted for by performing the following steps:
      i. Check it out
      ii. Check it back in
      iii. Secure the items in the secure area and return the lighter to the Control Center
      iv. Collect the blankets (shaking out excess grass) and food service items following the ceremony and send them to laundry and the kitchen.
   c. The Council Members and the Fire Starter will be escorted to the religious yard prior to other members joining for the sweat lodge ceremony.
   d. All participants must be escorted to the designated area, be strip searched by Safety and Security, all clothing and items will be searched, and then patients/residents will be escorted to the religious grounds.
   e. Patients/residents are only allowed to bring the following religious items to the religious yard:
      i. Religious Drum
      ii. Smudge Bowl
      iii. Feather(s)
      iv. Sage
      v. Talking Stick
      vi. Group Prayer Pipe or Individual pipe (if applicable)
      Note: The designated Native American Pipe Keeper shall keep the group prayer pipe in their room.  On the day of the Sweat they shall bring the group prayer pipe to the ceremony and at the conclusion he shall take it back to their room.
   f. All religious items will be given to the patient/resident after the patient/resident has been strip searched.
   g. The Shift Leader/CTS will arrange for delivery of the food to the religious yard for the ceremony.
   h. The garden hose must be connected to the water source at all times during the Sweat Ceremony or Pow Wow.  Drinking water will be prepared by staff and available to residents and staff.

10. LSH Food Service shall provide all food and drink.  Patients/residents will not be allowed to bring any food or drink items to the Sweat Ceremony or Pow Wow.

11.  Appropriate attire shall be worn by the patients/residents at all times while going to and from the Sweat Ceremony or Pow Wow.  At a minimum, shorts shall be worn at all times while at the Sweat Ceremony or Pow Wow.

12. Patients/residents leaving the Sweat Ceremony or Pow Wow, except to go to the identified bathroom location, may not return.  The bathroom is to be searched prior to and after use each time it is use.

13. At the conclusion of the Sweat Ceremony or Pow Wow:

    a.  The yard will be cleaned-up, including any trash and debris.
    b.  Any unused wood will be properly stored.
    c.  The fire will be properly extinguished.
    d.  All patients/residents will be strip searched at the identified strip location.

14. Clean sweat lodge blankets will be stored in the identified religious storage area.

15.  If there is a county wide burn ban; No fire may be built.

**Outside Storage of Items in Religious Yards:**

Religious yards can have organized wood, cut into small pieces, no longer than 2-foot in length and stacked no higher than 1-foot-high stored and covered with a tarp as long as all wood is stored away from the fence and uncovered for inspection when deemed necessary for safety or security purposes.  Rocks or other earth based items can also be stored uncovered in the yard with the same requirements, no longer than 2 foot in length and stacked no higher than 1-foot-high.

All items, including wood must be stored away from the fence.

**Maintenance of Outdoor Religious Yards:**

Engineering Department will maintain the walk-way and open religious yard areas.

All residents can maintain their religious yard area during call-outs without the use of tools, such as pulling weeds by hand, straightening rocks.

Residents must be vetted and approved through analysis of the following criteria:

1.  No verbal or physical aggression for at last 6 months
2.  Must not be on Security Risk Status
3.  Must be cleared by Medical Staff
4.  If criteria 1, 2, and 3 are met, the patients/residents are referred for review and recommendation by SPTP Leadership or PSP/SSP Treatment Team and Administrative and Clinical Program Directors
5.  SPTP Leadership refers recommendation to Chief of Safety and Security/Designee, Superintendent/Designee, and KDADS Legal

Religious yards are maintained April through September. Only vetted and approved patients/residents can maintain the religious yards with the use of equipment (mowing and weed-eating), and must be under direct supervision of Activity Therapy staff, Vocational Training staff, Chaplain, APD, Assistant APD, Program Leader, Key/Tool Control Administrator, Chief

Operating Officer, Safety/Security Officers, Assistant Superintendent(s), or other staff approved by the Superintendent/Designee.

A minimum of two staff must be present in the yard observing at all times while yard maintenance is occurring, if more than two residents are present, then one additional staff is required per resident.

Maintenance of the Religious Yard includes use of the weed eater or lawn mower only after the patient/resident has completed competency for use of the items. All items will be properly stored when not in use, including but not limited to the weed eater, lawn mower, and garden hose.

<u>Tools:</u>
Any additional tools (outside of the weed eater and lawn mower) needed to maintain religious yards must be approved by the Chief of Safety and Security, the Key/Tool Administrator, and the APD. The Key/Tool Administrator will be present to supervise the accountability of the additional tool(s). The patient/resident must be trained in the use and demonstrate documented competency of the tool(s) prior to its use.

<u>Approval of Residents to Maintain the Religious Yards (with the use of tools):</u>
The Treatment Team, Chief of Safety and Security/Designee, APD/Designee, Chaplain, Assistant Superintendent for LSH Campus Security and Safety, and the CPD/Designee must review the vetting criteria for each resident and must provide approval of the resident prior to allowing them to maintain the religious yard.

If at any time the patient/resident no longer meets the established vetting criteria, they will be restricted from maintaining the religious yard.

The APD/Designee or the Assistant APD will provide all Safety and Security Officers through group email notification the date, time, and details, including which residents will be maintaining the religious yards every time the grounds will be maintained.

**SAGE**
**(Nature Based Religious Groups Only)**

Sage can be grown on religious grounds and plants can remain on religious grounds once grown as long as the plants are maintained and weeded by hand. Gardening tools are not allowed. Harvesting will occur during religious callouts and by members of that particular religious group only. Sage can be kept and properly stored by members of the religious group as determined by the Chaplain.

**CANDLES**

At the discretion of the Chaplain, candles may be used by religious groups if candles are identified as a religious tenet on Attachment A - Reference Table of Religious Tenets and are only used in the presence of the LSH Chaplain or other approved non-patient/resident Clergy.

Hanukah:          Annually the Menorah can be lit inside the building in an area designated by the Environmental Safety Officer. The LSH Chaplain/Designee or Non-patient/resident

approved Clergy will be present during this time and will maintain the lighter and ensure that the candles are properly extinguished.

Battery Operated Candles:     Available battery operated candles may be used at the discretion of the Chaplain/Designee, by religious groups who have candles identified as a religious tenet on Attachment A - Reference Table of Religious Tenets.

## RELIGIOUS DIETS, SPECIAL MEALS, AND ANNUAL SPECIAL MEALS

For guidelines and procedures, refer to LSH Patient Policy and Procedure P5-09, "Diets for Religious Beliefs."

## RELIGIOUS AFFILIATION

1.     Upon admission, all patients/residents shall be offered the opportunity to complete a Patient/Resident Religious Affiliation Information (MS-57) form.

2.     Patients/residents may request to change their religious affiliation by submitting a Patient Religious Affiliation Information (MS-57) form to the Chaplain.

   a.     A copy of the Patient Religious Affiliation Information (MS-57) shall be placed in the patient's/resident's medical record.

3.     Subsequent requests to change religious affiliation or to return to the original religious affiliation shall be documented and achieved through the above procedure.

   **Note**:   When the frequent change of religion is deemed a manipulation of the religious program by the Treatment Team in consultation with the Chaplain, special privileges will not be afforded to patients/residents seeking frequent changes. Such determinations will be documented in the medical record.

4.     When a religion is changed, items that were considered tenants of a previous religion lose religious significance and must meet compliance with allowable items, be stored in property, donated, or sent outside of the facility.

## ACCOMMODATION OF RELIGIOUS PRACTICES

1.     A patient/resident may request the hospital accommodate a particular practice of his or her religion that involves an exception to or requires specific authorization under existing policy and procedures or other written mandates of the hospital if that request does not conflict or infringe upon the religious rights of other religious groups or the Governmental Interests of the hospital.

2.     A patient/resident who desires to request an accommodation of a religious practice shall complete the Patient/Resident Request for Accommodation of Religious Practices (MS-67) form when seeking an accommodation for a religion that is not recognized on Attachment A - Reference Table of Religious Tenets.

3. The Chaplain will provide a copy of the Patient/Resident Request for Accommodation of Religious Practices (MS-67) to the Administrative Program Director/Designee by the next business day. The Chaplain will conduct any necessary inquiry or investigation into the matter, consulting any text or other reliable writings about the religion, inquire with the patient/resident as needed to gather additional information, and/or conduct any other investigation necessary to determine the factual background of the request.  The Chaplain will make a recommendation in writing to the Administrative Program Director/Designee within 10 business days of receipt of the form (see Section: Accommodation Request Considerations/Factors).

4. The Administrative Program Director/Designee will consider any safety and/or security issues and submit their final recommendation to the Assistant Superintendent for Campus Security and Safety/Designee within 15 business days of receipt (see accommodation request considerations/factors listed below).  An extension to this time period may be granted by the Superintendent/Designee for good cause.

5. Within 30 business days of receipt of the APDs recommendations, the Assistant Superintendent for Campus Security and Safety/Designee will consider the recommendation(s), consult with KDADS Legal, and make a final determination (see accommodation request considerations/factors listed below). An extension to this time period may be granted by the Superintendent/Designee for good cause.

6. The Assistant Superintendent for Campus Security and Safety/Designee will notify the patient/resident of the decision.

7. The patient/resident may utilize the grievance procedure to appeal the Assistant Superintendent for Campus Security and Safety/Designee's decision if the patient/resident finds it unacceptable.

**Accommodation Request Considerations, Process, Factors:**

1. Requests for accommodation of certain religious practices and observances shall be considered from patients/residents who provide sufficient evidence of their belief and affiliation with the religion if the request does not conflict or infringe upon the religious rights of other religious groups or the Governmental Interests of the hospital.

2. The following factors are considered when making the determination about the patient's/resident's request for accommodation:

   a. Whether the patient/resident indicated membership in or affiliation with the religion upon admission or has a verifiable history of such affiliation;

   b. Whether the patient/resident qualifies for membership in the religion according to the religion's own criteria for membership;

   c. Whether the patient's/resident's beliefs are consistent with the traditional or official beliefs that constitute the religion;

    d.      Whether the patient/resident is familiar with the primary written text(s), if any, of the religion; and,

    e.      Whether the patient/resident has changed religious affiliations and how often.

    f.      Whether the religious practice is mandated by the religion as opposed to simply being a preferred or desired practice.

    g.      Whether the religious group is already established at LSH.

3. All requests for accommodation of religious practices shall be treated equally regardless of the religion involved. Equal, consistent treatment of all religions or religious beliefs shall not always require the same accommodations of the same religious practices in the hospital or for all patients/residents.

4. The determination to be made when a patient/resident requests an accommodation of a religious practice shall be whether any existing restriction on the practice or any justification offered for denial of the practice is in furtherance of Governmental Interests, and is the least restrictive means of furthering Governmental Interests.

5. Accommodation for a claimed religion or religious belief is entitled to consideration if the religion/belief:

   a. Has an established historical or organizational foundation, or occupies a place in the lives of its claimed adherents that is parallel to that of more conventional religions, rather than a personal philosophy, and

   b. The accommodation does not infringe upon the religious rights of other religious groups or the Governmental Interests of the hospital.

6. The determination shall be made, in accordance with the procedure outlined above with reasonable consideration of the request with information provided on the Patient/Resident Request for Accommodation of Religious Practices (MS-67), when a patient/resident seeks recognition of a set of beliefs or religion by the hospital.

7. All requests for accommodation of religious practices shall be treated equally regardless of the religion involved.

8. The determination shall not consider whether the Chaplain, the Administrative or Clinical Program Directors/Designees, or Assistant Superintendent approves of the religious belief or religion to which the patient/resident claims to adhere.

9. Equal, consistent treatment of all religions or religious beliefs shall not always require the same accommodation of the same religious practices in all buildings or for all patients/residents.

10. Requests for accommodation of certain religious practices shall be considered only from patients/residents who are actual members or adherents to their religious beliefs or in their affiliation with the religion.

11. In determining whether limitation(s) of a requested religious accommodation is reasonable, the following shall not conflict with Governmental Interests, in addition, the following must also be considered:

    a. Whether the limitation accomplishes the hospital purpose or goal on which it is based.

    b. Whether alternative means remain available to the patient/resident to practice the religion and fulfill their religious obligations.

    c. Whether the requested accommodation would have an adverse impact on other patients/residents or staff.

    d. Whether there is a ready alternative that fully accommodates the patients/residents asserted right to practice his or her religion at an insubstantial or no adverse impact to Governmental Interests.

**Establishing a New Religion:**

1. Patients/residents must submit all requests to establish a new religious group to the Chaplain. The Chaplain will provide recommendations to KDADS Legal for review. Approval or denial will be determined by the Superintendent/Designee.

Patients/residents shall not be permitted to form or meet in a group to hold a religious service if such a group would be in conflict with Governmental Interests.

ATTACHMENT:
Attachment A - Reference Table of Religious Tenets

FORMS REFERENCED:
MS-57        Patient Religious Affiliation Information
MS-67        Patient Request for Accommodation of Religious Practices

POLICIES REFERENCED:
AD-15.0     Donations to Larned State Hospital
LD-4.15     Policy Tobacco Free Hospital
P8-11        Yard Access and Closures
P5-09        Diets for Religious Beliefs
P9-03        Vetting Clergy and Church Professionals for Visitation

APPROVED BY:          *Original Signature on File*
                             LESIA DIPMAN, LMSW, Superintendent

PPR:   Chaplain

New:  08/07; Revised: 09/10; 12/13; 1/15, 1/21; 04/21; 08/23; 09/23; 09/07/23



Larned State Hospital
Lesia Dipman, Superintendent
1301 KS Hwy 264
Larned, KS 67550

**Kansas**
Department for Aging
and Disability Services

Phone: (620) 285-2131
www.kdads.ks.gov/LSH

Laura Howard, Secretary

Laura Kelly, Governor

## Memorandum

**Attention:**   LSH Patients/Residents and LSH Staff:

**RE:**   Policy P9-06 Religious Guidelines for Patients/Residents with Attachment A
Policy P5-09 Diets for Religious Beliefs with Attachment A

LSH Form MS-57 Patient/Resident Religious Affiliation Information
LSH Form MS-67 Patient/Resident Request for Accommodation of Religious Practices
LSH Form LSH-574 Request for Annual Religious Meal
LSH Form LSH-575 Request for Religious Meal

**Date:**   September 1, 2023

**From:**   Lesia Dipman, LMSW Superintendent

This Memorandum serves as notice of updates made to the following policies and associated attachments and forms, which are effective today, 9/1/2023:

1. Policy P9-06 Religious Guidelines for Patients/Residents
2. P9-06 Attachment A
3. Policy P5-09 Diets for Religious Beliefs
4. P5-09 Attachment A
5. LSH Form MS-57 Patient/Resident Religious Affiliation Information
6. LSH Form MS-67 Patient/Resident Request for Accommodation of Religious Practices
7. LSH Form LSH-574 Request for Annual Religious Meal
8. LSH Form LSH-575 Request for Religious Meal

Each unit will have one hard copy of each document located in the day hall and each document is available for access on the Patient/Resident computer(s).

**IMPORTANT NOTICE:**

LSH is requiring that **each patient/resident at LSH complete the new LSH Form MS-57** Patient/Resident Religious Affiliation Information.  Please complete this form and provide it to the LSH Chaplain. A copy of the form can be printed from the computer or obtained from the Nursing Staff upon request.

Thank you, Lesia

**This memo is to be posted on the patient/resident unit for the next 30 days, ending 10/1/2023.**

**LARNED
STATE
HOSPITAL**

**PATIENT
POLICY AND PROCEDURE MANUAL**

**EFFECTIVE:** September 1, 2023

**POLICY NO.:** P9-06

**SUBJECT:** Religious Guidelines for Patients/Residents

## PURPOSE

To establish religious practice guidelines for patients/residents admitted to Larned State Hospital (LSH) and its Programs under the custody, care, and control of the Secretary of the Kansas Department for Aging and Disability Services (KDADS).

## POLICY

**Definitions:**

Approved Vendor(s):     A company identified and authorized by LSH for patient/resident purchase of religious items, the approved vendors are: Azure Green, Christian Book Distributors, Crazy Crow, World Tree Publications, Autom, Islamic Book Store, Aleph Institute, or Wandering Bull.

Chaplain's Designee:     The Designee to the Chaplain is the Clinical Program Director, the Superintendent or someone designated by the Superintendent to act on behalf of the Chaplain in their absence.

Designee:     A person selected or designated to carry out a duty or role. For the purpose of this policy, designees will be identified by the individual making the designation or by the Superintendent.

Governmental Interests:     A concept that allows the hospital to limit activities and practices to achieve legitimate goals of the facility as well as maintaining the safe, secure, or orderly operation of the facility.

A list of governmental interests that may appropriately restrict patient/resident rights includes but is not limited to the following:

1. Treatment plan, including but not limited to objectives and goals for patient/resident,
2. Treatment requirements, obligations, goals, programming, vocational training, and mission of the hospital
3. Medical Staff (Physician's) orders
4. Safety and security of patient/residents, staff, the facility, and the public,
5. Proper management of residents on Security Risk Status, Individualized Person Management Plan (IPMP) status, Emergency Lockdown status
6. Management of patients/residents on special precautions,
7. Operational needs,
8. Orderly operation of the facility
9. Available space,
10. Proper institutional management,
11. Staffing needs and limitations
12. Infringement on the rights of another person's rights,

13. Budgetary concerns and constraints, budgetary planning, competing budgetary interests, or allocation of resources
14. challenges to hospital authority,
15. Infection control/sanitation,
16. Regulatory and statutory requirements, regulations, policies, procedures, protocols,
17. Survey requirements imposed upon the hospital and corrective measures required/implemented.
18. Supervision/monitoring of patients and residents as deemed necessary and appropriate by hospital leadership
19. Improper use or modification of provided materials, including consumable items.

Kindling:                         Small combustible logs used for starting a fire.

Medicine Bag:                     A medicine bag is a small pouch, worn under clothing by identified religious groups that contains sacred items. A personal medicine bag may contain objects that symbolize personal well-being and tribal identity. The item is not to exceed four inches in diameter when laid out flat, which may be beaded or decorated with materials that conform to security considerations. The medicine bag shall be worn around the neck inside the shirt or carried in the pocket.

Medallion:                        A religious object generally worn around the neck by identified religious groups.

Religious Yard:                   A designated area outside where religious activities occur for specified nature based religions.

Provisions for individual worship shall be available to all patients/residents on a nondiscriminatory basis. Patients/residents shall be permitted to practice a religion to which they sincerely ascribe, subject to the fundamental tenets of the religion and within the limitations imposed by physical structures, applicable law, administrative regulations, LSH policies, staffing levels, operational needs, safety and security considerations, custody considerations, treatment goals, mission of LSH, within budgetary limitations and does not infringe upon the Governmental Interests as defined above.

All limitations or prohibitions shall be consistent with considerations of whether the limitation or prohibition is in furtherance of a compelling government interest and is the least restrictive means of furthering that compelling governmental interest. No individual shall be coerced into engaging in any religious activity.

LSH shall, to the extent possible, provide adequate space and equipment for the administration of religious programs, consistent with security and custody considerations, operational needs, treatment goals, and the mission of LSH.

The Hospital Chaplain(s) shall be responsible for coordinating religious programs and implementing this policy.

**Infection Control Considerations:** Sharing of any items, i.e. a ceremonial pipe or drinking from a shared chalice, presents a risk for spread of infection and/or communicable disease.

**Illegal Substances:** No illegal substances are allowed for any religious group.

## RELIGIOUS   PROGRAMS   REQUIREMENTS (GENERAL RULES)

1. Legitimate concerns for the order, safety or security of the facility include but are not limited to:
   a. Proper utilization of available space;
   b. Safety from fire and other physical hazards;
   c. Dangerousness of the item, including its potential for use as a weapon;
   d. Hygiene concerns;
   e. The item's value or attractiveness encourages conflicts or theft;
   f. Interference with the ability to properly identify the patient/resident at all times;
   g. The interference with the ability to identify the patient/resident's job assignment; or
   h. The possibility that the attire can be used to hide weapons and other contraband.

2. Patients/residents shall be permitted the opportunity to learn about other religious affiliations but shall not be allowed to fully engage in the practices of other religions except when a change of affiliations is requested. Requests to attend or visit an identified callout and must be pre-approved by the Chaplain/Designee at least two weeks in advance.

3. Participation in or attendance at any religious services by any patient/resident shall be on a voluntary basis.

4. Requests for accommodation of religious practices and observances listed in this policy shall be considered from patients/residents who provide sufficient evidence of their belief and affiliation with the religion. All requests for establishment of a religious practice not listed in this policy shall be treated equally regardless of the religion involved. Equal, consistent treatment of all religions or religious beliefs shall not always require the same accommodations of the same religious practices in all program areas or for all patients/residents.

5. When food is requested, the request must be in writing and provided to the Chaplain by submitting a request form to the Chaplain at least 60 days prior to the event.

6. When appropriate, patients/residents may receive an entire day off from work or programs for the purpose of religious observance by submitting a request form to the Chaplain at least seven (7) days prior to the requested day.

7. Patients/residents shall seek the recommendation of the Chaplain with authorization and approval from the Superintendent or Designee before two (2) or more patients/residents can form and meet as a group and hold religious services together.

8. Patients/residents must submit all requests to establish a new religious group to the Chaplain. The Chaplain will provide recommendations to KDADS Legal for review. Approval or denial will be determined by the Superintendent/Designee.

9. Patients/residents shall not be permitted to form or meet in a group to hold religious services if such a group would likely threaten facility security by causing affiliations to be established among the group of patients/residents that would incite challenges to the facility authority or conflicts with other patients/residents.

10. Religious observances and/or services shall not be held or scheduled at the times or with the frequency chosen by the patients/residents or mandated by the religion if those times conflict with Governmental Interests.

11. When religious observances and/or services are held or scheduled at the times approved, all patients/residents who are members of the religion shall be permitted to attend such observances or services, except when:

    a.   Allowing the patient/resident to attend is incompatible with his or her treatment goals, including, but not limited to their medical condition or treatment plan, privilege, and/or security status;

    b.   Patient/resident behavior is aggressive or causes conflict with peers or poses a risk to the safety or security of the facility;

    c.   The religious observance and/or service would challenge the facility authority or impede safety or security of the facility;

    d.   The patient/resident is assigned at that time to a Vocational Training Program (VTP) job that is essential to the operation of the facility, unless granted permission in accordance with this policy;

    e.   The time conflicts with therapeutic programming; and/or

    f.   In opposition to Governmental Interests, standards, statutes, regulations, or policies of the agency.

12. Patients/residents on an Individualized Person Management Plan (IPMP) may attend religious activities in the designated area with Treatment Team approval, subject to safety and security considerations.

13. Religious group meetings, observances, or religious services may be conducted in or restricted to any part of the facility in accordance with Governmental Interests.

14. Religious group meetings, observances, or religious services shall not be held or scheduled if those times or locations conflict with Governmental Interests. Staff will supervise or monitor meetings or services to maintain security and order.

15. Patients/residents can only possess items referenced in Attachment A (Reference Table of Religious Tenets) or with written approval by the APD and Chaplain, or their Designee(s) through a variance form, unless the variance has otherwise been revoked.

16. Weather conditions can restrict outdoor religious services in compliance with LSH policy P8-11, Yard Access and Closures.  During these times patients/residents are advised to participate in individual or indoor religious practices

17. If a religious artifact is determined to be or contain contraband or is used in an inappropriate manner, the religious artifact loses its religious significance and is considered contraband and subject to confiscation and inspection.

18. Religious artifacts, including medicine bags, shall be subject to inspection per hospital policy and procedures. A staff member may direct a patient/resident to open their personal religious item for a visual inspection or may require a patient/resident to allow the inspection of any other religious artifact.  The following are required:

   a. The patient/resident handles/touches the medicine bag or other religious artifact, and neither the bag, its contents, nor any other religious artifact should be touched by the staff member.

   b. If there is a question or problem regarding the inspection of the religious artifacts, the LSH Chaplain/Designee shall be called. If the Chaplain/Designee is not available, a Safety and Security Officer will be contacted to confiscate the medicine bag or other religious artifact and place the medicine bag or other religious artifact in a secured location as evidence. The Safety and Security Officer or staff member can ask the patient/resident to put the items in question in an evidence bag without the Officer or staff member touching the religious artifacts.

   c. The Chaplain/Designee shall be present when the religious artifact, placed in evidence, is examined to ensure that the contents or other religious artifact are treated with respect by the examining staff.

   d. The Chaplain shall be responsible to provide training to Designees on the proper method for the inspection of personal religious items to ensure that the item is treated with dignity and respect.

## VISITATION BY CLERGY (NON-PATIENTS/RESIDENTS)

1. Visitation by Clergy shall occur in the assigned visitation area, unless approved otherwise by the Superintendent/Designee, and is subject to all visitation policies and security procedures as apply to all other visitors.

2. Patients on the Psychiatric Services Program, may contact and consult with their Clergy at any time.

## RELIGIOUS HOLIDAY OBSERVANCES, SERVICES AND GROUP MEETINGS

1. A patient/resident requesting a religious holiday observance shall make the request in writing to the Chaplain at least sixty (60) days prior to the date for the observance. The Chaplain shall advise the Administrative and Clinical Program Directors/Designees whether or not the religious observance is an essential tenet of the patient's/resident's particular faith.

2. Religious observances or services shall not be held or scheduled if those times conflict with Governmental Interests.

   NOTE:   Scheduled religious observances or services may be modified or cancelled only with the approval of one of the following:
   a. Superintendent/Designee
   b. Assistant Superintendent(s)/Designee(s)
   c. Chaplain/Designee

   d. Administrative Program Director/Designee
   e. Clinical Program Director/Designee
   f. Chief of Safety and Security/Designee

## CONDUCTING RELIGIOUS SERVICES
## (CLERGY OR OTHER NON-PATIENT/RESIDENT REPRESENTATIVES OF A RELIGION)

1. Verification of the identification and vetting of clergy must occur in accordance with LSH policy P9-03 Vetting Clergy and Church Professionals for Visitation, prior to conducting religious services or leading religious group meetings.

2. Cleared background check are required prior to any clergy or other representative(s) conducting any religious service.

3. Clergy or other representatives of a religion will be screened through security check points and follow all applicable policies, as required of all other visitors.

4. Clergy or other representatives of a religion will be required to provide credentials, upon request, according to the standards established for that religion.

5. Clergy members from recognized religious faiths or other representatives of a religion may hold religious services at their own expense and must schedule through the LSH Chaplain at least two weeks prior to the service.

6. Clergy or other representatives of a religion conducting religious services will be accompanied by LSH staff at all times and are required to have their visitors badge clearly displayed.

7. Clergy or other representatives of a religion shall be subject to all security procedures that apply to all other visitors.

8. Religious services will only occur in approved location(s) and as space allows.

9. All services must be conducted in accordance with applicable hospital policies and procedures as well as applicable law.

## AVAILABILITY, POSSESSION AND USE OF RELIGIOUS ITEMS/PROPERTY

1. The Chaplain, in consultation with the Administrative Program Director/Designee, KDADS Legal, and the Superintendent/Designee, as applicable, will consider each request for religious items and approve items only in accordance with applicable hospital policies and procedures and applicable law.

2. Religious articles will only be permitted if purchased through an approved vendor, with an approved variance, or donated through an approved source following LSH AD-15.0 Donations to Larned State Hospital; furthermore, all items must be in accordance with the tenets of the religion and meet safety and security guidelines of allowable property.

3. The specifications, quality and value of religious articles must meet all requirements of LSH and Program policies and relevant Governmental Interests.

4. Upon the request of patient/resident for a Bible or other related religious text materials, the facility may furnish any such religious materials that have been donated to the facility to the patient/resident, as long as such religious materials are not contrary to Governmental Interests.

5. Religious items shall not be provided to patients/residents at State expense.

6. Items intended for religious group use that are owned by the hospital or that are donated, if approved through LSH Policy AD-15.0 Donations to Larned State Hospital, may be checked out to patients/residents, but these items remain the property of the facility.

7. The use or possession of religious items brought by Clergy or other representatives of a religion during visits, religious services, or ceremonies is limited to use only during that religious activity.

8. The use or possession of religious items, as authorized per this policy, may be limited to religious services, supervised activities, ceremonies, or prayers that the patient/resident can conduct privately in their room, with the items being unavailable to the patient/residents at all other times and will be stored in an area determined by the Administrative Program Director.

9. All religious medallions and scapulars worn around the neck, shall be worn inside the shirt.

10. Medicine bags shall be worn around the neck inside the shirt, or carried in a pocket.

11. Patients/residents shall be permitted to possess or wear religious attire, including clothing, jewelry or other ornaments, or head garments only as allowed in Attachment A (Reference Table of Religious Tenets), unless contrary to relevant Governmental Interests.

12. Patients/residents may be limited to their possession of religious items to those included in the items of personal property referenced in Attachment A (Reference Table of Religious Tenets) unless possession of the religious item is approved by the Treatment Team, Administrative Program Director/Designee and Chaplain.

13. Subject to Governmental Interests and with approval of the Chaplain, patients/residents can use non-corrugated cardboard or stiff paperboard to make items of their religious tenet(s) in order to meet the safety and security requirements of the facility.

## TOBACCO AND PIPE USE

An exception to the LSH Policy LD-4.15 Tobacco Free Hospital shall be in effect for religious activities as outlined below:

1. All tobacco used for religious ceremonies will be stored, weighed, and proportioned by the Chaplain/Designee.

2. Use of tobacco during religious ceremonies shall be limited to patients/residents who are participating in a designated primary religion listed on his or her Patient Religious Affiliation Information (MS-57).

3. Tobacco use is not allowed in any building. All tobacco use will be outside in designated area(s) and only during scheduled religious ceremonies.

4. Tobacco and/or tobacco mixtures for religious use will be apportioned by the Chaplain/Designee each week and each portion will be marked for each religious ceremony and stored in the designated area on Jung, Dillon and Isaac Ray Buildings.

5. Non-portioned tobacco will be stored in a locked file cabinet in the Chaplain's Office in the LSH All Faith Chapel.

6. The designated Native American Pipe Keeper shall keep the group prayer pipe in their room. They shall bring the group prayer pipe to the ceremony and at the conclusion they shall take it back to their room.

7. In the event of a public health emergency or during an infectious or communicable disease outbreak as determined by the Chief Medical Officer and Infection Control Preventionist, patients/residents may be required to have individual pipes to reduce risk of communicable disease transmission; in that situation, patients/residents are only allowed one pipe for their individual use. The individual pipe must be:

   a. preapproved by Chaplain/Designee and Administrative Program Director/Designee,
   b. no greater than ten inches in length in longest dimension, no wider than four inches at the widest or tallest dimension, and three inches in its final dimension,
   c. free from metal parts or any features which create a safety or security risk,
   d. able to fit into the designated storage compartment, and
   e. used individually and are not allowed to be shared with others. Sharing of the pipes will result in the pipes being confiscated and unable to be used. Patients/residents sharing their pipes will be restricted from the use of pipes.

8. Native American groups must purchase their own group prayer pipe and from an approved vendor.

9. LSH reserves the right for the Chaplain/Designee to inspect the pipes at any time, in accordance with proper handling of religious artifacts. If contraband is suspected, refer to LSH policy SE-8.0 Reporting and Investigating Criminal Acts Committed at Larned State Hospital.

10. Tobacco discovered in any religious item, including medicine bags, will cause that item to lose its religious item status. The tobacco, and the item that the tobacco was discovered in, become contraband and will be confiscated.

**Specific building requirements are as follows:**

Isaac Ray:

   1. Lighters and proportioned tobacco are stored in the Isaac Ray Control Center.

   2. For each group ceremony, staff check out one lighter and tobacco from Control Center where all items are to be documented as checked out on the Item Inventory Accountability Log (LSH 325).

3. Staff delivers the tobacco to the religious leader upon arrival at the ceremony and supervises the lighting of the pipe.

4. Ceremonies involving a pipe, tobacco, and/or lighters will occur in the small cement yard only.

5. After the ceremony, the pipe will be extinguished.

6. After the ceremony, any unused tobacco, and the lighter will be returned to the Control Center.

7. Staff and Security will verify the lighter and pipe cleaning tool that were checked out is returned to the Control Center and documented on the Item Inventory Accountability Log (LSH-325).

8. Replacement lighters are requested by the Control Center from the LSH Key/Tool Administrator.

Note: During a public health emergency or during an infectious or communicable disease outbreak as determined by the Chief Medical Officer and Infection Control Preventionist, individual pipes will be stored in the Isaac Ray Control Center individually in a clear container, each in a separate compartment. Individual pipes are stored in the Chaplain's office unless there is a public health emergency or during an infectious or communicable disease outbreak.

Residents who do not want to participate with the group pipe due to infection control concerns can request use of their individual pipe by submitting a request to the Chaplain. In those cases, the individual pipe will be stored in the Control Center. If the patient/resident participates in use of the group pipe, then the individual pipe will lose its religious significance and will no longer be approved for use.

Dillon:

1. Lighters are stored in the Dillon Control Center. Proportioned tobacco is stored in the secured religious room between the sliders.

2. Tobacco is stored in the secured religious storage room between the sliders.

3. Staff checks out lighters from the Control Center lighters, tobacco, and pipe cleaning tool from the secure religious room where all items are to be documented as checked out on the Item Inventory Accountability Log (LSH 325).

4. Staff delivers tobacco to the religious leader upon arrival at the ceremony and supervises the lighting of the pipes.

5. Ceremonies involving the pipe, tobacco, and/or lighters will occur in approved areas only.

6. After the ceremony, the pipe will be extinguished.

7. The lighters and pipe cleaner will be returned to the Control Center and any unused tobacco will be returned to the secure religious room.

8. Staff and Security will verify that lighters and cleaning tool which were checked out were returned and documented on Item Inventory Accountability Log (LSH 325).

9. Replacement lighters are requested by the Control Center from the LSH Key/Tool Administrator.

Note:   During a public health emergency or during an infectious or communicable disease outbreak as determined by the Chief Medical Officer and Infection Control Preventionist, individual pipes will be stored in the Isaac Ray Control Center individually in a clear container, each in a separate compartment. Individual pipes are stored in the Chaplain's office unless there is a public health emergency or during an infectious or communicable disease outbreak.

Residents who do not want to participate with the group pipe due to infection control concerns can request use of their individual pipe by submitting a request to the Chaplain. In those cases, the individual pipe will be stored in the Control Center. If the patient/resident participates in use of the group pipe, then the individual pipe will lose its religious significance and will no longer be approved for use.

Jung:

1. Lighters are stored in the Jung Control Center. Proportioned tobacco is stored in the visitation room locked cabinet.

2. Staff checks out one lighter from the Control Center and tobacco from the visitation room locked cabinet where all items are to be documented as checked out on the Item Inventory Accountability Log (LSH 325).

3. Staff delivers the tobacco to the religious leader upon arrival at the callout and supervises the lighting of the pipe.

4. Ceremonies involving the pipe, tobacco, and/or lighters will occur in the visitation patio only.

5. After the ceremony, the pipe will be extinguished.

6. The lighter and pipe cleaning tool will be returned to the Control Center and any unused tobacco will be returned to the visitation room locked cabinet.

7. Staff and Security will verify that the lighter and pipe cleaning tool which were checked out were returned and documented on Item Inventory Accountability Log (LSH 325).

8. Replacement lighters are requested by the Control Center from the Chaplain/Designee.

Note:   During a public health emergency or during an infectious or communicable disease outbreak as determined by the Chief Medical Officer and Infection Control Preventionist, individual pipes will be stored in the Isaac Ray Control Center individually in a clear container, each in a separate compartment. Individual pipes are stored in the Chaplain's office unless there is a public health emergency or during an infectious or communicable disease outbreak.

Residents who do not want to participate with the group pipe due to infection control concerns can request use of their individual pipe by submitting a request to the Chaplain. In those cases, the individual pipe will be stored in the Control Center. If the patient/resident participates in use of the group pipe, then the individual pipe will lose its religious significance and will no longer be approved for use.

## PURIFICATION FIRES

Identified religious groups, i.e. Asatru, Druid, Native American, Rastafarian, Wiccan, and other religions as approved use fire for purification. For those groups, fire is allowed for use at weekly ceremonies (as approved by the Chaplain) with the following requirements:

1.  Only authorized patients/residents will be allowed to participate.  The authorized list will be distributed to staff by email from the Program Leader/Chaplain.
    a.  The escort staff will bring the following items to the religious yard and monitor the items throughout the call-out:
        i.   Garden hose (to be hooked up and the water turned on throughout the ceremony);
        ii.  Lighter (obtain from the Control Center); and
        iii. Tools and authorized kindling (obtained from the secure area).
        iv.  Only authorized patients/residents are allowed to have access to or use the tools.
    b.  The escort staff must ensure that all equipment is accounted for by performing the following steps:
        i.   Check it out
        ii.  Check it back in
        iii. Secure the items in the secure area and return the lighter to the Control Center
2.  The Council Members, Leader, or Fire Starter will start the fire.
3.  At the conclusion of the ceremony:
    a.  The yard will be cleaned-up, including any trash and debris.
    b.  Any unused wood will be properly stored.
    c.  The fire will be properly extinguished.
4.  If there is a county wide burn ban; No fire may be built.

## RELIGIOUS ATTIRE, INCLUDING CLOTHING, JEWELRY, OTHER ORNAMENTS, AND HEAD GARMENTS

1.  Patients/residents shall not be permitted to wear religious attire, including clothing, jewelry, other ornaments, or head garments that are not otherwise allowed by regulations of the hospital. Criteria to consider in balancing the desired accommodation of religious practice against Governmental Interests, which includes the following examples, but is not limited, to the following:

a.     The interference of the attire with the ability to always properly identify the patient/resident,

b.     The possibility that the attire can be used to hide weapons and other contraband, or

c.     Whether permission to wear the attire could cause conflict as a special privilege allowed only for a certain group of patients/residents.

2.     The wearing of religious attire, other than authorized per this policy, may be limited to private prayer in the patient's/resident's assigned room, religious services, or ceremonies.

## MEETING SPACES AND RELIGIOUS YARDS

LSH will identify space within each building or yard where patients/residents can hold religious callout(s)/service(s).

**Maintenance of Indoor Religious Meeting Spaces:**

All religious meeting spaces, including the chapel areas are to be kept clean, tidy, free of trash and orderly.  Each person using the space is responsible to properly maintain the meeting space.

All items owned by the agency or by the religious group are to be properly stored each time they are used.

**Indoor Storage of Items:**

Each religious group will have an identified storage area where items are to be stored when not in use, the area is to be kept tidy, free of debris, and orderly.

3-Ring Binders:
3-ring binders are allowed for the purpose of maintaining papers associated with religious callout/service. The binders can be used during religious callouts but must be stored in the religious storage area when not in use and are not allowed to be used outside of the religious service.

**Tools - Shovels & Rakes:**

Neither Patient/Resident religious groups nor individuals are allowed to own shovels or rakes. LSH will provide two flat tip/blade shovels and two rakes per building, as needed, for use during religious callouts.  The shovels and rakes will be shared between religious groups as necessary.

The religious leader must submit a Request Form to the Chaplain at least two (2) weeks prior to the time of intended use.  The request must include the name(s) of all patient/residents who will be handling the shovel and/or rake during the religious activity.

Patient/Resident Use of Shovel and/or Rake:
The patient/resident must meet the following criteria to use shovel and/or rake:
   1.  Patient/resident must have no verbal or physical aggression for at last 6 months.
   2.  Security Risk Status and elopement precaution(s) disqualifies resident(s).

3. The Treatment Team, Chief of Safety and Security/Designee, APD/Designee, Chaplain, Assistant Superintendent for LSH Campus Security and Safety, and the CPD/Designee must determine denial or approval of the resident prior to allowing them to maintain the religious yard.
4. The APD will communicate (in writing) the names of patients/residents approved to handle the shovel and/or rake will be communicated to Safety and Security, the Chaplain, and all staff supervising the religious call-out.

<u>Staff Supervision and Accountability for Shovel and/or Rake During the Call-out:</u>
When shovel and/or rake are going to be used during a call-out, one additional staff who is specifically trained in religious yards and tool control must be present at all times.

The following will be the responsibility of the specifically trained staff:

1. Account for the shovel and rake in the designated storage location.
2. Maintain possession of shovel(s) and/or rake(s) at all times until they reach the religious grounds.
3. Provide the shovel(s) and/or rake(s) to the approved patient/resident for each call-out.
4. Continually monitor and supervise the use of the shovel(s) and rake(s) for the duration of the call-out.
5. At the conclusion of the call-out, asks the patient/resident to clean the shovel(s)/rake(s) and collects all shovels/rakes from the patients/residents and returns the shovels and rakes to the designated storage area.
6. All shovels and rakes must be immediately accounted for and hung in the proper location within the designated storage area.
7. Locks the designated storage area prior to leaving the area.

8. A shadow board method of storing all shovels and rakes in the secure storage area is required. All shovels and rakes will have yellow-painted handles for easy visual identification of the tools.

**Religious Yards:**

Religious yards are secure outside areas designated for use by nature-based religious groups with this as an essential tenet. When not in use, the religious yards will be kept secured. Patients/residents who are not a member of the designated nature-based religion will not participate in religious activities in the designated religious yard area. During use, staff are required to supervise patients/residents while practicing in the religious yard(s).

Dillon:          The religious yard for Dillon Building are located in the double fenced Dillon Building yard (to the west of the Modular yard).

Isaac Ray:     The Isaac Ray South Community cement courtyard (entry through doors 3439B or 3405B) is the identified religious yard area for Isaac Ray Building.

Jung:           The religious yard for Jung Building is located in the secured cement yard area on the east side of the Jung Building.

**Pipe and Drum Ceremony Procedure:**

1.  Only authorized patients/residents will be allowed to participate.  The authorized list will be distributed to staff by email from the Program Leader/Chaplain.
    a.  The escort staff will bring the following items to the religious yard and monitor the items throughout the call-out:
        i.   Drinking water;
        ii.  Garden hose (to be hooked up and the water turned on throughout the ceremony);
        iii. Lighter (obtain from the Control Center); and
        iv.  Tools, tobacco, and authorized kindling (obtained from the secure area).
    b.  The escort staff must ensure that all equipment is accounted for by performing the following steps:
        i.   Check it out
        ii.  Check it back in
        iii. Secure the items in the secure area and return the lighter to the Control Center
2.  All participants must be escorted to the religious grounds.
    a.  Patients/residents are only allowed to bring the following religious items to the religious yard:
        i.   Religious Drum
        ii.  Smudge Bowl
        iii. Feather(s)
        iv.  Sage
        v.   Talking Stick
        vi.  Group Prayer and Individual pipes (if applicable)
             Note: The designated Native American Pipe Keeper shall keep the group prayer pipe in their room.  They shall bring the group prayer pipe to the ceremony and at the conclusion they shall take it back to their room.
3.  If there is a county wide burn ban; <u>No fire may be built.</u>


**Sweat Lodge and Pow Wow Procedures:**

1.  Residents can notify the Chaplain when willow branches are needed or the sweat lodge is in need of repair.
    a.  The LSH Chaplain will coordinate to collect willow branches.
    b.  The LSH Chaplain and the Administrative Program Director will arrange for the sweat lodge to be assembled or replaced by the patients/residents.
2.  Only authorized patients/residents will be allowed to participate.  The authorized list will be distributed to designated staff by email from the Program Leader/Chaplain.
3.  All participations must be Native American by LSH religion of record.
4.  Location checks are required at a minimum every 30 minutes per LSH policy P8-05 Location Checks (15 and 30 minute checks), during the Sweat, participants should be respectfully notified of the location check by the staff member responsible for supervision of the ceremony. The participants may be given a few moments to finish the round and residents will open the door to be checked. At that point the participants will exit the lodge for the check. Only in the event of an emergency or when a resident does not exit the sweat lodge with other participants are staff to approach the sweat lodge to perform the location check.
5.  Including starting the fire, and the ceremony shall take no longer than four (4) hours, up to an additional 30 minutes is allowed for clean-up following the Sweat.

6. Patients/residents who wish to attend Sweat must notify the Chaplain via an SPTP Request form SPTP-30.

7. Patients/residents must be at LSH for a minimum of 30 days to participate in the Sweat Lodge.

8. Patients/residents must not be on Security Risk Status.

9. Equipment and Directions:
   a. The escort staff will bring the following items to the religious yard and monitor the items throughout the sweat lodge ceremony:
      i. Drinking water;
      ii. Blankets;
      iii. Garden hose (to be hooked up and the water turned on throughout the ceremony);
      iv. Lighter (obtain from the Control Center); and
      v. Tools, tobacco, and kindling (obtain from the secure area).
   b. The escort staff must ensure that all equipment is accounted for by performing the following steps:
      i. Check it out
      ii. Check it back in
      iii. Secure the items in the secure area and return the lighter to the Control Center
      iv. Collect the blankets (shaking out excess grass) and food service items following the ceremony and send them to laundry and the kitchen.
   c. The Council Members and the Fire Starter will be escorted to the religious yard prior to other members joining for the sweat lodge ceremony.
   d. All participants must be escorted to the designated area, be strip searched by Safety and Security, all clothing and items will be searched, and then patients/residents will be escorted to the religious grounds.
   e. Patients/residents are only allowed to bring the following religious items to the religious yard:
      i. Religious Drum
      ii. Smudge Bowl
      iii. Feather(s)
      iv. Sage
      v. Talking Stick
      vi. Group Prayer Pipe or Individual pipe (if applicable)
      Note: The designated Native American Pipe Keeper shall keep the group prayer pipe in their room.  On the day of the Sweat they shall bring the group prayer pipe to the ceremony and at the conclusion he shall take it back to their room.
   f. All religious items will be given to the patient/resident after the patient/resident has been strip searched.
   g. The Shift Leader/CTS will arrange for delivery of the food to the religious yard for the ceremony.
   h. The garden hose must be connected to the water source at all times during the Sweat Ceremony or Pow Wow.  Drinking water will be prepared by staff and available to residents and staff.

10. LSH Food Service shall provide all food and drink.  Patients/residents will not be allowed to bring any food or drink items to the Sweat Ceremony or Pow Wow.

11.  Appropriate attire shall be worn by the patients/residents at all times while going to and from the Sweat Ceremony or Pow Wow.  At a minimum, shorts shall be worn at all times while at the Sweat Ceremony or Pow Wow.

12. Patients/residents leaving the Sweat Ceremony or Pow Wow, except to go to the identified bathroom location, may not return.  The bathroom is to be searched prior to and after use each time it is use.

13. At the conclusion of the Sweat Ceremony or Pow Wow:

    a.  The yard will be cleaned-up, including any trash and debris.
    b.  Any unused wood will be properly stored.
    c.  The fire will be properly extinguished.
    d.  All patients/residents will be strip searched at the identified strip location.

14. Clean sweat lodge blankets will be stored in the identified religious storage area.

15.  If there is a county wide burn ban; No fire may be built.

**Outside Storage of Items in Religious Yards:**

Religious yards can have organized wood, cut into small pieces, no longer than 2-foot in length and stacked no higher than 1-foot-high stored and covered with a tarp as long as all wood is stored away from the fence and uncovered for inspection when deemed necessary for safety or security purposes.  Rocks or other earth based items can also be stored uncovered in the yard with the same requirements, no longer than 2 foot in length and stacked no higher than 1-foot-high.

All items, including wood must be stored away from the fence.

**Maintenance of Outdoor Religious Yards:**

Engineering Department will maintain the walk-way and open religious yard areas.

All residents can maintain their religious yard area during call-outs without the use of tools, such as pulling weeds by hand, straightening rocks.

Residents must be vetted and approved through analysis of the following criteria:

1.  No verbal or physical aggression for at last 6 months
2.  Must not be on Security Risk Status
3.  Must be cleared by Medical Staff
4.  If criteria 1, 2, and 3 are met, the patients/residents are referred for review and recommendation by SPTP Leadership or PSP/SSP Treatment Team and Administrative and Clinical Program Directors
5.  SPTP Leadership refers recommendation to Chief of Safety and Security/Designee, Superintendent/Designee, and KDADS Legal

Religious yards are maintained April through September. Only vetted and approved patients/residents can maintain the religious yards with the use of equipment (mowing and weed-eating), and must be under direct supervision of Activity Therapy staff, Vocational Training staff, Chaplain, APD, Assistant APD, Program Leader, Key/Tool Control Administrator, Chief

Operating Officer, Safety/Security Officers, Assistant Superintendent(s), or other staff approved by the Superintendent/Designee.

A minimum of two staff must be present in the yard observing at all times while yard maintenance is occurring, if more than two residents are present, then one additional staff is required per resident.

Maintenance of the Religious Yard includes use of the weed eater or lawn mower only after the patient/resident has completed competency for use of the items. All items will be properly stored when not in use, including but not limited to the weed eater, lawn mower, and garden hose.

Tools:
Any additional tools (outside of the weed eater and lawn mower) needed to maintain religious yards must be approved by the Chief of Safety and Security, the Key/Tool Administrator, and the APD. The Key/Tool Administrator will be present to supervise the accountability of the additional tool(s). The patient/resident must be trained in the use and demonstrate documented competency of the tool(s) prior to its use.

Approval of Residents to Maintain the Religious Yards (with the use of tools):
The Treatment Team, Chief of Safety and Security/Designee, APD/Designee, Chaplain, Assistant Superintendent for LSH Campus Security and Safety, and the CPD/Designee must review the vetting criteria for each resident and must provide approval of the resident prior to allowing them to maintain the religious yard.

If at any time the patient/resident no longer meets the established vetting criteria, they will be restricted from maintaining the religious yard.

The APD/Designee or the Assistant APD will provide all Safety and Security Officers through group email notification the date, time, and details, including which residents will be maintaining the religious yards every time the grounds will be maintained.

## SAGE
### (Nature Based Religious Groups Only)

Sage can be grown on religious grounds and plants can remain on religious grounds once grown as long as the plants are maintained and weeded by hand. Gardening tools are not allowed. Harvesting will occur during religious callouts and by members of that particular religious group only. Sage can be kept and properly stored by members of the religious group as determined by the Chaplain.

## CANDLES

At the discretion of the Chaplain, candles may be used by religious groups if candles are identified as a religious tenet on Attachment A - Reference Table of Religious Tenets and are only used in the presence of the LSH Chaplain or other approved non-patient/resident Clergy.

Hanukah:        Annually the Menorah can be lit inside the building in an area designated by the Environmental Safety Officer. The LSH Chaplain/Designee or Non-patient/resident

approved Clergy will be present during this time and will maintain the lighter and ensure that the candles are properly extinguished.

Battery Operated Candles:   Available battery operated candles may be used at the discretion of the Chaplain/Designee, by religious groups who have candles identified as a religious tenet on Attachment A - Reference Table of Religious Tenets.

## RELIGIOUS DIETS, SPECIAL MEALS, AND ANNUAL SPECIAL MEALS

For guidelines and procedures, refer to LSH Patient Policy and Procedure P5-09, "Diets for Religious Beliefs."

## RELIGIOUS AFFILIATION

1.   Upon admission, all patients/residents shall be offered the opportunity to complete a Patient/Resident Religious Affiliation Information (MS-57) form.

2.   Patients/residents may request to change their religious affiliation by submitting a Patient Religious Affiliation Information (MS-57) form to the Chaplain.

     a.   A copy of the Patient Religious Affiliation Information (MS-57) shall be placed in the patient's/resident's medical record.

3.   Subsequent requests to change religious affiliation or to return to the original religious affiliation shall be documented and achieved through the above procedure.

     **Note**:   When the frequent change of religion is deemed a manipulation of the religious program by the Treatment Team in consultation with the Chaplain, special privileges will not be afforded to patients/residents seeking frequent changes. Such determinations will be documented in the medical record.

4.   When a religion is changed, items that were considered tenants of a previous religion lose religious significance and must meet compliance with allowable items, be stored in property, donated, or sent outside of the facility.

## ACCOMMODATION OF RELIGIOUS PRACTICES

1.   A patient/resident may request the hospital accommodate a particular practice of his or her religion that involves an exception to or requires specific authorization under existing policy and procedures or other written mandates of the hospital if that request does not conflict or infringe upon the religious rights of other religious groups or the Governmental Interests of the hospital.

2.   A patient/resident who desires to request an accommodation of a religious practice shall complete the Patient/Resident Request for Accommodation of Religious Practices (MS-67) form when seeking an accommodation for a religion that is not recognized on Attachment A - Reference Table of Religious Tenets.

3. The Chaplain will provide a copy of the Patient/Resident Request for Accommodation of Religious Practices (MS-67) to the Administrative Program Director/Designee by the next business day. The Chaplain will conduct any necessary inquiry or investigation into the matter, consulting any text or other reliable writings about the religion, inquire with the patient/resident as needed to gather additional information, and/or conduct any other investigation necessary to determine the factual background of the request. The Chaplain will make a recommendation in writing to the Administrative Program Director/Designee within 10 business days of receipt of the form (see Section: Accommodation Request Considerations/Factors).

4. The Administrative Program Director/Designee will consider any safety and/or security issues and submit their final recommendation to the Assistant Superintendent for Campus Security and Safety/Designee within 15 business days of receipt (see accommodation request considerations/factors listed below). An extension to this time period may be granted by the Superintendent/Designee for good cause.

5. Within 30 business days of receipt of the APDs recommendations, the Assistant Superintendent for Campus Security and Safety/Designee will consider the recommendation(s), consult with KDADS Legal, and make a final determination (see accommodation request considerations/factors listed below). An extension to this time period may be granted by the Superintendent/Designee for good cause.

6. The Assistant Superintendent for Campus Security and Safety/Designee will notify the patient/resident of the decision.

7. The patient/resident may utilize the grievance procedure to appeal the Assistant Superintendent for Campus Security and Safety/Designee's decision if the patient/resident finds it unacceptable.

**Accommodation Request Considerations, Process, Factors:**

1. Requests for accommodation of certain religious practices and observances shall be considered from patients/residents who provide sufficient evidence of their belief and affiliation with the religion if the request does not conflict or infringe upon the religious rights of other religious groups or the Governmental Interests of the hospital.

2. The following factors are considered when making the determination about the patient's/resident's request for accommodation:

   a. Whether the patient/resident indicated membership in or affiliation with the religion upon admission or has a verifiable history of such affiliation;

   b. Whether the patient/resident qualifies for membership in the religion according to the religion's own criteria for membership;

   c. Whether the patient's/resident's beliefs are consistent with the traditional or official beliefs that constitute the religion;

      d.      Whether the patient/resident is familiar with the primary written text(s), if any, of the religion; and,

      e.      Whether the patient/resident has changed religious affiliations and how often.

      f.      Whether the religious practice is mandated by the religion as opposed to simply being a preferred or desired practice.

      g.      Whether the religious group is already established at LSH.

3. All requests for accommodation of religious practices shall be treated equally regardless of the religion involved. Equal, consistent treatment of all religions or religious beliefs shall not always require the same accommodations of the same religious practices in the hospital or for all patients/residents.

4. The determination to be made when a patient/resident requests an accommodation of a religious practice shall be whether any existing restriction on the practice or any justification offered for denial of the practice is in furtherance of Governmental Interests, and is the least restrictive means of furthering Governmental Interests.

5. Accommodation for a claimed religion or religious belief is entitled to consideration if the religion/belief:

    a. Has an established historical or organizational foundation, or occupies a place in the lives of its claimed adherents that is parallel to that of more conventional religions, rather than a personal philosophy, and

    b. The accommodation does not infringe upon the religious rights of other religious groups or the Governmental Interests of the hospital.

6. The determination shall be made, in accordance with the procedure outlined above with reasonable consideration of the request with information provided on the Patient/Resident Request for Accommodation of Religious Practices (MS-67), when a patient/resident seeks recognition of a set of beliefs or religion by the hospital.

7. All requests for accommodation of religious practices shall be treated equally regardless of the religion involved.

8. The determination shall not consider whether the Chaplain, the Administrative or Clinical Program Directors/Designees, or Assistant Superintendent approves of the religious belief or religion to which the patient/resident claims to adhere.

9. Equal, consistent treatment of all religions or religious beliefs shall not always require the same accommodation of the same religious practices in all buildings or for all patients/residents.

10. Requests for accommodation of certain religious practices shall be considered only from patients/residents who are actual members or adherents to their religious beliefs or in their affiliation with the religion.

11. In determining whether limitation(s) of a requested religious accommodation is reasonable, the following shall not conflict with Governmental Interests, in addition, the following must also be considered:

   a. Whether the limitation accomplishes the hospital purpose or goal on which it is based.

   b. Whether alternative means remain available to the patient/resident to practice the religion and fulfill their religious obligations.

   c. Whether the requested accommodation would have an adverse impact on other patients/residents or staff.

   d. Whether there is a ready alternative that fully accommodates the patients/residents asserted right to practice his or her religion at an insubstantial or no adverse impact to Governmental Interests.

**Establishing a New Religion:**

1. Patients/residents must submit all requests to establish a new religious group to the Chaplain. The Chaplain will provide recommendations to KDADS Legal for review. Approval or denial will be determined by the Superintendent/Designee.

   Patients/residents shall not be permitted to form or meet in a group to hold a religious service if such a group would be in conflict with Governmental Interests.

ATTACHMENT:
Attachment A - Reference Table of Religious Tenets

FORMS REFERENCED:
CPR-56       Religious and Spiritual Questionnaire
MS-57        Patient Religious Affiliation Information
MS-67        Patient Request for Accommodation of Religious Practices

POLICIES REFERENCED:
AD-15.0      Donations to Larned State Hospital
LD-4.15      Policy Tobacco Free Hospital
P8-11        Yard Access and Closures
P5-09        Diets for Religious Beliefs
P9-03        Vetting Clergy and Church Professionals for Visitation

APPROVED BY: _____*Original Signature on File*_____
                      LESIA DIPMAN, LMSW, Superintendent

PPR:   Chaplain

New:  08/07; Revised: 09/10; 12/13; 1/15, 1/21; 04/21; 09/23

Attachment A P9-06

| Religious Call Out/Rituals<br><br>Frequency Schedule | Primary Text<br><br>Remain in Patient/Resident Possession | Personal Religious Possessions/Artifacts<br><br>Remain in Patient/Resident Possession | Medallion(s)<br><br>Worn Inside the Shirt | Major Religious Holidays | Group Worship Artifacts<br><br>Stored in Religious Storage Area |
|---|---|---|---|---|---|
| **Asatru/Odinism** | | | | | |
| • Worship weekly<br>• Purification Fire (weekly) | • The Poetic Edda<br>• Prose Edda | • Rune cards<br>• Hlath | • Thor's Hammer medallion and chain | • High Feast of Ostara (March 20)<br>• High Feast of Baldor (June 21)<br>• Winder Finding (Sept 21)<br>• High Feast of Yule (December 21) | • Gandr<br>• Runes<br>• Drinking horn (Mead Horn)<br>• Altar (Stalli)<br>• Alter cloth<br>• BowliBo<br>• Evergreen twig<br>• Oath ring<br>• Alter candles/holder<br>• Thor's Hammer (constructed out of wood or hard cardboard board)<br>• Statues |
| **Assembly of Yahweh** | | | | | |
| • Worship on Sabbath | • Sacred Name Text | N/A | N/A | • Passover<br>• Days of Unleavened Bread<br>• Pentecost<br>• Feast of Weeks<br>• Feast of Trumpets<br>• Day of Atonement<br>• Feast of Tabernacles | • Readings |
| **Buddhism** | | | | | |
| • Worship weekly | • Tripitaka or Sutra or Tam Rim Teachings of Buddha | • Meditation beads<br>• Pictures of Buddha<br>• Meditation mat | • Wheel of Dharma<br>• Statue of Buddha | • Dharma Day (July)<br>• Parinirvana (February 15)<br>• Vesak (on the full moon of the lunar month, usually in May)<br>• Buddha's Birthday (April 8)<br>• Bodhi Day (December 8)<br>• Patient/resident can select Vesak or Parinirvana, Buddha's Birthday or Bodhi Day but not all 4) | • Statue of Buddha<br>• Alter<br>• Bell and Dorje<br>• Incense<br>• Incense bowl<br>• Zafu (small pillow)<br>• Singing bowls<br>• Candles and holders<br>• Cup<br>• Clappers<br>• Silver bowls<br>• Prayer wheel<br>• Silk flowers |
| **Catholic** | | | | | |

Attachment A P9-06

| | | | | | |
|---|---|---|---|---|---|
| • Weekly worship | Old/New Testament<br><br>• Apocrypha for Catholic<br><br>• Missalette<br>• Catechism | • Rosary<br><br>• Scapula | • Saints medal<br><br>• Crucifix Chain | • Easter (First Sunday following the first full moon of spring)<br>• Christmas (December 25) (major Christian holiday) | Communion elements<br><br>• Bible<br><br>• Large cross/crucifix<br>• Candles/holder<br>• Hymnals |
| **Christian Science** | | | | | |
| • Weekly worship | • Science and Health, Key to the Scripture by Mary Baker Eddy<br><br>• Old/New Testament | N/A | N/A | • Easter (First Sunday following the first full moon of spring)<br><br>• Christmas (December 25) | Readings |
| **Druids** | | | | | |
| • Weekly Callout<br>• Purification Fire (weekly) | • The 21 Lessons of Merlyn<br>• The Lost Books of Merlyn | • Small stones<br>• Staff<br><br>• Wand<br><br>• Chalice<br><br>• Herbs<br>• Robe<br><br>• Mortar and Pestle<br><br>• Small caldron | N/A | • Imbolc (February 1-2)<br>• Spring Equinox (Usually March 20 or 21)<br>• Beltane (May 1 – or about halfway between the spring equinox and summer solstice)<br>• Summer Solstice (Usually June 20 or 21)<br>• Lugnassad (August 1)<br>• Autumn Equinox (About September 22 or 23 – as the Sun crosses the celestial equator going South)<br>• Samhain (generally October 31 or November 1)<br>• Winter Solstice (shortest day of the year, occurs on December 21 or 22) | • Sea Salt<br>• Scented Oils |
| **Hinduism** | | | | | |
| • Weekly worship | • Veta Sruti literature | • Meditation beads<br>• Pictures of Buddha<br>• Meditation mat | • Wheel of Dharma<br>• Statue of Buddha | • Holi in March<br>• Ramanavami in April<br>• Dashera/Ramlila in October<br>• Diwali in October or early November<br>• Janmashtami in August most years, but occasionally in September | • Incense<br>• Incense burner<br>• Picture of a Hindu God<br>• Dry rice (1/2 cup)<br><br>• Bell<br><br>• Conch Shell<br>• Silk Flowers<br>• Containers for water and small soup spoon or ladle. |
| **House of Yahweh** | | | | | |
| • Weekly worship | • Book of Yahweh | • Kippah<br>• Prayer shawl | N/A | • Passover<br>• Feast of Weeks<br>• Feast of Trumpets | N/A |

Attachment A P9-06

| | | | | • Day of Atonement<br>• Feast of Tabernacles | |
|---|---|---|---|---|---|
| **Islam** | | | | | |
| • Jumah prayer    (Friday p.m.) | • Qur'an<br><br>• Hadith | • Prayer Rug<br><br>• Male Koofi cap<br><br>• Female Head Scarf<br>• Prayer beads<br>• Prayer oil | • Crescent & Star<br><br>• Islamic scriptures engraved on medallion | • Eid-ul-Fitr (immediately following Ramadan)<br>• Eid-ul-Adha (about 2 months following Ramadan) | N/A |
| **Jehovah's Witnesses** | | | | | |
| • Weekly worship | • The New World Translation of the Holy Scriptures<br>• Watchtower | N/A | N/A | • The Lord's Evening Meal (Memorial) | N/A |
| **Judaism** | | | | | |
| • Worship on Sabbath (Day of rest) | • Torah<br>• Tanakh<br>• Prayer books<br>• Code of Jewish Law | • Yarmulke<br>• Prayer Shawl/head covering<br>• Tallis<br>• Teffilin | • Star of David ( 6- point) | • Purim<br>• Passover<br>• Yom Kippur<br>• Sukkot<br>• Hanukkah<br>• Rosh Hashanah<br>• Shavuoth | • Rams Horn (Rosh Hashanah)<br>• Candle/holder Menorah<br>• Yarmulke<br>• Sabbath candles<br>• Cups |
| **Krishna** | | | | | |
| • Worship weekly (Certain rituals can only be performed by authorized Practitioners) | • Vedic literature | • Prayer beads<br>• Bead necklace<br>• Material for Forehead markings | N/A | • Janmashtami in August most years, but occasionally in September | N/A |
| **Latter Day Saints (Mormons)** | | | | | |
| • Worship weekly - Sunday | • Old/New Testament Book of Mormon<br>• Doctrine Covenants and the Pearl of Great Price | N/A | N/A | • Major Christian Holidays | N/A |
| **Moorish Science Temple of America  (MSTA)** | | | | | |
| • Worship weekly - Friday | • Holy Koran by Noble Drew Ali | • Fez (males)<br><br>• Turban (females)<br><br>• Button (safe alternative accommodation) | N/A | • Prophet's Birthday (January 8)<br><br>• Moorish New Year (January 15)<br>• Moorish Seniors Day (1st Sunday in March)<br>• Authority Day (July 20)<br>• Some may participate in Ramadan - Fridays | • Flags<br><br>• Circle 7 Emblem<br><br>• Picture of Prophet<br><br>• Picture 1st Convention<br>• Warrant of Authority<br><br>• Moorish Button (safe alternative accommodation) |
| **Native American** | | | | | |
| • Smudging (daily) | • Use music and storytelling | • Medicine bag | • Medicine bag | • Seasonal equinoxes and | • Blankets for sweats |

Attachment A P9-06

| | | | | | |
|---|---|---|---|---|---|
| • Pipe and Drum Ceremony (weekly)<br><br>• Sweat Lodge (Monthly – 4 hours)<br>• Purification Fire (weekly)<br><br>• Healing/Passing Ceremony (upon requested) | (verbal tradition) | • Spiritual bundle containing: -; - Feather; - Small amounts of sacred herbs (identified locally); - Small stones; - Sea shell;<br>• 5 feathers (neutral colors)<br><br>• Sage, Sweet grass, Cedar (no more than 2 pounds stored in room);<br>• Smudging bowl<br><br>• Bandana/headbands (neutral colors)<br>• Medicine wheel (remains outside permanently) | | solstices including quarterly Pow Wows) (4 hours) | Pre-approved set of Antlers<br><br>• Buffalo skull kept in yard<br><br>• Dance Bells<br><br>• Drum<br><br>• Sweat Lodge (kept in yard)<br><br>• Fire pit (kept in yard)<br><br>• Alter (kept in yard)<br>• Stones (kept in yard)<br>• Fire wood (kept in yard)<br>• Flute<br>• Sage<br>• Sweet grass<br>• Cedar<br>• Individual pipes (stored when not in use)<br>• Tobacco or Kinnikinnick (stored when not in use, measured by Chaplain)<br>• Ceremonial pipe (stored in the Pipe Keeper's room)<br>• Eagle bone whistle<br>• Ceremonial staff (stored when not in use) |
| **Protestants** | | | | | |
| • Worship weekly | • Old/New Testament | N/A | • Cross/chain | • Season of Advent: -Christmas Day;<br>• Epiphany;<br>• Ash Wednesday (Lent);<br>• Holy Week: -(Palm Sunday, -Maundy Thursday, -Good Friday, and –Easter);<br>• Pentecost;<br>• Ascension Day;<br>• All Saints' Day, November 1 | • Communion<br><br>• Communion elements<br>• Bible<br>• Candles/holder (electric candles can be used)<br><br>• Bibles/prayer books;<br>• Hymnal/song books<br>• Communion/altar table<br>• Communion ware;<br>• Font/baptistry;(stored)<br>• Musical instruments for accompaniment (stored when not in use);<br>• Liturgical banners |

Attachment A P9-06

|  |  |  |  |  | • Prayer/anointing oil (stored when not in use) <br>• Grape juice <br>• Altar bread <br>• Altar cross (remains in the chapel – no metal) |
|---|---|---|---|---|---|
| **Rastafarian** | | | | | |
| • Meet weekly for worship <br><br>• Purification Fire (weekly) | • Holy Bible | • Tam/Crown (red, yellow, green or black in color – no bill no peak and free of symbols) <br>• Religious medallion and chain | • Ankh medallion | • Hailie Selassie's Birthday (July 23) <br><br>• Rastafarian New Year (Sept. 11) <br>• The Coronation of H.I.M (Nov. 2) | • Reggae music <br><br>• Drums <br><br>. Flag of Ethiopia; <br><br>• Incense; <br>• Picture of H.I.M. Haile Selassie; and, <br>• Larger Ankh (no metal or glass) |
| **Satanism** | | | | | |
| • Call Out Meets Weekly | • The Satanic Bible <br>• The Satanic Scriptures | • Alter (made of paper or non-corrugated cardboard) | • Symbol of Baphomet <br>• Inverted Pentagram <br><br>• Inverted Cross | • Members Personal Birthday <br>• Walpugisnaught <br><br>• The Day of the Dead <br>• The Solstices <br>• The Equinoxes | • Bell <br>• Black Hooded Robe (only worn during ceremony and face must always be visible) <br>• Parchment Paper <br>• Chalice <br>• Elixir <br>• Sword (made of paper or non-corrugated cardboard) |
| **Seventh-Day Adventist** | | | | | |
| • Sunset Friday to Sunset Saturday (no work, no entertainment) | • Old/New Testament | N/A | • Cross/chain | • Easter <br>• Christmas (major Christian holidays) | • Communion elements <br>• Bible |
| **Sikh** | | | | | |
| • Meet weekly for worship | • Peace Lagoon Prayer Book, called Gutka. <br><br>• Sikh teaching | • Turban <br>• Small wooden comb <br><br>• Katchera <br>• Bracelet on right wrist (must be plastic) <br>• Sikh teaching and study materials | • Khanda and chain | • Vaisakhi, April 13 or 14. <br>• Guru Gaddi Day, in October/November | N/A |
| **Thelema** | | | | | |
| • Worship weekly | • Holy Books of Thelema by Aleister Crowley or <br>• Tithe Book of the Law | • Prayer Rug <br><br>• Oil of Abramelin | • 6-Pointed Talisman | • The Rituals of the Elements and Feast of the Times <br>• The Feast for the First Night of the Prophet and his Bride | N/A |

**Attachment A P9-06**

| | | | | | |
|---|---|---|---|---|---|
| | | • Stele of Revealing<br><br>• Electric Candle<br><br>• Plastic Cup<br><br>• Fire Wand<br>• Altar cloth<br>• Altar Statue<br>• Pentacle<br>• Facsimile Stones<br>• Tarot Cards<br>• Virgin Paper<br>• Dragons Blood Ink<br>• Masking Tape<br>• Calendar<br>• Personal Book of Shadows | | • The Feast for the Three Days of the Writing of the Book of the Law<br><br>• The Feast for the Supreme Ritual<br>• The Feast for the Equinox of the Gods | |
| **Unity** | | | | | |
| • Worship weekly | • Old/New Testament<br>• Metaphysical Dictionary | N/A | • Christian cross | N/A | N/A |
| **Wiccan** | | | | | |
| • Worship weekly<br><br>• Purification Fire (weekly) | • Golden Dawn or<br><br>• Buckland's Complete Book of Witchcraft or<br>• Farrar's Witches Bible | • Book of Shadows (a spiritual journal)<br>• Salt<br><br>• 5 feathers<br>• Facsimile of Candle<br><br>• Tarot Cards<br>• Prayer rug<br><br>• Runes/bag<br>• Tabbared<br><br>• Wood Wand (not larger than a standard #2 pencil)<br>• Picture of Divine Unity - Center<br><br>• Salt in cell | • Pentacle, and chain | • October 31st Samhain;<br><br>• December 21st Yule (Winter Solstice);<br>• February 2nd Imbolc;<br>• March 21st Ostara (Spring Equinox);<br>• April 30th Beltane;<br>• June 22nd Litha (Summer Solstice/Midsummer);<br>• August 2nd Lughnasadh; and,<br>• September 21st Mabon (Fall Equinox) | • Candles/holder (state issued candles are available)<br>• Incense<br><br>• Salt<br>• Feathers<br><br>• Cardboard sword<br>• Tarot Cards<br><br>• Runes<br>• Altar (made of paper or paperboard)<br>• Altar Cloth<br><br>• Anointing oil<br><br>• Bell<br>• Chalice<br>• Drum<br>• Herbs (Sage, Cedar, Lavender)<br><br>• Icon (Picture/Statue of the Sacred)<br>• Pentacle<br>• Pentagram (made of paperboard or paper) |

Attachment A P9-06

| | | | | | • Quartz crystal<br>• Rattle |
|---|---|---|---|---|---|

**LARNED**
**STATE**                                      **PATIENT**
   **HOSPITAL**                      **POLICY AND PROCEDURE MANUAL**

**EFFECTIVE:** April 23, 2021                                    **POLICY NO.:** P9-06

**SUBJECT:** Religious Guidelines for Patients/Residents

## PURPOSE

To establish guidelines for patients/residents to practice a recognized religion.

## POLICY

Patients/residents at all privilege levels have the right to individual religious worship within the hospital if the patient/resident desires such an opportunity. Provisions for worship shall be available to all patients/residents on a nondiscriminatory basis. No individual shall be coerced into engaging in any religious activity.

Patients/residents shall be permitted to practice a recognized religion to which they ascribe in a manner that accords with the fundamental tenets of the religion, within the limitations imposed by hospital physical structures. Larned State Hospital (LSH) shall, to the extent possible, provide adequate space and equipment for the administration of religious programs, consistent with security and custody considerations, operational needs, rehabilitation goals, and the mission of the Hospital. All limitations or prohibitions shall be consistent with considerations of whether there is a valid, rational connection between the limitation or prohibition and legitimate treatment goals(s); whether there are alternative means of practicing religion that remain open to patients/residents; whether accommodation of asserted rights to practice religion will have a significant effect on other patients/residents and hospital staff; and whether there is a ready alternative to the limitation or prohibition that accommodates a patient's/resident's asserted rights to practice their religion.

Requests for accommodation of certain religious practices and observances shall be considered from patients/residents who provide sufficient evidence of their belief and affiliation with the religion. All requests for accommodation of religious practices shall be treated equally regardless of the religion involved. Equal, consistent treatment of all religions or religious beliefs shall not always require the same accommodations of the same religious practices in all program areas or for all patients/residents.

Patients/residents at all privilege levels may participate in religious activities other than those where the primary intent is social in nature. Those events which are determined to be primarily social in nature may be attended only by patients/residents with the privilege needed, unless the event is recognized as an essential tenet of the religion, in which case any patient/resident professing or practicing that religion may also attend.

Patients/residents shall be permitted the opportunity to learn about other religious affiliations but shall not be allowed to fully engage in the practices of other religions except when a change of affiliations is requested. Participation in or attendance at any religious services by any patient/resident shall be on a voluntary basis. To the extent possible, available community resources shall be incorporated in the provision of religious programming.

The Hospital Chaplain(s) shall be responsible for:

•   Coordinating religious programs in accordance with provisions of this policy and to ensure that adequate space and equipment is provided for conducting and administering religious programs and services,

•   Advising the respective Administrative and Clinical Program Directors of the SSP, PSP, SPTP, and the Superintendent on all issues involving religious/spiritual programs and related matters, and

•   Utilizing existing community resources as appropriate.

**RELIGIOUS  PROGRAMS  GENERAL  GUIDELINES**

**A.     Religious observances, services, and group meetings:  restrictions on attendance**

1.   A patient/resident requesting a religious observance shall make the request in writing to the Chaplain at least thirty days prior to the date for the observance. The Chaplain shall advise the Administrative and Clinical Program Directors/designees whether or not the religious observance is an essential tenet of the patient's/resident's particular faith.

   a.   When appropriate, patients/residents may be excused from normal programming for purposes of a religious observance.

2.   Patients/residents shall seek the recommendation of the Chaplain and approval from the Administrative and Clinical Program Directors/designees before two or more patients/residents can form and meet as a group and hold religious services together.

3.   Patients/residents shall not be permitted to form or meet in a group to hold a religious service if such a group would likely threaten hospital security by causing affiliations to be established among the group of patients*/residents* that would incite challenges to hospital authority or conflicts with other patients/residents.

4.   Religious observances or services shall not be held or scheduled if those times conflict with hospital operational, management, safety, or security needs or would otherwise disrupt the order of the hospital.
   NOTE:   Scheduled religious observances or services may be modified or cancelled only with the approval of one of the following:
      a.   Superintendent/designee
      b.   Chaplain/designee
      c.   Administrative Program Director/designee
      d.   Clinical Program Director/designee
      e.   Chief of Safety and Security/designee
      f.   (for SPTP) Program Manager/designee

5. When religious observances and/or services are held or scheduled at the times approved, all patients/*residents* who are members of the religion shall be permitted to attend such observances or services, except when:

   a. Allowing the patient/resident to attend is incompatible with his or her treatment goals, including, but not limited to their medical condition or comprehensive integrated treatment plan, privilege, and/or security status.

   b. Patient/resident behavior is aggressive or causes conflict with peers.

6. Religious group meetings or religious services may be conducted in or restricted to a part of the hospital other than the chapel or any other requested location if security and order or other operational interest would be better served elsewhere in the hospital. LSH staff may supervise or monitor the meetings or services to maintain security and order.

7. Weather conditions can restrict outdoor religious services. Should it appear to LSH administration and medical staff that because of weather conditions resident safety and health are at risk, SPTP will apply LSH policy P8-11, Patient Safety in Extreme Temperature and Weather Conditions.  During these times patients/residents are advised to participate in individual or indoor religious practices.

**B.    Visitation or conducting of religious services by clergy or other representatives of the religion**

1. Visitation shall be permitted by vetted clergy to conduct religious services or lead religious group meetings that are otherwise permitted in a manner consistent with and as authorized by the hospital's policy and procedures.

   a. A reasonable attempt shall be made to make clergy or other representatives of all religious groups, including religious volunteers, available and accessible to patients/residents.

   b. Clergy or other representatives of a religion shall be required to demonstrate some type of credentials according to the standards established for that purpose by the religion in question.

   c. All Clergy shall be vetted by the LSH Chaplain before visiting patients or residents. Vetting procedure should prevent misrepresentation by clergy. (See policy P9-03 Vetting Clergy and Church Professionals for Visitation)

   d. Clergy shall be subject to the same visitation policies and security restrictions as are all other visitors to the hospital.

**C.    Availability, possession, and use of religious items/property**

1. The Chaplain shall be responsible to approve religious articles permitted per a special purchase order through an approved vendor or donation. The specifications, quantity, and value of such articles of property shall be governed by hospital policy and procedures.

a.   Patients/residents shall generally be allowed to possess the primary text of their religion that shall be provided to them upon their request, subject to availability.

b.   No personal religious items shall be provided to patients/residents at State expense. If the patient/resident requests a religious item that has not been donated or is otherwise not available, the item must be purchased by the patient/resident.

c.   Items intended for religious group use which are donated may be checked out to patients/residents, but these items remain the property of the hospital.

d.   The use or possession of religious items, other than those authorized per this policy, may be limited to use or possession by clergy during visits, religious services, or ceremonies.

e.   The use or possession of religious items, other than those authorized per this policy, may be limited to religious services, supervised activities, ceremonies, or prayers that the patient/resident can conduct privately in his or her assigned patient/resident room, with the items being unavailable to the patient/residents at all other times.

2.   Patients/residents shall not be permitted to possess any religious items that are not listed below or included among the items of personal property referenced in Attachment A (Reference Table of Religious Tenets) unless possession of the religious item is approved by the Chaplain and/or Administrative and Clinical Program Directors/designees.

a.   Patients/residents may possess five real, facsimile, or synthetic feathers which may be beaded or decorated with materials which conform to security considerations.

b.   Patients/residents may possess a religious medallion, medal, or scapular provided they are not used for self-harm or as weapons.

c.   Patients/residents may possess a cloth or leather medicine bag, not to exceed four inches in diameter when laid out flat, which may be beaded or decorated with materials that conform to security considerations. The medicine bag shall be worn around the neck inside the shirt or carried in the pocket. If this practice is not followed, the item is subject to removal.

3.   Native American Tobacco Use on LSH Campus:

a.   An exception to the tobacco-free environment shall be in effect for religious activities as outlined below:

1.   All tobacco used for Native American Pipe ceremonies will be weighed and proportioned by the Chaplain/Designee.

2. Tobacco discovered in any religious item, including medicine bags, will cause that item to lose its religious item status.  The tobacco, and the item that the tobacco was discovered in, become contraband and will be confiscated.

3. Use of tobacco during Native American activities shall be limited to patients/residents who are participating in a designated primary religion listed on his or her Patient Religious Affiliation Information (MS-57).

4. Religious use of tobacco shall not be allowed in any building. All tobacco use will be outside in designated areas and only during scheduled callouts.

5. Due to concern for patient/resident health and to reduce risk of communicable disease transmission, patients/residents are only allowed one pipe for their individual use. The pipe must be:

   a. preapproved by Chaplain and Administrative or Clinical Program Director,
   b. must be no greater than ten inches in length in longest dimension, no wider than four inches at the widest or tallest dimension, and three inches in its final dimension,
   c. can have no metal parts or any features which create a safety or security risk, and
   d. must be able to fit into the designated storage compartment.

6. Patients/residents are required to purchase their own pipe from either of the following approved vendors: Crazy Crow or Wandering Bull.

7. Patient/residents are not allowed to share their pipes with others. Sharing of the pipes will result in the pipes being confiscated and unable to be used. Patients/residents sharing their pipes will be restricted from the use of pipes.

8. LSH reserves the right to inspect the pipes at any time. These items will be inspected by Chaplain/Designee in accordance with proper handling of religious artifacts.

b. Specific building requirements are as follows:

Isaac Ray:

1. Lighters, proportioned tobacco, and pipes are stored in the Isaac Ray Control Center (each callout member will have a clear container in a separate compartment in which their pipes are stored).

2. Tobacco is stored in the locked file cabinet in the Chaplain's Office on Isaac Ray. On a weekly basis, the Chaplain/designee will apportion tobacco and mark each portion for patient/resident use and place it in Isaac Ray Control Center.

3.  Staff check out lighters, pipes, and tobacco from Control Center where all items are to be documented as checked out on the Item Inventory Accountability Log (LSH 325).

4.  Staff delivers pipes and tobacco to individual patients/residents upon arrival at the callout and supervises the lighting of the pipes.

5.  Callouts involving pipes, tobacco, and/or lighters will occur in the small cement yard only.

6.  After the callout, Chaplain/designated staff returns the pipes, any unused tobacco, and the lighter to the Control Center.

7.  Staff and Security will assure that all pipes and lighters which were checked out were returned to Control Center and documented on Item Inventory Accountability Log (LSH 325).

8.  Replacement lighters are requested by the Control Center from the Chaplain/designee.

Dillon:

1.  Lighters are stored in the Dillon Control Center. Pipes and proportioned tobacco are stored in the secured religious room between the sliders (each callout member will have a clear container in a separate compartment in which their pipes are stored).

2.  Tobacco is stored in a locked file cabinet in the Chaplain's Office in the Chapel. On a weekly basis, the Chaplain/designee will apportion tobacco and mark each portion for patient/resident use and place it in the secured religious room between the sliders.

3.  Staff checks out lighters from the Control Center, and pipes and tobacco from the secure religious room where all items are to be documented as checked out on the Item Inventory Accountability Log (LSH 325).

4.  Staff delivers pipes and tobacco to individual patients/residents upon arrival at the callout and supervises the lighting of the pipes.

5.  Callouts involving pipes, tobacco, and/or lighters will occur in approved areas only.

6.  After the callout, Chaplain/designated staff returns the lighters to the Control Center, and pipes and any unused tobacco to the secure religious room.

7.  Staff and Security will assure that all pipes and lighters which were checked out were returned and documented on Item Inventory Accountability Log (LSH 325).

8. Replacement lighters are requested by the Control Center from the Chaplain/designee.

Jung:

1. Lighters are stored in the Jung Control Center. Pipes and proportioned tobacco are stored in the visitation room locked cabinet (each callout member will have a clear container in a separate compartment in which their pipes are stored).

2. Tobacco is stored in a locked file cabinet in the Chaplain's Office in the Chapel. On a weekly basis, the Chaplain/designee will apportion tobacco and mark each portion for patient/resident use and place it in the visitation room locked cabinet.

3. Staff checks out lighters from the Control Center, and pipes and tobacco from the visitation room locked cabinet where all items are to be documented as checked out on the Item Inventory Accountability Log (LSH 325).

4. Staff delivers pipes and tobacco to individual patients/residents upon arrival at the callout and supervises the lighting of the pipes.

5. Callouts involving pipes, tobacco, and/or lighters will occur in the visitation patio only.

6. After the callout, Chaplain/designated staff returns the lighters to the Control Center, and pipes and any unused tobacco to the visitation room locked cabinet.

7. Staff and Security will assure that all pipes and lighters which were checked out were returned and documented on Item Inventory Accountability Log (LSH 325).

8. Replacement lighters are requested by the Control Center from the Chaplain/designee.

4. Religious artifacts, including medicine bags, shall be subject to inspection per hospital policy and procedures. A staff member may direct a patient/resident to open his or her personal religious item for a visual inspection or may require a patient/resident to allow the inspection of any other religious artifact.

   a. The patient/resident handles/touches the medicine bag or other religious artifact, and neither the bag, its contents, nor any other religious artifact should be touched by the staff member.

b.   If there is a question or problem regarding the inspection of the religious artifacts, the LSH Chaplain/designee shall be called. If the Chaplain/designee is not available, Safety and Security Officer will be contacted to confiscate the bag or other religious artifact and place the medicine bag or other religious artifact in a secured location as evidence. The Safety/Security officer or staff member can ask the patient/resident while holding the bag to put the items in question in the bag without touching the religious artifacts. LSH designees to the Chaplain include the SPTP Administrative Program Director, the SPTP Program Manager, and the SPTP Program Leader. Designees will contact the Chaplain with any questions or concerns.

c.   The Chaplain shall be responsible to provide training to designees on the proper method for the inspection of personal religious items to ensure that the item is treated with dignity and respect.

d.   The Chaplain/designee shall be present when the religious artifact, placed in evidence, is examined to ensure that the contents or other religious artifact are treated with respect by the examining staff.

e.   If the religious artifact is determined to contain contraband or is used in an inappropriate manner, the religious artifact loses its religious significance and is subject to confiscation and inspection.

**D.    Religious attire, including clothing, jewelry, other ornaments, and head garments**

1.   All religious medallions and scapulars shall be worn around the neck inside the shirt.

2.   Medicine bags shall be worn around the neck inside the shirt or carried in a pocket.

3.   Patients/residents shall not be permitted to wear religious attire, including clothing, jewelry, other ornaments, or head garments that are not otherwise allowed by regulations of the hospital. Criteria to consider in balancing the desired accommodation of religious practice against security interests such as order, security, and hygiene includes, but is not limited, to the following:

a.   The interference of the attire with the ability to always properly identify the patient/resident,

b.   The possibility that the attire can be used to hide weapons and other contraband, or

c.   Whether permission to wear the attire could cause conflict as a special privilege allowed only for a certain group of patients/residents.

4.   The wearing of religious attire, other than that authorized per this policy, may be limited to private prayer in the patient's/resident's assigned room, religious services, or ceremonies.

**E.      Religious diets**

1.      Patients/residents are entitled to be provided with a diet which as a fundamental tenet of their religion and that provides adequate nutrition. For specific guidelines and procedures, refer to LSH Patient Policy and Procedure P5-09, "Diets for Religious Beliefs."

2.      A patient/resident who requests an accommodation in the form of a religious diet shall not be entitled to dictate the form in which the diet is provided if the diet requirements of the religion or religious beliefs, including the diet requirements for religious holidays, and the nutritional needs of the patient/resident are met by the diet.

3.      The hospital may choose whether to establish cooking and dining areas and equipment that enable the proper preparation and consumption of the religious diet at the hospital or to utilize food prepared outside of the hospital in order to accommodate the request for the religious diet, refer to LSH Patient Policy and Procedure P5-09 "Diets for Religious Beliefs."

4.      A patient/resident whose request for a religious diet has been accommodated may be denied continued access to the diet if he or she consumes food inconsistent with the approved religious diet.

     a.      Patients/residents approved for a modified diet for religious reasons shall be served the modified diet meal prepared by food service at each meal.

     b.      Patients/residents approved for special religious diets shall not have the option of eating from the regular menu during the period the individual is placed on the modified diet list, unless and until that patient/residents submits a request to the Chaplain regarding a desire to terminate the modified diet.

     c.      Patients/residents who are removed or who elect to withdraw from the modified diet must wait ninety days before requesting readmission to the modified diet program, unless the diet modification was based on medical necessity or recommendations.

**F.      Establishment and Change of Religious Affiliation**

1.      On admission, all patients/residents shall be offered the opportunity to complete a Religious and Spiritual Questionnaire (CPR-56).

2.      Patients/residents may request to have a religious official approved for visitation or change their religious affiliation by submitting a Patient Religious Affiliation Information (MS-57) to the Chaplain.

     a.      A copy of the request to change religions shall be placed in the patient's/resident's master chart and unit chart.

3.      Subsequent requests to change religious affiliation or to return to the original religious affiliation shall be documented and achieved through the above procedure.

    a.   When the frequent change of religions is deemed a manipulation of the religious program by the treatment team in consultation with the Chaplain, special privileges will not be afforded to patients/residents seeking frequent changes. Such determinations will be documented in the medical record on the appropriate form, Patient Religious Affiliation Information (MS-57) or Patient Request for Accommodation of Religious Practices (MS-67).

## G.    Accommodation of Religious Practices

1.    A patient/resident may request the hospital accommodate a particular practice of his or her religion that involves an exception to or requires specific authorization under existing policy and procedures or other written mandates of the hospital.

2.    A patient/resident who desires to request an accommodation of a religious practice shall comply with the following procedures:

    a.   The patient/resident shall complete the Patient Request for Accommodation of Religious Practices (MS-67) by providing the following information:

        i.   Information about the religion or religious belief itself.

        ii.   Information regarding or verifying the patient's/resident's claim of sincere adherence to the religion or religious belief.

        iii.   Information regarding the particular sect, if any, of the religion to which the patient/resident claims sincere adherence.

        iv.   Information about the practice for which accommodation is sought and whether it is a fundamental tenet of the religion or religious belief.

        v.   The patient's/resident's good faith suggestions for accommodation of the request which do not conflict or infringe upon the security interest of the hospital.

    b.   The patient/residents will complete the Patient Request for Accommodation of Religious Practices (MS-67) and give to unit staff. Unit staff will send a copy to the Chaplain, who will conduct any necessary inquiry or investigation into the matter; and within fourteen days of receipt of the form from the patient/resident, make a recommendation in writing to the Administrative and Clinical Program Directors/designees. The patient/resident shall be provided with a copy of the Chaplain's recommendation.

    c.   The Administrative and Clinical Program Directors/designees shall make the final determination to grant or deny the request and shall notify the patient/resident and the Chaplain within fourteen days of receipt of the completed request form and written recommendations.

    d.    The patient/resident may utilize the grievance procedure to appeal the Administrative and Clinical Program Director's/designee's decision if the patient/resident finds it unacceptable.

3.    The determination to be made when a patient/resident requests an accommodation of a religious practice shall be whether any existing restriction on the practice or any justification offered for denial of the practice is reasonable when balanced against the patient's/resident's interest in practicing his or her religion.

    a.    In determining whether a restriction or justification is reasonable, the following shall be considered:

        i.    Whether the restriction accomplishes the hospital purpose or goal on which it is based.

        ii.    Whether alternative means remain available to the patient/resident to practice the religion and fulfill his or her religious obligations.

        iii.    Whether the requested accommodation would have an adverse impact on other patients/residents or staff and the allocation of resources or would infringe on the rights of others.

        iv.    Whether there is a ready alternative that fully accommodates the patients/residents asserted right to practice his or her religion at an insubstantial or no cost to security considerations, operational needs, rehabilitation goals, or the mission of the hospital.

4.    Accommodation for a claimed religion or religious belief is entitled to consideration if the religion/belief:

    a.    Has an established historical or organizational foundation; or,

    b.    Occupies a place in the lives of its claimed adherents that is parallel to that of more conventional religions, rather than a personal philosophy.

5.    The determination shall be made, in accordance with the procedure outlined above, when a patient/resident seeks recognition of a set of beliefs or religion by the hospital. Some factors that may be taken into consideration in making the determination include the following:

    a.    The history or origin of the religion or religious beliefs, including when, where, and by whom it was founded or established;

    b.    Whether the religion is organized or has established or formed churches, temples, synagogues, or other facilities or groups for the purpose of practicing the religion;

    c.    Where unconventional or uncommon, whether it can be confirmed that the patient's set of beliefs or religion plays the same role in the patient's/resident's spiritual life as more conventional religions or religious beliefs play in the lives of their practitioners; and,

    d.    The relationship between the accommodation and the religious tenet.

6.    All requests for accommodation of religious practices shall be treated equally regardless of the religion involved. Equal, consistent treatment of all religions or religious beliefs shall not always require the same accommodations of the same religious practices in the hospital or for all patients/residents.

    a.    The nature of a particular unit or program, including a temporary of residential unit or program, the physical limitations, the custody level(s), security classification status of the patients/residents housed there, and the treatment goals sought to be met there may be taken into consideration in determining whether to allow a particular religious practice at the hospital.

7.    Requests for accommodation of certain religious practices shall be considered only from patients/residents who are actual members or adherents to their religious beliefs or in their affiliation with the religion. Some factors that may be considered in making the determination about the patient's/resident's affiliation include:

    a.    Whether the patient/resident indicated membership in or affiliation with the religion upon admission or has a verifiable history of such affiliation;

    b.    Whether the patient/resident qualifies for membership in the religion according to the religion's own criteria for membership;

    c.    Whether the patient's/resident's beliefs are consistent with the traditional or official beliefs that constitute the religion;

    d.    Whether the patient/resident is familiar with the primary written text(s), if any, of the religion; and,

    e.    Whether the patient/resident has changed religious affiliations and how often.

8.    When considering a request for accommodation, the Chaplain and Administrative and Clinical Program Directors/designees shall determine whether the religious practice for which the patient/resident seeks accommodation is compelled by or is an actual command or mandate of the religion as opposed to simply being a preferred or desired practice.

    a.    The Chaplain or Administrative and Clinical Program Directors/designees may inquire of the patient/resident seeking the accommodation, contact clergy or other representatives or practitioners of the religion, consult any texts of or other reliable writings about the religion, or conduct any other investigation necessary to determine whether the practice is truly compelled by or essential to the religion.

9.      The determination to be made shall not be whether the Chaplain or the Administrative and Clinical Program Directors/designees approves of the religious beliefs or religion to which the patient/resident claims to adhere but based on the following guidelines:

   a.      Whether the claimed religion or beliefs are entitled to recognition pursuant to the guidelines listed above.

   b.      Whether the way the patient/resident seeks to practice the religion or exercise the beliefs will disrupt hospital practices, policies, or operations that are founded on concerns for security, safety, rehabilitation, treatment goals, or sound management.

ATTACHMENT:
Attachment A - Reference Table of Religious Tenets

FORMS REFERENCED:
CPR-56        Religious and Spiritual Questionnaire
MS-57         Patient Religious Affiliation Information
MS-67         Patient Request for Accommodation of Religious Practices

POLICIES REFERENCED:
P5-09         Diets for Religious Beliefs
P0-03         Vetting Clergy and Church Professionals for Visitation

APPROVED BY:  _____*Original Signature on File*_____
                          LESIA DIPMAN, LMSW, Superintendent

PPR:   Chaplain

New:  08/07; 09/10; 12/13; 1/15, 1/21; 04/21

## REFERENCE TABLE OF RELIGIOUS TENETS

| Religious Schedule | Primary Text | Dietary Requirement | Personal Religious Possessions | Medallions Worn Inside the Shirt | Religious Holidays | Purification Ritual | Group Worship Articles |
|---|---|---|---|---|---|---|---|
| **Asatru/Odinist** | | | | | | | |
| • Worship weekly | • The Poetic Edda | N/A | • Runes/Bag | • Thor's Hammer | • Esbats<br>• Sabbats<br>• Yule | N/A | • Gandr<br>• Runes<br>• Drinking horn<br>• Altar<br>• Cauldron<br>• Evergreen twig<br>• Oath ring<br>• Candles/holder<br>• Thor's Hammer |
| **Assembly of Yahweh** | | | | | | | |
| • Worship on Sabbath | • Sacred Name Text | • Kosher | N/A | N/A | • Passover<br>• Days of Unleavened Bread<br>• Pentecost<br>• Feast of Weeks<br>• Feast of Trumpets<br>• Day of Atonement<br>• Feast of Tabernacles | N/A | • Readings |
| **Buddhism** | | | | | | | |
| • Worship weekly | • Tripitaka or Sutra or Tam Rim Teachings of Buddha | • Vegetarian | • Meditation beads<br>• Pictures of Buddha<br>• Meditation mat | • Wheel of Dharma<br>• Statue of Buddha | • Vesak<br>• Dharma Day<br>• Buddha's Birthday | N/A | • Statue of Buddha<br>• Incense<br>• Incense bowl |
| **Catholic** | | | | | | | |
| • 1/week | • Old/New Testament<br>• Apocrypha for Catholic | N/A | • Rosary<br>• Scapula | • Saints medal<br>• Crucifix Chain | • Easter<br>• Christmas (major Christian holiday) | N/A | • Communion elements<br>• Bible<br>• Large cross/crucifix |
| **Christian Science** | | | | | | | |
| • Weekly worship | • *Science and Health, Key to the Scripture* by Mary Baker Eddy<br>• Old/New Testament | N/A | N/A | N/A | • Easter<br>• Christmas | N/A | • Readings |

# REFERENCE TABLE OF RELIGIOUS TENETS

| Religious Schedule | Primary Text | Dietary Requirement | Personal Religious Possessions | Medallions Worn Inside the Shirt | Religious Holidays | Purification Ritual | Group Worship Articles |
|---|---|---|---|---|---|---|---|
| **Druids** | | | | | | | |
| • Weekly Callout | • The 21 Lessons of Merlyn<br>• The Lost Books of Merlyn | • N/A | • Small stones<br>• Staff<br>• Wand<br>• Chalice<br>• Herbs<br>• Robe<br>• Mortar and Pestle<br>• Small caldron | N/A | • Imbolc<br>• Spring Equinox<br>• Beltane<br>• Summer Solstice<br>• Lugnassad<br>• Autumn Equinox<br>• Samhain<br>• Winter Solstice | • Sea Salt<br>• Scented Oils | • N/A |
| **Hinduism** | | | | | | | |
| • Weekly worship | • Veta Sruti literature | • Vegetarian | • Picture of a Hindu God<br>• Pure water | N/A | N/A | N/A | • Incense<br>• Incense burner<br>• Picture of a Hindu God<br>• |
| **House of Yahweh** | | | | | | | |
| • Weekly worship | • Book of Yahweh | • Kosher | • Kippah<br>• Prayer shawl | N/A | • Passover<br>• Feast of Weeks<br>• Feast of Trumpets<br>• Day of Atonement<br>• Feast of Tabernacles | N/A | N/A |
| **Islam** | | | | | | | |
| • Jumah prayer (Friday p.m.) | • Qur'an | • Non-pork<br>• Ramadan fasting | • Prayer Rug<br>• Male Koofi cap<br>• Female Head Scarf<br>• Prayer beads | • Crescent & Star<br>• Islamic scriptures engraved on medallion | • Eid-ul-Fitr (immediately following Ramadan)<br><br>• Eid-ul-Adha (about 2 months following Ramadan**)** | Must bathe within 24 hours of worship (Jumah prayer) | • Qur'an<br>• Prayer Rug<br>• Koofi Cap |
| **Jehovah's Witnesses** | | | | | | | |
| • Weekly worship | • The New World Translation of the Holy Scriptures | N/A | N/A | N/A | • The Lord's Evening Meal (Memorial) | N/A | N/A |

## REFERENCE TABLE OF RELIGIOUS TENETS

| Religious Schedule | Primary Text | Dietary Requirement | Personal Religious Possessions | Medallions Worn Inside the Shirt | Religious Holidays | Purification Ritual | Group Worship Articles |
|---|---|---|---|---|---|---|---|
| **Judaism** | | | | | | | |
| • Worship on Sabbath (Day of rest) | • Torah<br>• Tanakh<br>• Prayer books<br>• Code of Jewish Law | • Kosher | • Yarmulke<br>• Tzi Tzit<br>• Prayer Shawl | • Star of David ( 6-point) | • Purim<br>• Passover<br>• Yom Kippur<br>• Sukkot<br>• Hanukkah<br>• Rosh Hashanah<br>• Shavuoth | N/A | • Rams Horn (Rosh Hashanah)<br>• Candle/holder Menorah<br>• Teffilin<br>• Yarmulke |
| **Krishna** | | | | | | | |
| • Worship weekly (Certain rituals can only be performed by authorized Practitioners) | • Vedic literature | • Vegetarian | • Prayer beads<br>• Bead necklace | N/A | N/A | • Forehead markings | N/A |
| **Latter Day Saints (Mormons)** | | | | | | | |
| • Worship weekly - Sunday | • Old/New Testament Book of Mormon<br>• Doctrine Covenants and the Pearl of Great Price | • Abstain from nicotine/caffeine products | N/A | N/A | • Major Christian Holidays | N/A | N/A |
| **Moorish Science Temple of America  (MSTA)** | | | | | | | |
| • Worship weekly - Friday | • Holy Koran by Noble Drew Ali | • Non-pork<br>• Fasting is individual choice | • Fez (males)<br>• Turban (females)<br>• Button | N/A | • Prophet's Birthright January 8<br>• Some may participate in Ramadan - Fridays<br>• TAG day, March 17 | N/A | • Flags<br>• Circle 7 Emblem<br>• Picture of Prophet<br>• Picture 1st Convention<br>• Warrant of Authority<br>• Moorish Button |

## REFERENCE TABLE OF RELIGIOUS TENETS

| Religious Schedule | Primary Text | Dietary Requirement | Personal Religious Possessions | Medallions Worn Inside the Shirt | Religious Holidays | Purification Ritual | Group Worship Articles |
|---|---|---|---|---|---|---|---|
| **Native American** | | | | | | | |
| • Worship Drum Ceremony<br>• Sweat Lodge<br>• Pow Wow | • Use music and storytelling (verbal tradition) | N/A | • 5 feathers<br>• Sage<br>• Sweetgrass<br>• Cedar<br>• Smudging bowl<br>• Bandana<br><br>THE FOLLOWING MAY NOT BE KEPT IN RESIDENTS'/PATIENTS' ROOMS:<br>• Ceremonial pipe*<br>• Tobacco*<br><br>Pipes and tobacco will not be allowed in residents'/patients' possession outside of their scheduled group callout. | • Medicine bag | • Seasonal Dances | • Smudging<br>• Sweat lodge | • Blankets for sweats<br>• Buffalo skull<br>• Dance Bells<br>• Drum<br>• Sweat Lodge<br>• Bandana<br>• Medicine Wheel<br>• Flute |
| **Protestants** | | | | | | | |
| • Worship weekly | • Old/New Testament | N/A | N/A | • Cross/chain | • Easter<br>• Christmas (major Christian holidays) | N/A | • Communion<br>• Communion elements<br>• Bible |
| **Rastafarian** | | | | | | | |
| • Meet weekly for worship | • Selected portions of Old/New Testament | • Vegetarian | N/A | N/A | • July 23 | N/A | • Reggae music<br>• Bongo drums<br>• African flag<br>• Wooden Candlestick |
| **Satanism** | | | | | | | |
| • Call Out Meets Weekly | • The Satanic Bible<br>• The Satanic Scriptures | N/A | N/A | • Symbol of Baphomet<br>• Inverted Pentagram<br>• Inverted Cross | • Members Personal Birthday<br>• Walpugisnaught<br>• The Day of the Dead<br>• The Solistices<br>• The Equinoxes | • Smudging<br>• No Bath Salts | • Alter<br>• Bell<br>• Black Hooded Robe<br>• Parchment Paper |

# REFERENCE TABLE OF RELIGIOUS TENETS

| Religious Schedule | Primary Text | Dietary Requirement | Personal Religious Possessions | Medallions Worn Inside the Shirt | Religious Holidays | Purification Ritual | Group Worship Articles |
|---|---|---|---|---|---|---|---|
| **Seventh-Day Adventist** | | | | | | | |
| • Sunset Friday to Sunset Saturday (no work, no entertainment) | • Old/New Testament | • Vegetarian/Non-pork<br>• Abstain from nicotine, caffeine and alcohol | N/A | • Cross/chain | • Easter<br>• Christmas (major Christian holidays) | N/A | • Communion elements<br>• Bible |
| **Sikh** | | | | | | | |
| • Meet weekly for worship | • Peace Lagoon | • Vegetarian | • Turban<br>• Large comb<br>• Bracelet on right wrist | • Khanda | N/A | N/A | N/A |
| **Thelema** | | | | | | | |
| • Worship weekly | • Holy Books of Thelema by Aleister Crowley or<br>• Tithe Book of the Law | N/A | • Prayer Rug<br>• Oil of Abramelin<br>• Stele of Revealing<br>• Electric Candle<br>• Plastic Cup<br>• Fire Wand<br>• Altar cloth<br>• Altar Statue<br>• Pentacle<br>• Facsimile Stones<br>• Tarot Cards<br>• Virgin Paper<br>• Dragons Blood Ink<br>• Masking Tape<br>• Calendar<br>• Personal Book of Shadows | • 6-Pointed Talisman | • The Rituals of the Elements and Feast of the Times<br>• The Feast for the First Night of the Prophet and his Bride<br>• The Feast for the Three Days of the Writing of the Book of the Law<br>• The Feast for the Supreme Ritual<br>• The Feast for the Equinox of the Gods | N/A | N/A |
| **Unity** | | | | | | | |
| • Worship weekly | • Old/New Testament<br>• Metaphysical Dictionary | N/A | N/A | • Christian cross | N/A | N/A | N/A |

# REFERENCE TABLE OF RELIGIOUS TENETS

| Religious Schedule | Primary Text | Dietary Requirement | Personal Religious Possessions | Medallions Worn Inside the Shirt | Religious Holidays | Purification Ritual | Group Worship Articles |
|---|---|---|---|---|---|---|---|
| **Wiccan** | | | | | | | |
| • Worship weekly | • *Golden Dawn* or<br>• Buckland's *Complete Book of Witchcraft* or<br>• Farrar's *Witches Bible* | N/A | • Book of Shadows (a spiritual journal)<br>• Salt<br>• 5 feathers<br>• Facsimile of Candle<br>• Tarot Cards<br>• Prayer rug<br>• Runes/bag | • Pentagram with two (2) points down | • Sabbats (observed at the change of seasons)<br>• Esbats | • Salt in cell | • Candles/holder<br>• Incense/burner<br>• Salt<br>• Feathers<br>• Cardboard sword<br>• Tarot Cards<br>• Runes<br>• Altar<br>• Altar Cloth |

Approved By:  LSH Chaplaincy Services    -   8/07, 9/10; 12/13; 1/15; 04/21

| LARNED STATE HOSPITAL | PATIENT POLICY AND PROCEDURE MANUAL |
|---|---|
| **EFFECTIVE:** September 1, 2023 | **POLICY NO.:** P5-09 |

**SUBJECT:** Diets for Religious Beliefs

## PURPOSE

To identify/screen patients/residents in need of dietary modifications, including fasting, due to religious beliefs and requirements as set forth in their practice necessitated by their religious group and to provide guidelines for patients/residents requesting an accommodation of their diet for religious reasons or special meal for a religious holiday.

## POLICY

Patients/residents are entitled to be provided with a diet which is a fundamental tenet of their religion and that provides adequate nutrition.

A patient/resident who requests an accommodation in the form of a religious diet shall not be entitled to dictate what food is provided if the diet requirements of the religion or religious beliefs, including the diet requirements for religious holidays, and the nutritional needs of the patient/resident are met.

The hospital may utilize food purchased through a contracted vendor in order to accommodate the request for the religious diet.

All meals will be provided and prepared by the contracted food service provider.

A patient/resident whose request for a religious diet has been accommodated may be denied continued access to the diet if he or she consistently requesting or is observed consistently consuming food provided by the hospital, which is inconsistent with their approved religious diet.

Patients/residents who elect to withdraw from a religious diet must notify the Chaplain/Designee.

Upon request, each religion will also be provided one Annual Meal per fiscal year, generally provided for a religious holiday as outlined on Attachment A of LSH policy P9-06 – Religious Guidelines for Patients/Residents- Reference Table of Religious Tenets.

Upon request, each religion will be provided up to four Special Meals from the established menu per fiscal year, generally provided for a religious holiday as outlined on Attachment A of LSH policy P9-06 – Religious Guidelines for Patients/Residents- Reference Table of Religious Tenets.

## ANNUAL MEAL

The annual meal must not interfere with Governmental Interests detailed in LSH policy P9-06 – Religious Guidelines for Patients/Residents and must be in compliance with following guidelines:

    i.    The LSH-574 - Request for Annual Religious Meal for the annual meal must be completed by the religious leader and submitted to the Chaplain at least 90 days prior to the date of observance.

    ii.    The request must include the date of observance, list of all members who will attend the observance, and the requested menu.

iii.   The cost of the annual meal must be no more than the combined daily meal rate for all members of the religion who will participate in the holiday (Rate is figured as follows: daily meal rate multiplied by the number of members participating to determine the sum of the cost of the annual meal).

iv.   Items requested for the holiday must be available through the LSH Food Services Contract Provider.

## SPECIAL MEAL

The four special meals requested must not interfere with Governmental Interests detailed in LSH policy P9-06 – Religious Guidelines for Patients/Residents and must be in compliance with following guidelines:

i.   The LSH-575 - Request for Special Religious Meal for the special meal must be completed by the religious leader and submitted to the Chaplain at least 90 days prior to the date of observance.

ii.   The special meal request must include the date of observance, list of all members who will attend the observance, and the requested menu.

## PROCEDURE FOR REQUESTING A RELIGION-BASED DIET OR DIET MODIFICATION

**Participating members include:**          Patient/Resident
                                            Chaplain
                                            Treatment Team
                                            Medical Staff
                                            Food Service Personnel

**I.    Action by Patient/Resident**

A.   Completes the Patient/Resident Request for Accommodation of Religious Practices (MS-67) form providing details as to the accommodation sought.

B.   Returns the completed Patient/Resident Request for Accommodation of Religious Practices (MS-67) form to the Chaplain.

**II.    Action by Chaplain:**

A.   Receives the Patient/Resident Request for Accommodation of Religious Practices (MS-67).

B.   Consults with Medical Staff to determine the appropriateness of approving or denying the patient's/resident's request.

C.   Documents the approval or denial of the diet modification, including religious appropriateness of the decision and any modifications.

D.   Notifies the patient/resident of approval or denial of the diet modification, including religious appropriateness, and provides education as needed.

**III.**     **Action by Medical Staff:**

   A.     Writes appropriate diet order.

**IV.**     **Action by Food Service Personnel:**

   A.     Prepares and serves appropriate diet/diet modification.


## PROCEDURE FOR REQUESTING AN ANNUAL OR SPECIAL MEAL FOR A RELIGIOUS HOLIDAY

**Participating members include:**          Patient/Resident Religious Leader
                                           Chaplain
                                           Superintendent/Designee
                                           Food Service Personnel


**I.**     **Action by Patient/Resident Religious Leader:**

   A.     Completes the LSH-574 - Request for Annual Religious Meal or LSH-575 - Request for Special Religious Meal and submits to the Chaplain for review at least 90 days prior to the holiday.

**II.**     **Action by Chaplain:**

   A.     Reviews LSH-574 - Request for Annual Religious Meal or LSH-575 - Request for Special Religious Meal and Attachment A of LSH policy P9-06 – Religious Guidelines for Patients/Residents- Reference Table of Religious Tenets to determine if the request is consistent with the religion and holiday.

   B.     Consults with the Chief Operations Officer (COO) and Food Service Manager(s) for any request(s) outside of the standard options available on the LSH-575 - Request for Special Religious Meal form.

**III.**     **Action by Superintendent/Designee:**

   A.     Reviews the LSH-574 - Request for Annual Religious Meal or LSH-575 - Request for Special Religious Meal and provides final approval/denial.

   B.     Forwards approved LSH-574 - Request for Annual Religious Meal or LSH-575 - Request for Special Religious Meal to the Food Service Manager(s), Chaplain, and COO.

**IV.**     **Action by Food Service Personnel:**

   A.     Receives the approved LSH-574 - Request for Annual Religious Meal or LSH-575 - Request for Special Religious Meal from the Superintendent/Designee.

   B.     Prepares and serves the meal.

<u>FORMS REFERENCED</u>:

MS-67 - Patient/Resident Request for Accommodation of Religious Practices

LSH-574 - Request for Annual Religious Meal

LSH-575 - Request for Special Religious Meal

APPROVED BY: _____ *Original Signature on File* _____

LESIA DIPMAN, Superintendent

PPR:   Chaplain

ka

New: 5/07

Rev.: 7/10/ 10/13; 10/16; 05/20; 9/23

| Religion | Dietary Requirements | Requirements for Observances |
|---|---|---|
| Asatru/Odinism | No special diet requirements. | Yule – Pork substitution for entrée<br><br>Blot – Regular meal tray plus an animal cookie and fruit juice. |
| Assembly of Yahweh | Kosher | None |
| Buddhism | Vegetarian | None |
| Catholic | No special diet requirements. | Lent: Provide fish or vegetarian option for entrée |
| Roman Catholic | No special diet requirements. | Lent: Provide fish or vegetarian option for entrée |
| Christian Science | None | None |
| Druid | None | None |
| Hinduism | Vegetarian | None |
| Islam | No Pork or Pork by products, pork derivatives, including bacon, ham, pork chops, or spare ribs.<br><br>Halal foods upon request (may be ordered from LSH Food Vendor).<br><br>The following products are definitely Halal:  Milk from cows, sheep, camels and goats; Honey;  Fish; Plants which are not intoxicants; Fresh or naturally frozen vegetables and fresh and dried fruits. Legumes and nuts like peanuts, cashew nuts, walnuts, etc.; Grains such as wheat, rice, rye, barley, oat, etc. | Lamb provided for Eid-Ul-Adha |

| Jehovah's Witness | None | None |
|---|---|---|
| Judaism | Kosher diet | Passover meals, which includes:<br>1. Kosher-for-Passover meals during the eight days.<br>2. Seder Requirements: grape juice, romaine lettuce, shmurah matzoh, celery or potato. Also the seder table should contain salt water and generous amounts of matzoh.<br>3. A ceremonial plate, which is obtained by the Chaplain upon request (it includes an egg, shank bone, charosis (a thick mixture of finely chopped apples, walnuts, grape juice and cinnamon), bitter herbs (e.g. pieces of horse radish), romaine lettuce, celery or potato.<br>4. Purim Requirements: a small quantity of hamentaschen or kosher cookies to share after the reading of the Megillah,<br><br>A substantial meal in the evening which is nutritionally equivalent to missed meals to break the fast.  This is necessary for all public fasts. |
| Latter-Day Saint (Mormon) | None | None |
| Christian/Protestant | None | None |
| Native American | None | Pow wow (4 annually): Corn soup, fry bread, taco meat (beef), cheese, lettuce and salsa. Dessert and beverage per daily menu.<br><br>Sweat lodge (monthly): Sack lunch |
| Seventh-Day Adventist | None | None |
| Thelma | None | None |

| | | |
|---|---|---|
| Rastafarian | Some sects are vegetarian, but not all. Some Rastas eat I-tal foods. Fish is a staple of I-tal foods as long as the fish is small ant more than 12 inches. Scavengers of the earth such as pigs, crabs, lobsters are forbidden to be eaten. | None |
| Sikh | None | None |
| Satanism | None | None |
| Wiccan | None | None |
| Unity | None | None |
| Krishna | None | None |
| Morrish Science Temple of America | No pork | None |

**LARNED**
**STATE**                                    **PATIENT**
**HOSPITAL**          **POLICY AND PROCEDURE MANUAL**

**EFFECTIVE:** May 12, 2020                                    **POLICY NO.:** P5-09

**SUBJECT:** Diets for Religious Beliefs

## PURPOSE

To identify/screen patients/residents in need of dietary modifications, including fasting, due to religious beliefs and requirements as set forth in their practice necessitated by their religious group.

## POLICY

Larned State Hospital (LSH) provides every patient/resident the opportunity to be served a diet appropriate to his or her religious belief.

## PROCEDURE

**Participating members include:**          Nursing Staff
                                            Chaplain
                                            Treatment Team
                                            Medical Staff
                                            Food Service Personnel

**I.**     **Action by Nursing Staff:**

   A.     Receives request from patient/resident for a religion-based diet or diet modification due to requirements for practicing their religious belief.

   B.     Documents in the patient's/resident's medical record on a Patient Request Note (CPR-45G2) and sends a follow-up to the Chaplain.

**II.**    **Action by Chaplain:**

   A.     Confers with patient/resident to determine need for a religious diet or diet modification.

   B.     Consults with Treatment Team and attending Medical Staff to determine the appropriateness of approving or denying the patient's/resident's request.

   C.     Documents the approval or denial of the diet modification, including religious appropriateness of the decision and any modifications.

   D.     Notifies the patient/resident (along with the Treatment Team) of approval or denial of the diet modification, including religious appropriateness, and provides education as needed.

**III.     Action by Treatment Team:**

A.     Discusses feasibility of patient's/resident's request for religious diet modification.

B.     Makes decision, in consultation with the Chaplain, to approve/deny patient's/resident's request.

C.     Informs patient/resident his or her request has been approved or denied. If request is denied, provides explanation to patient/resident.

D.     Documents reason for approval or denial in Progress Note (CPR-45).

**IV.     Action by Medical Staff:**

A.     Writes appropriate diet order.

**V.     Action by Food Service Personnel:**

A.     Prepares and serves appropriate diet/diet modification.

FORMS REFERENCED:
CPR-45          Progress Note
CPR-45G2      Patient Request Note

APPROVED BY: _____*Original Signature on File*_____
                              LESIA DIPMAN, Superintendent

PPR:   Chaplain
ks
New: 5/07
Rev.: 7/10/ 10/13; 10/16; 05/20

| LARNED STATE HOSPITAL | PATIENT POLICY AND PROCEDURE MANUAL |
|---|---|
| **EFFECTIVE:** November 16, 2016 | **POLICY NO.:** P5-09 |

**SUBJECT:** Diets for Religious Beliefs

## PURPOSE

To identify/screen patients in need of dietary modifications, including fasting, due to religious beliefs and requirements as set forth in their practice necessitated by their religious group.

## POLICY

Larned State Hospital (LSH) provides every patient the opportunity to be served a diet appropriate to his or her religious belief.

## PROCEDURE

**Participating members include:**    Nursing Staff
Chaplain
Treatment Team
Medical Staff
Food Service Personnel

I.    **Action by Nursing Staff:**

    A.    Receives request from patient for a religion-based diet or diet modification due to requirements for practicing their religious belief.

    B.    Documents in the patient's medical record on a Patient Request Note (CPR-45G2) and sends a follow-up to the Chaplain.

II.    **Action by Chaplain:**

    A.    Confers with patient to determine need for a religious diet or diet modification.

    B.    Consults with Treatment Team and attending Medical Staff to determine the appropriateness of approving or denying the patient's request.

    C.    Documents the approval or denial of the diet modification, including religious appropriateness of the decision and any modifications.

    D.    Notifies the patient (along with the Treatment Team) of approval or denial of the diet modification, including religious appropriateness, and provides education as needed.

III.   **Action by Treatment Team:**

   A.   Discusses feasibility of patient's request for religious diet modification.

   B.   Makes decision, in consultation with the Chaplain, to approve/deny patient's request.

   C.   Informs patient his or her request has been approved or denied. If request is denied, provides explanation to patient.

   D.   Documents reason for approval or denial in Progress Note (CPR-45).

IV.   **Action by Medical Staff:**

   A.   Writes appropriate diet order.

V.   **Action by Food Service Personnel:**

   A.   Prepares and serves appropriate diet/diet modification.

FORMS REFERENCED:
CPR-45          Progress Note
CPR-45G2     Patient Request Note

APPROVED BY:   ___*Original Signature on File*_____
                            WILLIAM C. REIN, Superintendent

PPR:   Chaplain
js
New: 5/07
Rev.: 7/10/ 10/13; 10/16

**EXHIBIT 3**

Larned State Hospital          *Rev 8/23*
Larned, Kansas

**PATIENT/RESIDENT RELIGIOUS AFFILIATION
INFORMATION
MS-57**

Page 1 of 1

The following is my current religious/faith preference (please check one):

☐ Asatru/Odinism            ☐ Assembly of Yahweh            ☐ Buddhism

☐ Catholic                  ☐ Christian/Protestant          ☐ Christian Science

☐ Druid                     ☐ Hinduism                      ☐ Islam

☐ Jehovah's Witness         ☐ Judaism                       ☐ Krishna

☐ Latter-Day Saint (Mormon) ☐ Moorish Science Temple of America  ☐ Native American

☐ Rastafarian               ☐ Satanism                      ☐ Seventh-Day Adventist

☐ Sikh                      ☐ Thelema                       ☐ Unity

☐ Wiccan                    ☐ Other (please specify):

☐ No religious/faith preference at this time

☐ **Please check this box if this is a change to your religious/faith preference.**

I am interested in the following:

☐ visit from a Chaplain
☐ prayer
☐ religious counseling
☐ assistance contacting an outside religious group
☐ information on obtaining religious materials

☐ I am currently involved with a religious/faith group outside of LSH and/or there is a religious leader that I would like to visit me while I am a patient at LSH.

| | |
|---|---|
| **Religious Affiliation:** | |
| **Name of Religious Leader:** | |
| **Street Address:** | |
| **City, State, Zip Code:** | |
| **Telephone Number:** | |
| **NOTE:** The above individual must be included in the Authorization for Disclosure of Information (MS-200) in order to visit you at LSH.  It is your responsibility to communicate your desire for a visit to your religious leader. | |

Patient/Resident/Guardian Signature: _____  Date _____  Time _____

Chaplain Signature: _____  Date _____  Time _____

Original: CIM
Copy (upon request): Patient/Resident

Larned State Hospital          Rev 8/23
Larned, Kansas

**PATIENT/RESIDENT REQUEST FOR**
**ACCOMMODATION OF RELIGIOUS PRACTICES**
**MS-67**

Page 1 of 3

**Patients/Residents may request the hospital accommodate a particular practice of their religion that involves an exception to or requires specific authorization under existing policy and procedures or other written mandates of the hospital if that request does not conflict or infringe upon the religious rights of other religious groups or the Governmental Interest of the hospital. The information below will be utilized to assist in the process to determining whether or not the accommodation will be granted.  Incomplete forms will not be considered.**

1. Religious group for which you are requesting accommodation: _____

2. If this religion is not already recognized, what is the accommodation you are requesting?

_____

_____

3. Are you officially recognized as a member of this religion?     ☐ Yes ☐ No

4. If this religion is already recognized, what is the accommodation you are now requesting?

_____

_____

5. How long have you been a member of this religion?

6. Please provide information for your outside religious leader below:
   Name:
   Street Address:
   City: _____ State: _____ Zip Code: _____
   Telephone Number:

7. What documentation, if any, is required to participate in this religion? _____

_____

8. What separates this group apart from others?

_____

_____

_____

9. Provide information regarding the National or International offices below:
   Name of Religious Group: _____
   Other Names Associated with the Religious Group: _____
   Street Address: _____
   City: _____ State: _____ Zip Code: _____
   Telephone Number: _____

10. When was this group founded? _____

Larned State Hospital          Rev 8/23
Larned, Kansas

**PATIENT/RESIDENT REQUEST FOR
ACCOMMODATION OF RELIGIOUS PRACTICES
MS-67**

Page 2 of 3

11. Who founded the religion? _____

12. Where was the religion founded? _____

13. Are there certain requirements for converting to this religion? If yes, please explain.   ☐ Yes ☐ No

_____
_____
_____

14. What is the name of the primary religious text of this religion? _____

15. Who wrote the text? _____

16. Are there other related source books about this religion?     ☐ Yes ☐ No
If yes, please provide additional details.

_____

17. What are the major beliefs or doctrines of this religion?

_____
_____
_____

18. What are the basic teachings of this religion?

_____
_____
_____

19. What are the historical roots of this religion?

_____
_____
_____

20. Are there any purification rituals? If yes, please describe.   ☐ Yes ☐ No

_____
_____
_____

21. What are the fundamental tenets of the religion that must be practiced?

_____
_____
_____
_____

22. What holidays are celebrated in this religion?

_____
_____

Larned State Hospital
Larned, Kansas                    Rev 8/23

**PATIENT/RESIDENT REQUEST FOR**
**ACCOMMODATION OF RELIGIOUS PRACTICES**
**MS-67**

Page 3 of 3

23. Are there any specific requirements for holidays? If yes, please describe.   ☐ Yes ☐ No

_____

23. What, if any, property items or artifacts are required in order to practice this religion?

_____

24. Does this religion have a religious medallion? If yes, please describe.   ☐ Yes ☐ No

_____

25. Are there dietary requirements for this religion? If yes, please describe.   ☐ Yes ☐ No

_____

26. Does this religion have beliefs related to medical treatment? If yes, please explain.   ☐ Yes ☐ No

_____

27. Are there any requirements for practicing this religion? If yes, please explain.   ☐ Yes ☐ No

_____

28. When and how is this religion practiced?

_____

29. Is it necessary for a congregational meeting if there are more than two people?   ☐ Yes ☐ No

30. What other religions have you belonged to and when?

_____

_____

Patient/Resident Signature: _____   Date _____ Time _____

**Final Determination by the Assistant Superintendent for Campus Security and Safety/Designee:**

☐ Approved
☐ Denied
☐ Modified Approval (as follows):

_____

_____

_____

Assistant Superintendent for Campus Security and Safety/Designee Signature       Date          Time

Original: CIM
Copy: Patient/Resident

Larned State Hospital
Larned, Kansas                                        New 8/23
**PATIENT/RESIDENT REQUEST FOR ANNUAL RELIGIOUS MEAL**
**LSH-574**

Form must be completed by the religious leader and submitted to the Chaplain at least 90 days prior to the religious observance. All participants in each group will receive the same menu with the exception of those with allergies, texture modifications, or those on a vegetarian diet. The cost of the annual meal must be no more than the combined daily meal rate for all members of the religion who will participate in the holiday (Rate is figured as follows: daily meal rate multiplied by the number of members participating to determine the sum of the cost of the annual meal). Items requested must be available through the LSH Food Services Contract Provider

**Religious Affiliation:** _____ **Date of Observance:** _____

**Participant Names:**

|  |  |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**Requested Meal Items:**

| | |
|---|---|
| Main Entrée: | |
| Bread Item: | |
| Starch: | |
| Side Salad: | |
| Dressing: | |
| Sides: | |
| Condiments: | |
| Beverage: | |
| Dessert: | |

_____          _____   _____
**Religious Leader Signature**                              **Date**            **Time**

Original: Chief Operations Officer

Larned State Hospital

New 8/23

Larned, Kansas

**PATIENT/RESIDENT REQUEST FOR SPECIAL RELIGIOUS MEAL**

**LSH-575**

Form must be completed by the religious leader and submitted to the Chaplain at least 90 days prior to the religious observance. All participants in each group will receive the same menu with the exception of those with allergies, texture modifications, or those on a vegetarian diet.

**Religious Affiliation:** _____ **Date of Observance:** _____

**Participant Names:**

| | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Requested Meal Items:**

| **Main Entrée – Choose 1** | **Bread Item – Choose 1** | **Starch – Choose 1** |
|---|---|---|
| ☐ Taco Meat | ☐ Flour Tortilla | ☐ Refried Beans |
| ☐ Hamburger Patty | ☐ Fry Bread | ☐ Tater Tots |
| ☐ Hot Dog | ☐ Hot Dog Bun | ☐ Potato Chips |
| ☐ Personal Pizza | ☐ Hamburger Bun | ☐ Baked Beans w/Pork |
|   ☐ Cheese ☐ Pepperoni | ☐ Bag of Doritos | ☐ Vegetarian Baked Beans |
| ☐ Vegan Bratwurst | ☐ Flat Bread | ☐ Corn Chowder |
| ☐ Unbreaded Fish | | |
| ☐ Potato Crusted Cod | | |
| **Side Salad – Choose 1** | **Dressing – Choose 1** | **Beverage – Choose 1** |
| ☐ Shredded Lettuce | ☐ Ranch | ☐ Gatorade |
| ☐ Lettuce Salad | ☐ French | ☐ Bottled Water |
| ☐ Potato Salad | ☐ Italian | ☐ Bottled Water w/Lemonade Packet |
| ☐ Carrot & Celery Sticks | ☐ Thousand Island | ☐ Bottled Water w/Raspberry Packet |
| | | ☐ Sanka Packet |
| | |   ☐ Creamer ☐ Sugar |
| **Sides – Choose 3 (only 1 cheese)** | **Condiments – Choose 2** | **Dessert – Choose 1** |
| ☐ Diced Onions | ☐ Ketchup | ☐ Chocolate Ice Cream |
| ☐ Shredded Cheese | ☐ Mustard | ☐ Vanilla Ice Cream |
| ☐ Sliced Cheese | ☐ Taco Sauce | ☐ Ice Cream Sandwich |
| ☐ Cherry Tomatoes | ☐ Mayo | ☐ Chocolate Chip Cookie |
| ☐ Dill Pickle Slices | ☐ Tartar Sauce | ☐ Peanut Butter Cookie |
| ☐ Jalapenos | | ☐ Sugar Cookie |
| ☐ Sweet Pickle Relish | | ☐ Mixed Fruit Cup (Vegan) |

_____     _____     _____

**Religious Leader Signature**                                **Date**            **Time**

Original: Chief Operations Officer

Larned State Hospital          Rev 5/11
Larned, Kansas

**RELIGIOUS AND SPIRITUAL QUESTIONNAIRE**
**CPR-56**

Page 1

The hospital requests you complete this form.  The hospital affirms your right to practice your religion while you are hospitalized. Even if you desire no religious services, please read and complete this form, and return it to a staff member. Thank you.

Please give your religion or religious preference:  _____

If you are a member of a church or religious group, please indicate:

      Name of church/religious group:  _____

      Name of your minister:  _____

The hospital chaplains may be able to assist you. They offer the following services.  *If you so desire, you may check those services that interest you.*

- ☐ visit from a chaplain at this time
- ☐ prayer
- ☐ counseling
- ☐ regular church services / Catholic Mass
- ☐ help contacting my minister/priest/pastor
- ☐ religious literature (for example: Bible and devotional materials)
- ☐ Bible study or religious support group
- ☐ assistance with a matter of particular importance to me

Community churches may offer a variety of services and supports. You may want to consider approaching your church or a church in your community for one or more of the following:

- • visit me where I live
- • provide religious education
- • provide offer social events
- • offer transportation
- • take me to church

*Space for other comments and/or requests*:  _____

_____

_____

_____

_____

_____     _____
Patient / Parent / Guardian Signature                Date / Time