**EXHIBIT B**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| DAVID W. THAYER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case. No. 22-3086-DDC |
| ) | |
| LAURA HOWARD, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DECLARATION OF GABRIEL ROP

I, Gabriel Rop, being of lawful age, make the following declaration pursuant to 28 U.S.C. § 1746 relating to the captioned matter based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment.

1. I have been the administrative program director for the Sexual Predator Treatment Program (SPTP) at Larned State Hospital (LSH) since July 25, 2022.

2. As the administrative program director for SPTP, I report to the superintendent of LSH.

3. LSH has three distinct hospital programs: the Psychiatric Services Program (PSP), the State Security (Hospital) Program (SSP), and the Sexual Predator Treatment Program (SPTP).

4. As the administrative program director for SPTP, I oversee the programming and administrative aspects of the program.

5. Starting on July 25, 2022, I attended orientation for about a month before my duties as administrative program director began.

## Overview of SPTP

6. SPTP provides treatment for convicted sex offenders who have completed their prison sentences but have been determined by the courts to be violent sexual offenders in need of involuntary inpatient treatment.

7. SPTP houses up to about 275 committed Sexually Violent Predators ("residents" or "SVP residents") at the LSH campus. The program also operates three reintegration facilities, Meyer House (at LSH), MiCO house (at Osawatomie State Hospital) and Maple House (at Parson State Hospital), that provide community-based treatment.

8. SPTP has been given two primary missions. First, SPTP provides for the public safety to prevent further victimization of others by sexual offenders assigned to the program. This requires adequate security and the ability to establish a safe environment for staff and residents within the boundaries of the parts of the LSH campus dedicated to SPTP. The second mission of SPTP is to provide treatment to those residents willing to engage in the work of personal change. The ultimate aim of this treatment is to reduce the individual's risk for re-offense to a level that would allow the return of the individual to society as a contributing, productive citizen.

9. The inpatient SPTP housing is at LSH in the Dillon Building, Isaac Ray Building, and Jung Building.

10. Dillon is a secure facility with similar security to a jail or prison. Entry to and exit from the buildings are by security-monitored, locked entrances. Its grounds are

surrounded by fencing and razor wire. The fencing is separated from surrounding structures and woodlands to prevent unobserved access. An aerial image of the facility is below. The top of the image is north.



**David W. Thayer**

11. David W. Thayer has been a resident in the inpatient housing at LSH since at least 2003 and has been housed in Dillon since at least 2019.

**Religious Call-Outs**

12. Organized groups for SPTP residents and their group activities are colloquially referred to as "call-outs."

13. Religious groups for SPTP residents and their group activities are colloquially referred to as "religious call-outs."

**Religious Policies**

14. Since about when my orientation completed through August 2023, I attended meetings with LSH and SPTP leadership once a week to discuss potential revisions to LSH's religious policies.

**Meetings with Religious Leaders**

15. Since my orientation completed, I have also met with leaders of religious call-outs within SPTP once a week along the LSH chaplain. Several times we have been joined by the LSH superintendent as well.

16. We do not meet with the religious leaders at each building (Dillon, Jung, and Isaac Ray) every week, but we cycle through the buildings and meet with religious leaders for at least one building each week.

17. The religious call-outs within SPTP are generally grouped into "nature-based" religious call-outs (including Native American, Asatru, Druid, and Wiccan call-outs) and non-nature-based religious call-outs (including Catholic, Protestant, and Jehovah's Witnesses call-outs).

18. The nature-based religious call-outs have their religious gatherings outside and so generally have different concerns than the non-nature-based religious call-outs, which have their religious gatherings inside.

19. At each building, we meet separately with the religious leaders of the nature-based religious call-outs and the religious leaders of the non-nature-based religious call-outs.

20. Concerns expressed by religious leaders at these meetings have included that they would like to have extra hours for religious gatherings and to be allowed to prepare their own food for religious meals. Native American religious leaders additionally requested to resume sweat lodge and passing ceremonies and to grow their own sage.

21. When Native American call-outs were increased to two hours in February 2023, the Christian groups wanted bible studies, so they were allowed one hour for group bible study during the week in addition to their one-hour weekly gathering on the weekend.

22. Currently, religious meals cannot be served family-style but come in individual, pre-packaged portions. This policy is meant to avoid the transmission of diseases and infections within the hospital.

## Weekly Religious Gatherings

23. As the administrative program director for SPTP, I supervise the SPTP program leader, who currently assists the Chaplain with scheduling call-outs, including religious call-outs.

24. Each religious call-out currently receives two hours a week for weekly religious gatherings.

25. Most religious call-outs meet on a weekend day for their weekly religious gathering.

26. This helps avoid conflicts with treatment sessions and medical appointments, which generally are scheduled for weekdays, although a limited amount of treatment sessions and medical appointments also occur on the weekends.

### Staffing

27. Religious gatherings are staffed by mental health developmental disability technicians (MHDD's) and/or transport staff.

28. Religious gatherings are staffed by MHDD's, which is a nursing role, for medical supervision. Transport staff also have training as MHDD's, so they can also provide medical supervision.

29. Religious gatherings are staffed by transport staff, also known as escort staff, for transportation and security. Transport staff supervise and implement the transfer of residents to medical appointments, call-outs, visitations, and to new units.

30. Religious gatherings are also monitored by safety and security officers (SSO's) by means of surveillance cameras.

### Yard Cleanup

31. Until late September 2022, the nature-based religious call-outs at the Dillon building had been meeting in an outdoor yard other than the assembly yard. (The assembly yard is also known as the religious yard.)

32. The assembly yard at Dillon was overgrown from disuse until cleared on September 27, 2022. A wide, nine-foot-tall, bushy tree had to be cut down and the yard mowed. The tree posed a security risk because residents could potentially hide behind it.

Mowing the yard helped reduce fire hazards associated with fire-based activities such as smudging and pipe smoking.

33. Some residents believe that staff walking on their sacred religious grounds spiritually contaminates those grounds. To avoid those concerns, the superintendent, the chaplain, and I coordinated with the religious leaders of the "nature-based" religious call-outs at Dillon for the yard to be cleared by three residents approved by the religious leaders of those call-outs.

34. This task took the group several hours of work to complete. Staff supervised the cleanup and provided the residents with access to the necessary tools, including a lawn mower, weed eater, leaf rake, hand saw, and large clear bags for debris (to hold leaves, grass, etc.).

35. The engineering department at LSH maintains the areas of the Dillon assembly yard that are not designated for particular religious call-outs – that is, the walk-ways and open yard areas.

36. Residents of the nature-based religious call-outs maintain their designated religious grounds on an ongoing basis from April through September. Yard maintenance is scheduled separately from other call-out activities. The residents use tools provided by staff, such as a weed eater, a lawn mower, and garden hose. When a number of residents is undertaking yard maintenance, they are supervised by an equal number of staff (at a 1:1 ratio) but with no less than two staff members. Use of any tools other than the weed eater and lawn mower requires special supervision by the LSH key/tool administrator.

### Weekly Gatherings

37. Native American religious call-outs currently smoke at their weekly religious gatherings using a group prayer pipe, although some individuals prefer to use individual prayer pipes.

### Smudging

38. Smudging for Native American groups occurs daily.

### Healing and Passing Ceremonies

39. Since I started at LSH in July 2022, healing and passing ceremonies have been allowed when requested by Native American religious groups.

40. For a time, healing and passing ceremonies were only allowed as part of the weekly gatherings due to limited staffing as well as logistical issues, including concerns raised by clinical staff that healing and passing ceremonies had caused scheduling conflicts with treatment sessions for residents in the past.

41. Since at least November 9, 2022, passing ceremonies and healing ceremonies have also been permitted during daily smudging sessions, with the time for those sessions extended as needed.

### Sweat Lodge Ceremony

42. When I started at LSH in July 2022, LSH had no sweat lodges.

43. Although weekly religious gatherings and smudging were allowed, the sweat lodge ceremony did not occur due to the lack of a sweat lodge, the inability to maintain social distancing and masking inside a lodge, staffing and scheduling limitations,

occasional county burn bans, and a reevaluation of safety and security concerns regarding the sweat lodge ceremony.

44. The length of the sweat lodge ceremonies, previously six to eight hours, contributed to the staffing and scheduling difficulties associated with these ceremonies.

45. When Pawnee County experiences dry conditions, such as from a drought, it declares a county-wide burn ban. Because the sweat lodge ceremony requires an open fire (outside the lodge) to heat the rocks needed to generate steam within the lodge, the ceremony is not allowed during a burn ban. This avoids a fire hazard from open flames, flying embers, and dry brush.

46. LSH has a fire truck, but it has sometimes been out of service. The fire truck is overseen by the chief of safety and security for LSH, who reports to the superintendent.

47. Safety and security concerns that were being reevaluated during this period with regard to the sweat lodge ceremony include dangerous materials involved in the ceremony and medical concerns.

48. The sweat lodge ceremony requires several items that could be used as weapons including hot rocks, a shovel, a modified pitchfork, and a garden rake.

49. The heat and steam heat from the sweat lodge ceremony can cause dangerous medical side effects, especially for elderly residents. The Native American religious call-outs for the SPTP program include elderly residents.

50. Eventually, in early 2023, the decision was made to resume the sweat lodge ceremonies. The risks associated with COVID-19 had sufficiently abated. Staffing levels had increased. Shortening the sweat lodge ceremonies to four hours alleviated some scheduling issues. No burn bans were then in effect. And LSH's reevaluation of safety and security concerns associated with sweat lodges had sufficiently completed and been addressed in appropriate procedures.

51. In 2023, the willow materials needed to rebuild the sweat lodges were not available for harvest until later in the spring.

52. In late spring 2023, the sweat lodges were rebuilt and monthly sweat lodge ceremonies were resumed.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on September ___7___, 2023.

*[signature]*

Gabriel Rop
Administrative Program Director for SPTP
Larned State Hospital
Kansas Department for Aging and Disability Services

Case 5:22-cv-03086-DDC   Document 49-2   Filed 09/09/23   Page 11 of 13

**EXHIBIT 1**

# Dillon Building

## Religious Grounds – Plan for Clearing Yard Overgrowth

**Project Date:** 09/27/2022         **Time:** 1300

**Project Leaders/Oversight:**    Gabriel Rop/Brian Stahlecker

### Vetting and Approving Residents to Clear the Yard

**Screening criteria for residents considered for clearing the yard:**

- No verbal or physical aggression for at last 6 months
- Security Risk Status disqualifies resident(s)
- Residents must be screened and approved by SPTP Leadership, Chief of Safety and Security/Designee, Superintendent/Designee, and KDADS Legal
- Residents must be cleared by Medical Staff

**Residents Approved for 9/27/2022:**

- **Walter Wilson.** Green badge no physical or verbal aggression in the past six months, not on Security Risk Status.
- **John Kugler:** Purple badge no physical or verbal aggression in the past six months, not on Security Risk Status.
- **Valdie Barnet:** Green badge no physical or verbal aggression in the past six months, not on Security Risk Status.

### Resident & Staff Training and Competency Verification

VTP Staff (Trainers) and/or Key-Tool Control Administrator will provide training and competency verification to the SPTP residents who are approved to use the equipment (mower, weed eater, and hand tools).

The VTP Staff (Trainers) will train the approved residents and conform competency verification prior to residents using equipment.

Engineering staff will provide training and competency verification to the VTP Staff (Trainers) and Key-Tool Control Administrator who will train/verify tool competency and supervise residents on how to utilize the tools. Training/competency verification of staff to occur before Tuesday (9/27/22).

Staff assigned to be present on site to train/verify competency of residents and supervise 9/27/2022 project:

- Brandon Turner, VTP Supervisor
- Cheryl Giessel, VTP Staff
- Aaron Bieberle, Key/Tool Control Administrator

9/26/22 Final

## Staff Supervision During Yard Clearing

All staff must have a state issued radio on their person at all times. Staff must be observant, monitoring the process and addressing any safety/security issues immediately.  Supervising staff must have documented competency in use of all power equipment being used.

- At least two staff must be present for supervision at all times.
- At least one of the staff present must be a supervisor (e.g. VTP staff, CTS, SRO)
- In addition to the two staff, if tools, including any hand held tools, lawn mower and weed eater are used, the Tool/Key Control Administrator must be present at all times.
- Safety and Security Officers will monitor from the Dillon Control Center

Staff Supervising 9/27/2022 project: Brandon Turner, VTP Director, Sheryl Giessel, VTP staff, and Aaron Bieberle, Tool/Key Control Administrator with Security will be supervising the yard via camera.

## Equipment/Tool Control

**Engineering:**

Engineering will service and maintain the power equipment used for the SPTP Religious yard.

Engineering will provide the lawn mower and weed eater to the yard at the designated time and remove/store the equipment when it is not in use.

Engineering will provide training and competency verification to SPTP VTP staff (Brandon, Sheryl, Matt and Aaron) prior to Tuesday 9/27/2022.

Engineering will haul away debris in large clear bags.

**Tool Control:**

The Key/Tool Control Administrator will be present and will maintain tool control check in and out.
Tools for 9/27/2022:
- Lawn mower
- Weed eater
- Leaf rake
- Hand saw
- Large clear bags for debris, e.g. leaves/grass/etc.

**The use of equipment:**

- All equipment instructions must be followed.

## Other Plan Details for the 9/27/2022 Project

The lawn mower and weed eater will arrive at the identified Dillon yard by 1300 (Engineering).

Engineering will remove the lawn mower and weed eater after the yard has been cleared on 9/27/2022.

9/26/22 Final

**Storage of the cut tree:** The tree can be cut into small pieces no longer than 2 ft. in length and organized in stacks not higher than 1 ft. The cut and stacked tree can be stored in the religious yard until it is removed or other storage is determined. All wood must be stored away from the fence.

Only two (2) residents will be allowed to work together in the yard.

- John and Walter will start by cutting the tree.
- After the tree is cut, Walter will be escorted to his unit and Valdie will join John to further clear the yard with weed eater and mower.
- Raking of the yard can occur as needed with debris put into plastic bags and left outside the religious yard until hauled off by Engineering.

9/26/22 Final