**EXHIBIT D**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DAVID W. THAYER,** )<br><br>**Plaintiff,** )<br><br>**v.** )<br><br>**LAURA HOWARD, *et al.*,** )<br><br>**Defendants.** ) | **Case No. 22-3086-DDC** |

## DECLARATION OF HALEIGH BENNETT

I, Haleigh Bennett, being of lawful age, make the following declaration pursuant to 28 U.S.C. § 1746 relating to the captioned matter based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment.

1. I have been the chief operations officer (COO) for Larned State Hospital (LSH) since August 2022.

2. As chief operations officer, I report to the assistant superintendent of LSH.

3. Previously, I was the interim administrative program director for the Sexual Predator Treatment Program (SPTP) from February 2022 to August 2022.

4. Prior to that, I was the SPTP program manager from December 2016 to February 2022.

5. I have worked at LSH since 2010.

6.  LSH has three distinct hospital programs: the Psychiatric Services Program (PSP), the State Security (Hospital) Program (SSP), and the Sexual Predator Treatment Program (SPTP).

### Chief Operations Officer

7.  As chief operations officer for LSH, I supervise the directors of several support service departments. These departments include engineering, laundry, and environmental services. I also oversee medical records management, the food services contract, and the SPTP due process coordinator.

8.  Until around August 20, 2023, I also supervised the director of the quality management department.

9.  Since around August 20, 2023, I have also overseen the staff development department.

10. The engineering department oversees mechanical operations including the power plant, the paint shop, the carpentry shop, the motor pool (for service vehicles), the grounds department, and the management of keys, locks, and tools. The grounds department's duties include mowing, snow removal, and furniture moving.

11. The environmental services department cleans buildings outside of patient areas.

12. The quality management department includes an accreditation officer and an ombudsman for psychiatric services.

### Previous Positions at LSH

13. Previously, as the interim administrative program director for SPTP, my duties included overseeing the administration of SPTP operations. I oversaw the non-clinical

aspects of patient management, including patient housing, the safety and security of
patient rooms, pest control, and dealing with storm damage. I facilitated
communication between departments and the writing and revision of policies.

14. As the SPTP program manager, I assisted the administrative program director for
SPTP with the duties described in the previous paragraph.

15. SPTP is the largest program of the three programs at LSH. SPTP patients live in three
separate buildings at LSH: Dillon, Jung, and Isaac Ray. Each building has unique
operations.

16. The SPTP program also has older residents on average than the other programs and
has some elderly residents.

### Religious Call-Outs

17. Organized groups at LSH for SPTP residents and their group activities are
colloquially referred to as "call-outs."

18. Religious groups at LSH for SPTP residents and their group activities are colloquially
referred to as "religious call-outs."

### COVID-19

19. At the beginning of the COVID-19 pandemic, LSH at first reacted cautiously and
with several restrictions on patient activities with the goal of preventing the spread of
COVID-19.

20. On March 18, 2020, group activities, including religious gatherings, were suspended
at LSH to avoid the spread of COVID-19 within the hospital.

21. Residents were not permitted to engage in any group activity, including group therapy at Dillon meeting rooms. Religious adherents and, in particular Native American religion adherents, were in no way singled out or treated differently in comparison to other religions or other group activities.

22. Over time COVID-19 restrictions were loosened or retightened to respond to infection levels at LSH or within Pawnee County. The relevant memos and emails announcing these changes are attached as Exhibit 1. "Social distancing," in the various phases, meant maintaining six feet of separation during all activities. In all phases, resident units quarantined when someone in that unit tested positive for COVID-19.

    a. From March 18, 2020 to June 5, 2020, group activities at LSH were suspended. This phase was called "phase A." Residents were allowed to participate only in socially distanced "fresh air breaks" in small groups of less than ten residents.

    b. From June 6, 2020 to June 10, 2020, group activities of 15 people or less were permitted for a period of thirty minutes, with "social distancing" and masks. This did not include sweat lodge or pipe ceremonies because the required social distancing and masking was not possible during those ceremonies. This phase was called "phase B."

    c. From June 11, 2020 to July 17, 2020, group activities of 30 people or less were permitted for a period of one hour, subject to the conditions in phase B. This phase was called "phase C."

d. Between July 18, 2020 to July 31, 2020, again all group activities at LSH were suspended (phase A).

e. Between August 1, 2020 to August 24, 2020, phase C was implemented again.

f. Between August 25, 2020 to September 11, 2020, again all group activities at LSH were suspended (phase A).

g. Between September 12, 2020 to October 8, 2020, phase B was implemented.

h. Between October 9, 2020 to November 17, 2020, phase C was implemented.

i. Between November 18, 2020 to January 15, 2021, group activities were suspended (phase A).

j. Between January 16, 2021 to February 26, 2021, phase B was implemented but with one-hour group activities instead of just 30 minutes.

k. Between February 27, 2021 to April 16, 2021, phase C was implemented, with the groups limited to 10 persons.

l. From April 17, 2021 to June 14, 2023, the active phase was generally in place without limitation on numbers of persons. However, social distancing and masking continued to be required.

m. From February 4, 2023, to present, religious call-outs have had two hours per week for weekly group activities.

23. As the hospital lessened many restrictions, the hospital remained cautious with regard to COVID-19. Low staffing, which could be made even lower by an outbreak of COVID-19, continued to be part of the reason for that caution.

24. As of June 14, 2023, LSH no longer has a COVID-19 "phase plan," so it no longer has restrictions for all of LSH based on the numbers of reported cases in the community. Resident units will still quarantine if someone in that unit tests positive for COVID-19.

25. Although I was not part of the "Core Pandemic Planning Team," I participated in a "Large Pandemic Planning Team" that met about daily, then about weekly, then less often as the pandemic moved along, for information sharing, troubleshooting, questions/answers and the like regarding the pandemic response at LSH. Other members of LSH leadership, including Lesia Dipman, Jeff Brown, and Linda Kidd, were also members of this team. This team continued meeting until December 2021.

**Religious Property**

26. While I served as the SPTP program manager and interim administrative program director for SPTP, I reviewed and granted property variances to allow religious items to be purchased. During this process, I ensured that the vendor was legitimate and reputable and ensured that the item did not pose too much of a safety and security risk unless the risk could be readily mitigated.

27. LSH granted numerous property variances for David W. Thayer from March 2020 to August 2022. *See* property variances attached as Exhibit 2. The included grant of

approval to purchase organic materials for smudging, such as sage, sweet grass, or cedar, does not expire. *See* memo attached as Exhibit 3.

28. At the start of the COVID-19 pandemic, when gatherings and religious call-outs were temporarily suspended to reduce the risk of transmitting COVID-19, sharing a pipe was deemed an excessive risk to spread COVID-19, so the group prayer pipe could not be used.

29. It took time to work out the logistics of how to allow individual prayer pipes without allowing patients to keep them in their rooms, so as to avoid contraband issues. Some residents consider staff touching their sacred objects to spiritually contaminate those objects, so it was also important to have a process that did not require staff to touch the pipes or tobacco, which are considered sacred by residents. The hectic schedule of LSH leadership during that timeframe due to COVID-19 and low staffing levels made it impossible to discuss and coordinate these logistical matters more quickly.

**Religious Policies**

30. LSH and SPTP leadership worked on revising the facility's religious policies from at least 2018 to August 2023.

31. My role in the review process for the religious policies was as a scribe, making the edits discussed by the group, and as an advisor, providing insights from my experiences at LSH, especially related to safety and security.

32. I also participated in meetings in September 2022 that tackled some logistical issues involving the religious yards, including tool availability and how to clean up overgrowth. Cleaning up overgrowth posed a logistical challenge because some

residents consider staff walking on their sacred religious grounds to spiritually contaminate those grounds.

33. As chief operations officer, I make sure that the current policies are followed.

34. LSH has a list of recognized religions and a process for recognizing new religions. Patients can indicate which religion they practice and become part of a religious call-out.

35. One priority in the review of LSH's religious policies was to treat the religious call-outs in a balanced manner. Most, if not all, religious call-outs would like to meet for longer or more often, so when considering a requested time increase by a religious call-out, we considered whether we could accommodate that time increase for all religious call-outs. If not, that weighed against us accommodating that time increase.

36. To avoid events adverse to safety and security, it is important not to stretch staffing too thin. Adequate staffing helps prevent or mitigate behavioral events, violence, cornering of staff, medical issues, contraband, manipulation of fences and barriers, elopements (escapes), and sexual activity. Residents are often aware of when staffing levels are lower than usual, and experience shows that adverse events occur more often when staffing levels are low in a particular area. For these reasons, it is important to keep staffing levels up not only for the religious call-outs but for other areas of LSH as well, such as in resident units and in transporting residents to medical appointments and treatment sessions.

37. To reduce the risk of elopements (escapes) from the hospital, the yards are closed from 30 minutes prior to sunset until sunrise. Outdoor religious gatherings cannot be scheduled for when the yards are closed.

### Special Meals

38. Currently, the cafeteria is not open and residents eat in their rooms or in a commons area on their living unit. This was previously to prevent the spread of COVID-19. The cafeteria room was not large enough to accommodate social distancing and the required masking was not possible while eating. Since June 2023, LSH has been working on the logistics of re-opening the cafeteria. Turnover in staff resulted in some institutional knowledge being lost regarding how to fully re-open the cafeteria, but those logistical issues are now being worked through.

39. Each religious call-out is permitted up to four special meals per year for religious holidays.

40. Special meals have been permitted again since at least March 2023.

41. Special meals occur during the call-out's weekly gathering time (or during one of the call-out's weekly gathering times if it has two).

42. Special meals are provided by LSH's food services contract provider.

43. Foods is provided for special meals that is appropriate for the religious holiday.

44. Special meals are provided to members of religious call-outs in individual servings.

45. Special meals for the Native American call-outs are held outside in the assembly yards.

46. To prevent the spread within the hospital of infections and disease, meals, including holiday meals, cannot be served "family style." LSH medical professional staff have concluded that meals or feasts that are served "family-style," instead of by separately packaged portions, cannot be allowed because of the unacceptable risk, in the jail/prison like setting, of the transmission of diseases and infections.

47. "Family style" refers to food being held in large platters, bowls, or other serving dishes rather than being individually plated or packaged. Group members would then serve themselves from the dishes which are passed around the group.

48. Residents are not permitted to prepare their own food for special meals because they are not equipped to properly prepare it so that the food is maintained at proper temperatures and is safe for consumption. When residents prepared their own food in the past, it was not maintained at proper temperatures, which rendered it unsafe for consumption.

49. LSH does not have the food budget to pay extra costs for special meals beyond the normal daily meal rate per resident. LSH cannot preferentially subsidize the exercise of religion by paying more for Native American special meals than it already pays for residents' usual daily meals.

50. Any additional cost of special meals would have to be borne by residents or outside donors, with LSH's contribution limited to what it does not pay to offer usual daily meals on the day of the special meal.

51. There has not been a time where residents could not eat religious meals in their room, by themselves.

**Passing Ceremonies**

52. In the past, Native American religious call-outs have requested to smoke tobacco in "passing ceremonies" within twenty-four hours of the death of someone they know, and these were allowed in addition to smoking at weekly ceremonies. LSH had no way of verifying the death or the patient's relationship to the deceased and so took the patient's word for it. Passing ceremonies then became requested so often that for periods of several weeks at a time they would happen more days than not, which interfered with scheduling and staffing for treatment, medical appointments, and other primary operations of the facility. The high number of passing ceremonies requested also raised questions about the sincerity of that many requests for passing ceremonies.

53. Since April 29, 2021, when a policy was finalized for allowing individual pipes, healing and passing ceremonies have been allowed as part of the weekly gatherings of Native American religious call-outs.

54. For a time, healing and passing ceremonies were only allowed as part of the weekly gatherings, where smoking could occur, due to limited staffing as well as logistical issues. The logistical concerns included concerns raised by clinical staff regarding scheduling conflicts with treatment sessions for residents. Further, LSH did not have a way to determine which requests for passing ceremonies were sincere.

55. Since at least November 8, 2022, increased staffing and the solving of many logistical issues have led to passing ceremonies and healing ceremonies being permitted during daily smudging times or sometimes as separate ceremonies during the week. Currently, they occur during daily smudging sessions, with the time for those sessions extended as needed.

## Sweat Lodge Ceremony

56. Sometime in 2020, the sweat lodges at Dillon deteriorated from exposure to the elements so they had to be removed.

57. Sometime in 2020, some items and tools related to the sweat lodge ceremony were taken off Dillon building at one point as no one claimed them or could provide documentation detailing they had ownership over the items, they were not properly inventoried or accounted for, and some of the items posed a safety and security threat when so unaccounted for due to their potential to conceal individuals or be used as weapons.

58. Once weekly religious gatherings and smudging were allowed, the sweat lodge ceremony still did not occur due to the lack of a sweat lodge, the inability to maintain social distancing and masking inside a lodge, staffing and scheduling limitations, occasional county burn bans, and a reevaluation of safety and security concerns regarding the sweat lodge ceremony.

59. The length of the sweat lodge ceremonies, previously six to eight hours, contributed to the staffing and scheduling difficulties associated with these ceremonies.

60. When a county-wide burn ban is in effect, the dry conditions and possibility of flying embers make the open fire used for the sweat lodge ceremony a substantial fire risk. Wildfires have been known to occur in the area.

61. Multiple safety and security concerns regarding the sweat lodge were being reevaluated during this period:

a.  The heat and steam heat from the sweat lodge ceremony can cause dangerous medical side effects, especially for elderly residents, including dehydration and loss of consciousness. The Native American religious call-outs for the SPTP program include elderly residents and residents with preexisting, underlying health conditions that make them more susceptible to serious injury from these health risks. At least one resident has previously passed out during the sweat lodge ceremony from the hot conditions inside the sweat lodge. And sweat lodge ceremonies outside of LSH have, by reports, resulted in deaths.

b.  A resident has previously reported an instance of sexual abuse occurring inside the sweat lodge, where residents cannot be seen by staff.

c.  The passing of contraband can occur more easily inside the sweat lodge, where residents cannot be seen by staff.

d.  The sweat lodge ceremony provides residents access to potentially dangerous tools and materials used in ceremony. Hot rocks from the fire, which are used to produce steam inside the lodge by pouring water on them, could be used as weapons. Other items required for the ceremony could also be used as weapons, including a shovel, a modified pitchfork, and a garden rake.

e.  The fire can cause injuries and behavioral issues like horseplay.

62. Eventually, in early 2023, the decision was made to rebuild the sweat lodges and resume the sweat lodge ceremonies. The risks associated with COVID-19 had

sufficiently abated. Staffing levels had increased. Shortening the sweat lodge

ceremonies to four hours alleviated some scheduling issues. No burn bans were then

in effect. And LSH's reevaluation of safety and security concerns associated with

sweat lodges had sufficiently completed and been addressed in appropriate

procedures.

63. In 2023, the willow materials needed to rebuild the sweat lodges were not available

for harvest until later in the spring. In late spring 2023, the sweat lodges were rebuilt

and monthly sweat lodge ceremonies were resumed.

64. Due to security concerns, certain protocols are in place. Residents who are on

security-risk status may not participate in sweat lodge ceremonies. When sweat lodge

ceremonies occur, residents are strip searched before and after the ceremony.

Location checks occur every thirty minutes, for which residents must exit the sweat

lodge to be counted after completing that round of sweating. Residents must wear

shorts at a minimum during the ceremony. If residents need to use the bathroom,

residents must do so one at a time and the bathroom is searched before and after each

use.

**Burn Bans**

65. At Dillon, the outdoor smudging ritual conducted by members of Native American

religious call-outs involves the practice of open burning of dried herbs.

66. At Dillon, the ceremonial use of pipe(s) by members of Native American religious

call-outs involves smoking tobacco and, therefore, the risk of causing a fire associated

with any kind of smoking.

67. Due to a lack of moisture or fire hazard conditions, from time to time, the Board of County Commissioners of Pawnee County imposes a burn ban for the county, which places restrictions on outdoor burning. An example Pawnee County burn ban is attached as Exhibit 4.

68. LSH previously interpreted the burn bans to prohibit outdoor non-liquid smudging and smoking.

69. During parts of 2021 and 2022, residents at Dillon were not allowed to smudge (other than by liquid smudging) or smoke pipes during burn bans in compliance with LSH's understanding of the Pawnee County burn bans. As a result, Thayer was not allowed to engage in non-liquid smudging or engage in the smoking portion of the pipe-and-drum ceremony between July 20, 2022, and September 10, 2022.

70. LSH's strict response to the burn bans was more than just recognition of the county-imposed rule as perceived by LSH. Larned only has volunteer firefighters, and while LSH has its own fire engine on the hospital's site, there was a period of time when the fire truck was out-of-service, including from at least May 2022 to September 9, 2022. Both the lack of full-time firefighters in Larned and the lack of a working fire engine on campus would result in an increased response time in event of a fire on campus. Moreover, in March 2022, a large wildfire broke out in the Larned area that threatened LSH's property. In light of these considerations, LSH's strict response to burn bans was for the safety of its patients, residents, and staff, to protect the LSH facilities, and to protect the public from any escapes that may occur due to a fire damaging LSH's security measures.

71. However, with an interpretation of the county ban from Pawnee County officials and the completed repair of LSH's fire engine, outdoor non-liquid smudging and pipe ceremonies have been permitted even during a burn ban since September 11, 2022. County officials have clarified that the burn ban does not itself prohibit outdoor smudging or smoking provided the materials are used and disposed of with care and in a manner to reduce the potential for fires. When a burn ban is in effect, staff now ensures that there is a bucket of sand and either a bucket of water or a garden hose ready and attended by a staff member at the smudging or smoking location to enable a quick response to any out-of-control fires that may occur. Additionally, safety-and-security staff waters the grounds with sprinklers before ceremonies involving smoking to reduce the risk of fire.

72. Because sweat lodge ceremonies involve an open fire, sweat lodge ceremonies continue to be prohibited during a burn ban.

## Cancellations

73. For SPTP, scheduled religious observances or services may be modified or cancelled only with the approval of one of the following or their designee: Superintendent, Chaplain, SPTP Administrative Program Director, SPTP Clinical Program Director, Chief of Safety and Security, SPTP Program Manager.

## Visitation

74. Visitations provide an opportunity for guests to meet with residents.

75. Visitations can take the form of an in-person visitation or a skype visitation. Both types of visitation require transport staff to transport the resident to the designated secure visitation location.

76. Religious call-outs are very rarely cancelled due to visitations, but on one particular day during the COVID-19 pandemic, when staffing was too low to permit both religious call-outs and a visitation that day, religious call-outs were cancelled in favor of the visitation. The guest for the visitation had driven for several hours to visit a resident and was going to drive several hours to go home the same day, so it would have been a considerable burden on that guest to prevent the guest from visiting the resident that the guest had travelled so far to visit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on September __7__, 2023.

Haleigh Bennett
Chief Operations Officer, Larned State Hospital
Kansas Department for Aging and Disability
Services

**EXHIBIT 1**

03/18/2020

TO: All residents

FROM: SPTP Leadership

RE: Changes on SPTP Units

As the result of instructions from the Governor of Kansas, the Secretary of KDADS, and the Superintendent of Larned State Hospital, SPTP Leadership is instituting temporary changes to daily life on the SPTP Units in response to the COVID-19 Pandemic Declarations in keeping with Infection Control procedures. As of this date, there is no known timeline for when these temporary measures will end.

1. ALL BUILDINGS:
   a. All groups and assemblies of larger than 10 people are suspended
   b. Group assemblies of 10 or fewer can only be held in settings where each attendee can and will remain six feet from all other participants.
   c. Residents will not be transported off their buildings unless determined to be a medical necessity
   d. VTP activities are suspended unless the activity occurs on unit or under specific circumstances as instructed by staff. VTP workers can work in the cafeteria or in commons areas (off unit) if all workers are from the same unit and use good hand hygiene and infection control practices.
   e. Handwashing and sanitizing as instructed by staff are expected of all Residents. Please cooperate with these instructions in order to reduce the spread of viral and bacterial agents.
2. DILLON: All Residents are confined to their units except under specific circumstances as instructed by staff.

RELIGIOUS CALLOUTS

Message from the Chaplain: As a result of the COVID-19 pandemics we are currently putting all religious callouts on hold. This includes special meals, pipe and drum, sweat, and other activities which are not individualized. Every resident has the right to personal worship, and we encourage this during the time group activities are suspended. Residents could also use this time to study their religion. Updates will be provided by the Chaplain as to when group callouts may resume. All Thursday visits will also be on hold until further notice. Please continue to turn in your request forms to the Chaplain as you have been doing. The Chaplain will be working on residents requests. If there is an emergency the Chaplain will make arrangements to meet the resident's emergency need.

ACTIVITIES

Message from the Activity Director: Activities will change from group to individual. We will be arranging individualized activities on units and will also be working with Leadership to identify ways to engage small groups of Residents in activities such as fresh air breaks, as long as those follow the directives indicated above.

THERAPY

<u>Message from the Assistant Clinical Director</u>: As of 0930 on 03/18/2020, and ongoing, individual and group psychotherapy and psychoeducational groups are suspended as if on break week. Therapists will respond to acute needs of the Residents, as a routine matter.

GENERAL CONCERNS

<u>Message from Leadership</u>: During this time of unprecedented change in the day-to-day life of all of us, it is difficult to predict what is ahead for any of us with restrictions on our normal activities and functioning. We look forward to Residents demonstrating their ability to function as appropriate citizens of a community by accepting and participating in the changes we face and helping staff do their work to keep our community safe.

ANY QUESTIONS OR CONCERNS ABOUT THESE ISSUES MAY BE ADDRESSED TO THE PROGRAM DIRECTORS.

ANY QUESTIONS OR CONCERNS ABOUT MEDICAL OR HEALTH ISSUES MAY BE ADDRESSED TO THE NURSING UNIT LEADERS OR SPTP ASSISTANT DIRECTOR OF NURSING.

**Sexual Predator Treatment Program**

2020-06-035

# MEMO

To:     SPTP Staff and Residents

From:   Tonya Taylor, SPTP Administrative Program Director

Date:   6/5/2020

Re:     Religious Callouts

---

LSH has now moved into Phase B of the COVID Recovery Plan and this allows us to begin opening up religious callouts again. This will be a phased in approach and I must caution folks that should we get a COVID + individual here on our campus we will likely tighten restrictions again for the safety of all. That being said, callouts will be starting again tomorrow, 6/6/2020. I have attached the schedule and every religious callout on every unit is offered equal time. We still cannot mix units nor transport between buildings – these will be added back in future phases of the Recovery Plan.

**Here are the guidelines that everyone must follow:**

1.      All members attending a call out will be from the same unit, with no more than 15 members total per unit.

2.      Masks must be worn at all times – This includes to and from the callout and during the entirety of the callout! ***The callout will be stopped and residents returned to the unit if this is not followed!***

3.      Call outs will be limited to 30 minutes per unit per call out. (This will increase as we work through the phases).

4.      Special meals continue on hold.

5.      Callouts which involve smudging:

    A.      Smudging will be allowed, with the keeper of the bowls and smudge material permitted to pass this via staff in a box (which is not sealed, permitting visual inspection but not touching) between members on different units.

    B.      Smudging is also permitted on fresh air breaks.

6.      Callouts which involve sweat lodge or pipe – these activities are still on hold.

7.      Callouts which involve healing ceremonies are permitted within the above parameters (i.e., no pipe).

Please be patient with staff as this will require lots of staff support to stay on schedule. We will do our best! Also South Communities' and Jung Communities' religious callout schedules will be at the discretion of the Unit Leaders in charge and will follow the same guidelines above.

Thank you,

Tonya Taylor, SPTP Administrative Program Director

## OUTSIDE/INSIDE CALLOUTS - SATURDAY

| | Religious Grounds | Mod Yard | Chapel |
|---|---|---|---|
| 8-8:30am | Red Wolf  - W1 | Temple of Taboreh - E2 | Apostolic Church - E1 |
| 8:45-9:15am | Red Wolf - W2 | Temple of Taboreh - E1 | Apostolic Church - E2 |
| 9:30-10:am | Red Wolf - E1 | Temple of Taboreh - W2 | Apostolic Church - W1 |
| 10:15-10:45am | Red Wolf- E2 | Temple of Taboreh - W1 | Apostolic Church - W2 |
| 11-11:30am | Asatru/ Druids - W1 | | Jewish Faith - E1 |
| | | | |
| 1-1:30pm | Asatru/Druids - W2 | SRS Breaks - E1 | Jewish Faith - E2 |
| 1:45-2:15pm | Asatru/Druids - E1 | SRS Breaks - E2 | Jewish Faith - W1 |
| 2:30-3:00pm | Asatru/Druids - E2 | SRS Breaks - W1 | Jewish Faith - W2 |
| 3:15-3:45pm | Wiccan - W1 | SRS Breaks - W2 | Jehovah Witness - E1 |
| 4:00-4:30pm | Wiccan - W2 | | Jehovah Witness - E2 |

## OUTSIDE/INSIDE CALLOUTS - SUNDAY

| | Religious Grounds | Chapel | Dillon Theater |
|---|---|---|---|
| 8-8:30am | Grey Wolf  - W1 | Catholic - E1 | |
| 8:45-9:15am | Grey Wolf - W2 | Catholic - E2 | |
| 9:30-10:am | Grey Wolf - E1 | Catholic -W1 | |
| 10:15-10:45am | Grey Wolf- E2 | Catholic - W2 | |
| 11-11:30am | Wiccan- E1 | Church of the Redeemed - W1 | |
| | | | |
| 1-1:30pm | Wiccan - E2 | Church of the Redeemed - W2 | Islamic Prayer - E1 |
| 1:45-2:15pm | | Church of the Redeemed - E1 | Islamic Prayer - E2 |
| 2:30-3:00pm | | Church of the Redeemed - E2 | Islamic Prayer - W1 |
| 3:15-3:45pm | | Jehovah Witness - W1 | Islmaic Prayer - W2 |
| 4:00-4:30pm | | Jehovah Witness - W2 | |

**Sexual Predator Treatment Program**

2020-06-037

# MEMO

To:     SPTP Staff and Residents

From:   Tonya Taylor, SPTP Administrative Program Director

Date:   6/10/2020

Re:     Religious Callouts Phase C

---

LSH has now moved into Phase C of the COVID Recovery Plan and this allows us to begin opening up religious callouts even further.  I again must caution folks that should we get a COVID + individual here on our campus we will likely tighten restrictions again for the safety of all. That being said, callouts will be continuing in the following manner.  I have attached the updated schedule and every religious callout is offered equal time.  We still cannot transport between buildings – this will be added back in future phases of the Recovery Plan.

<u>Here are the guidelines that everyone must follow:</u>

1.      All members attending a call out will be from the same or sister unit (on Dillon this is both Eastside or both Westside units), with no more than 30 members (including the supervising staff) total per callout.

2.      Masks must be worn at all times – This includes to and from the callout and during the entirety of the callout! *The callout will be stopped and residents returned to the unit if this is not followed!*

3.      Call outs will be limited to 1 hour per call out.

4.      Special meals continue on hold.

5.      Callouts which involve smudging:

    A.      Smudging will be allowed, with the keeper of the bowls and smudge material permitted to pass this via staff in a box (which is not sealed, permitting visual inspection but not touching) between members on different units.

    B.      Smudging is also permitted on fresh air breaks.

6.      Callouts which involve sweat lodge or pipe – these activities are still on hold.

7.      Callouts which involve healing ceremonies are permitted within the above parameters (i.e., no pipe).

8.      Residents may choose to work on their grounds during callout times.

Please continue to be patient with staff Also South Communities' and Jung Communities' religious callout schedules will be determined by the Unit Leaders in charge and will follow the same guidelines above.

Thank you,

Tonya Taylor, SPTP Administrative Program Director

# OUTSIDE/INSIDE CALLOUTS - SATURDAY

| | Religious Grounds | Mod Yard | Chapel |
|---|---|---|---|
| 8-9am | Grey Wolf - W1 and W2 | Temple of Taboreh - E1 and E2 | Apostolic Church - E1 and E2 |
| 9:15-10:15am | Grey Wolf - E1 and E2 | Temple of Taboreh - W1 and W2 | Apostolic Church - W1 and W2 |
| 10:30-11:30am | Asatru/ Druids - W1 and W2 | DE2 - 3 residents are assigned to water the flowers in Mod Yard | Jewish Faith - E1 and E2 |
| 1-2:00pm | Asatru/Druids - E1 and E2 | | Jewish Faith - W1 and W2 |
| 2:15-3:15pm | Wiccan - W1 and W2 | SRS Breaks - E1 and E2 | |
| 3:30-4:30pm | Wiccan - E1 and E2 | SRS Breaks - W1 and W2 | |

# OUTSIDE/INSIDE CALLOUTS - SUNDAY

| | Religious Grounds | Chapel | Dillon Theater |
|---|---|---|---|
| 8-9:00am | Red Wolf - W1 and W2 | Catholic - E1 and E1 | |
| 9:15-10:15am | Red Wolf - E2 and E1 | Catholic - W1 and W2 | |
| 10:30-11:30am | | Church of the Redeemed - W1 and W2 | |
| 1-2:00pm | DE2 - 3 residents are assigned to water the flowers in Mod Yard | Church of the Redeemed - E1 and E2 | Islamic Prayer - W1 and W2 |
| 2:15-3:15pm | | Jehovah Witness - W1 and W2 | Islamic Prayer - E1 and E2 |
| 3:30-4:30pm | | Jehovah Witness - E 1 and E2 | |

## Sexual Predator Treatment Program

2020-07-047

# MEMO

To:     SPTP Staff and Residents

From:   Tonya Taylor, SPTP Administrative Program Director

Date:   7/17/2020

Re:     Groups, Callouts, and RAC

---

Due to changes brought about by the significant number of quarantine units and isolations, all group activities other than fresh air breaks are canceled at this time. Residents are encouraged to practice individual religious worship at this time.

RAC Committee meetings are postponed till Aug. 17th.

Thank you for your understanding.

Thank you,

Tonya Taylor, SPTP Administrative Program Director

**Sexual Predator Treatment Program**

2020-07-050

# MEMO

To:     SPTP Staff and Residents

From:   Tonya Taylor, SPTP Administrative Program Director

Date:   7/31/2020

Re:     Programming, Callouts, and RAC

---

Religious callouts will resume tomorrow, 08/01 following the Phase C plan protocols (wearing masks, group size, etc.) and the same schedule as before.

RAC Committee meetings are to resume on Aug. 17th.

Psychotherapy Program: For the week of 08/03, the therapy program will be the same as during the quarantine. Beginning the week of 08/10, therapist-led process and supplemental groups will be held consistent with the schedule used before the recent quarantine.

Activities (including yard): Beginning 08/03, Activity will resume on the same schedule as before the recent quarantine.

Thank you for your understanding throughout the quarantine process.

Thank you,
Tonya Taylor, SPTP Administrative Program Director

**Sexual Predator Treatment Program**

2020-07-054

# MEMO

To:     SPTP Staff and Residents

From:   Tonya Taylor, SPTP Administrative Program Director

Date:   8/24/2020

Re:     Callouts, RAC, Outside Food, and Programming

---

As a result of increased COVID exposures in the community and in staff, Superintendent Dipman has moved LSH to Phase A of the Pandemic Plan. As a result, the following changes will occur:

(1) Religious callouts are suspended. Residents are encouraged to individually worship in their rooms.

(2) RAC Committee meetings are suspended at this time.

(3) Outside Food remains suspended at this time.

(4) Groups (psychotherapy, supplemental and activity) are suspended. Individual therapy contacts will continue and are encouraged.

(5) Activities (including yard) are suspended. Fresh Air Breaks will continue to be offered.

Further information will be forthcoming. Thank you for your understanding throughout the pandemic.

Thank you,
Tonya Taylor, SPTP Administrative Program Director

**Sexual Predator Treatment Program**

2020-09-056

# MEMO

To:      SPTP Staff and Residents

From:    Tonya Taylor, SPTP Administrative Program Director

Date:    9/10/2020

Re:      Religious Callouts

---

LSH has now moved back into Phase B of the COVID Recovery Plan and this allows us to begin opening up religious callouts again.  Callouts will be starting again on **9/12/2020**.  We still cannot mix units nor transport between buildings – these will be added back in future phases of the Recovery Plan.

**Here are the guidelines that everyone must follow:**
1.   All members attending a call out will be from the same unit, with no more than 15 members total per unit.
2.   Transit areas and meeting locations need to be disinfected between use of different units/callouts.
3.   Masks must be worn at all times – This includes to and from the callout and during the entirety of the callout!  *The callout will be stopped and residents returned to the unit if this is not followed!*
4.   Call outs will be limited to 30 minutes per unit per call out. (This will increase as we work through the phases).
5.   Special meals continue on hold.
6.   Callouts which involve smudging:
     A. Smudging will be allowed, with the keeper of the bowls and smudge material permitted to pass this via staff in a box (which is not sealed, permitting visual inspection but not touching) between members on different units.
     B. Smudging is also permitted on fresh air breaks.
7.   Callouts which involve sweat lodge or pipe – these activities are still on hold.
8.   Callouts which involve healing ceremonies are permitted within the above parameters (i.e., no pipe).

South Communities' and Jung Communities' religious callout schedules will be scheduled at the discretion of the Unit Leaders in charge and will follow the same guidelines above.

Thank you,

Tonya Taylor, SPTP Administrative Program Director

# OUTSIDE/INSIDE CALLOUTS - SATURDAY

| | Religious Grounds | Mod Yard | Chapel |
|---|---|---|---|
| 8-8:30am | Grey Wolf - W1 | Temple of Taberah - E2 | Apostolic Church - E1 |
| 8:45-9:15am | Grey Wolf - W2 | Temple of Taberah - E1 | Apostolic Church - E2 |
| 9:30-10am | Grey Wolf - E1 | Temple of Taberah - W2 | Apostolic Church - W1 |
| 10:15-10:45am | Grey Wolf- E2 | Temple of Taberah - W1 | Apostolic Church - W2 |
| 11-11:30am | Asatru/ Druids - W1 | | Jewish Faith - E1 |
| | | | |
| 1-1:30pm | Asatru/Druids - W2 | SRS Breaks - E1 | Jewish Faith - E2 |
| 1:45-2:15pm | Asatru/Druids - E1 | SRS Breaks - E2 | Jewish Faith - W1 |
| 2:30-3:00pm | Asatru/Druids - E2 | SRS Breaks - W1 | Jewish Faith - W2 |
| 3:15-3:45pm | Wiccan - W1 | SRS Breaks - W2 | Jehovah Witness - E1 |
| 4:00-4:30pm | Wiccan - W2 | | Jehovah Witness - E2 |

# OUTSIDE/INSIDE CALLOUTS - SUNDAY

| | Religious Grounds | Chapel | Dillon Theater |
|---|---|---|---|
| 8-8:30am | Red Wolf - W1 | Catholic - E1 | |
| 8:45-9:15am | Red Wolf - W2 | Catholic - E2 | |
| 9:30-10am | Red Wolf - E1 | Catholic -W1 | |
| 10:15-10:45am | Red Wolf- E2 | Catholic - W2 | |
| 11-11:30am | Wiccan- E1 | Islamic Prayer - W2 | Church of the Redeemed - W1 |
| | | | |
| 1-1:30pm | Wiccan - E2 | Islamic Prayer - E1 | Church of the Redeemed - W2 |
| 1:45-2:15pm | | Islamic Prayer - E2 | Church of the Redeemed - E1 |
| 2:30-3:00pm | | Islamic Prayer - W1 | Church of the Redeemed - E2 |
| 3:15-3:45pm | | Jehovah Witness - W1 | |
| 4:00-4:30pm | | Jehovah Witness - W2 | |

**Sexual Predator Treatment Program**

2020-10-062

# MEMO

To: SPTP Staff and Residents

From: Tonya Taylor, SPTP Administrative Program Director

Date: 10/8/2020

Re: Phase C – Religious Callouts, Programming, RAC, and Outside Food

---

LSH has now moved into Phase C of the COVID Recovery Plan. I again must caution folks that should we get more COVID + individuals here on our campus we will likely tighten restrictions again for the safety of all. That being said, callouts will be continuing in the following manner. I have attached the updated schedule and every religious callout is offered equal time. We still cannot transport between buildings – this will be added back in future phases of the Recovery Plan.

**Here are the guidelines that everyone must follow:**

1. All members attending a call out will be from the same or sister unit (on Dillon this is both Eastside or both Westside units), with no more than 30 members (including the supervising staff) total per callout.
2. Masks must be worn at all times – This includes to and from the callout and during the entirety of the callout! *The callout will be stopped and residents returned to the unit if this is not followed!*
3. Call outs will be limited to 1 hour per call out.
4. Special meals continue on hold.
5. Callouts which involve smudging:
   A. Smudging will be allowed, with the keeper of the bowls and smudge material permitted to pass this via staff in a box (which is not sealed, permitting visual inspection but not touching) between members on different units.
   B. Smudging is also permitted on fresh air breaks.
6. Callouts which involve sweat lodge or pipe – these activities are still on hold.
7. Callouts which involve healing ceremonies are permitted within the above parameters (i.e., no pipe).
8. Residents may choose to work on their grounds during callout times.
9. South Communities' and Jung Communities' religious callout schedules will be determined by the Unit Leaders in charge and will follow the same guidelines above.

Clinical and Activity Programming will continue and follow the Phase C guidelines.  RAC Committee will be looked into re-starting. I will announce when we have meetings scheduled to resume. Outside Food remains suspended at this time. SPTP Leadership continues to work on this issue.

Thank you,

Tonya Taylor, SPTP Administrative Program Director

## OUTSIDE/INSIDE CALLOUTS - SATURDAY

| | Religious Grounds | Mod Yard | Chapel |
|---|---|---|---|
| 8-9am | Grey Wolf - W1 and W2 | Temple of Taberah - E1 and E2 | Apostolic Church - E1 and E2 |
| 9:15-10:15am | Grey Wolf - E1 and E2 | Temple of Taberah - W1 and W2 | Apostolic Church - W1 and W2 |
| 10:30-11:30am | Asatru/ Druids - W1 and W2 | DE2 - 3 residents are assigned to water the flowers in Mod Yard | Jewish Faith - E1 and E2 |
| 1-2:00pm | Asatru/Druids - E1 and E2 | | Jewish Faith - W1 and W2 |
| 2:15-3:15pm | Wiccan - W1 and W2 | SRS Breaks - E1 and E2 | |
| 3:30-4:30pm | Wiccan - E1 and E2 | SRS Breaks - W1 and W2 | |

## OUTSIDE/INSIDE CALLOUTS - SUNDAY

| | Religious Grounds | Chapel | Dillon Theater |
|---|---|---|---|
| 8-9:00am | Red Wolf - W1 and W2 | Catholic - E1 and E1 | |
| 9:15-10:15am | Red Wolf - E2 and E1 | Catholic - W1 and W2 | |
| 10:30-11:30am | | Church of the Redeemed - W1 and W2 | |
| 1-2:00pm | | Church of the Redeemed - E1 and E2 | Islamic Prayer - W1 and W2 |
| 2:15-3:15pm | | Jehovah Witness - W1 and W2 | Islamic Prayer - E1 and E2 |
| 3:30-4:30pm | DE2 - 3 residents are assigned to water the flowers in Mod Yard | Jehovah Witness - E 1 and E2 | |

**Sexual Predator Treatment Program**

2020-11-077

# MEMO

To:     SPTP Staff and Residents

From:   Haleigh Bennett, SPTP Program Manager

Date:   November 17, 2020

Re:     COVID Phase A Implemented

Due to an increase in COVID-19 cases at LSH and the surrounding area, LSH has moved into Phase A today. Below you will find pertinent information:

- Religious callouts are suspended. Residents are encouraged to individually worship in their rooms.
- Units are not allowed to mix.
- RAC meetings are suspended at this time.
- Groups (psychotherapy, supplemental, and activity) will be limited to 10 people (9 residents from the same unit and 1 staff). Masks are required.
- Fresh air breaks will continue to be offered with no more than 10 people (8 residents from the same unit and 2 staff).
- Residents will continue to eat meals on the units and are encouraged to eat in their rooms. Residents requiring monitoring during meals may eat in the dayhall.
- Library will be closed.
- Visitation will continue to occur via televideo.
- Tier Two Outings are suspended at this time.

Thank you,

*Haleigh Bennett*

Haleigh Bennett, SPTP Program Manager

## Sexual Predator Treatment Program

2021-01-002

# MEMO

To:     Staff & Residents

From:   Haleigh Bennett, SPTP Program Manager

Date:   January 15, 2021

Re:     Religious Callouts this weekend (1/16 & 1/17)

---

LSH continues in Phase B of the COVID Recovery Plan. Below you will find the religious callout schedule for Dillon. Isaac Ray South Community and Jung religious callouts will be scheduled at the discretion of the Unit Leaders in charge.

## OUTSIDE/INSIDE CALLOUTS - SATURDAY

|  | **Religious Grounds** | **Mod Yard** | **Chapel** |
|---|---|---|---|
| 8-9am | Grey Wolf  - Group 1 | Temple of Taberah - E1 and E2 |  |
| 9:15-10:15am | Grey Wolf  - Group 2 |  |  |
| 10:30-11:30am | Asatru/Druids |  |  |
|  |  |  |  |
| 1-2:00pm |  | SRS Breaks (10 max) | Apostolic Church |
| 2:15-3:15pm |  | SRS Breaks (10 max) | Jewish Faith |
| 3:30-4:30pm |  |  |  |

## OUTSIDE/INSIDE CALLOUTS - SUNDAY

|  | **Religious Grounds** | **Chapel** | **Dillon Theater** |
|---|---|---|---|
| 8-9:00am | Wiccan | Catholic |  |
| 9:15-10:15am | Red Wolf - Group 1 | Jehovah Witness |  |
| 10:30-11:30am | Red Wolf  - Group 2 |  |  |
|  |  |  |  |
| 1-2:00pm |  | Mod Yard - SRS Breaks (10 Max) | Islamic Prayer - W1 |
| 2:15-3:15pm |  | Mod Yard - SRS Breaks (10 Max) | Church of the Redeemed |
| 3:30-4:30pm |  |  |  |

Thank you,

Haleigh Bennett, SPTP Program Manager

**Sexual Predator Treatment Program**

2021-02-008

# MEMO

To:    SPTP Staff and Residents

From:  Tonya Taylor, SPTP Administrative Program Director

Date:  2/26/2021

Re:    Religious Callouts on Phase C

LSH has now moved into Phase C of the COVID Recovery Plan however new guidance indicates that at this time we are not allowed more than 10 individuals (staff and residents) at one time at the Religious Yard, Mod Yard, and Back Yard. The below schedule addresses this new pandemic phase guidance:

## OUTSIDE/INSIDE CALLOUTS - SATURDAY

|  | **Religious Grounds** | **Mod Yard** | **Chapel** |
|---|---|---|---|
| 8-9am | Grey Wolf |  | Apostolic |
| 9:15-10:15am | Asatru | Temple of Taborah |  |
| 10:30-11:30am | Druid - West |  | Jewish |
| 12:30-1:30 | Druid - East |  |  |
| 1:45-2:15 |  | SRS Breaks West |  |
| 2:30-3:00 |  | SRS BREAKS East |  |
| 3:15-3:45 | Fresh air breaks - West |  |  |
| 4:00-4:15 | Fresh air breaks - East |  |  |

## OUTSIDE/INSIDE CALLOUTS - SUNDAY

|  | **Religious Grounds** | **Chapel** | **Dillon Theater** |
|---|---|---|---|
| 8-9:00am | Red Wolf | Catholic |  |
| 9:15-10:15am | Wiccan | Jehovah Witness |  |
| 10:30-11:30am |  | Church of the Redeemed |  |

| | | | Islamic Prayer |
|---|---|---|---|
| 12:30-1:30 | SRS Breaks  - Mod Yard - West | | |
| 1:45-2:15pm | SRS Breaks  - Mod Yard - East | | |
| 2:30-3:00pm | Fresh air breaks - East | | |
| 3:15-3:45pm | Fresh air breaks - West | | |

Thank you,

Tonya Taylor, SPTP Administrative Program Director

## Sexual Predator Treatment Program

2021-04-015

# MEMO

**To:**     SPTP Residents

**From:**   Tonya Taylor, SPTP Administrative Program Director

**Date:**   4/16/21

**Re:**     Religious Callout Schedule – Phase D

---

Due to moving to Phase D, the Religious Callout Schedule has been revised. Please see below.

*NOTE: We are still not able to have pipe ceremonies until the policy has been finalized to allow for individual pipes. This should be completed soon.*

| DILLON CALLOUTS - SATURDAY | | | |
|---|---|---|---|
| | **Religious Grounds** | **Mod Yard** | |
| 8-9am | Grey Wolf | | |
| 9:15-10:15am | Asatru/Druids | Temple of Tabereh | |
| 10:30-11:30am | Wiccan | | |
| | | | |
| 1-1:30pm | | SRS Breaks - E1 | |
| 1:45-2:15pm | | SRS Breaks - E2 | |
| 2:30-3:00pm | | SRS Breaks - W1 | |
| 3:15-3:45pm | | SRS Breaks - W2 | |

| DILLON  CALLOUTS - SUNDAY | | | |
|---|---|---|---|
| | **Religious Grounds** | **Chapel** | **Dillon Theater** |
| 8-9am | Red Wolf | Catholic | |
| 9:15-10:15am | | Church of the Redeemed | Jewish |
| 10:30-11:30am | | Apostolic Church | Jehovah's Witness |
| | | | |
| 1-1:30pm | SRS Breaks - W2 (Mod Yard) | Islamic Prayer | |
| 1:45-2:15pm | SRS Breaks - E1 (Mod Yard) | | |
| 2:30-3:00pm | SRS Breaks - E2 (Mod Yard) | | |
| 3:15-3:45pm | SRS Breaks - W1 (Mod Yard) | | |

| | ISAAC RAY S2/S3 CALLOUTS - SATURDAY | |
|---|---|---|
| 1000-1100 | Apostolic - Small TV room | |
| 1300-1400 | Grey Wolf - Cement court yard | |
| 1300-1400 | Jewish Faith - Small TV room | |
| | | |
| | ISAAC RAY S2/S3 CALLOUTS - SUNDAY | |
| 0900-1000 | Catholic Mass - Small TV room | |
| 1300-1400 | Red Wolf - Cement court yard | |
| 1400-1500 | Jehovah Witness - Small TV room | |
| 1500-1600 | Church of the Redeemed - Small TV room | |
| | | |
| | JUNG CALLOUTS - SATURDAY | |
| 0800-0900 | Asatru - Outside Courtyard | |
| | Independents - Outside Courtyard | |
| | Grey Wolf - Outside Courtyard | |
| | Druids - Outside Courtyard | |
| | | |
| | JUNG CALLOUTS - SUNDAY | |
| 0800 -0900 | Red Wolf - Outside Courtyard | |
| | Jehovah Witness - Classroom 1 on JN | |
| | Catholic - Classroom 2 on JN | |
| | | |
| 0945-1045 | Church of the Redeemed - Classroom 1 on JN | |

Thank you,

Tonya Taylor, SPTP Administrative Program Director

**Deckard, Connie**

| | |
|---|---|
| **From:** | Lesia Dipman [LSH] |
| **Sent:** | Wednesday, June 14, 2023 10:01 AM |
| **Subject:** | COVID-19 Updates [LSH Changes] |
| **Attachments:** | COVID Visitation Memo 6-14-2023 Signed.pdf |

**LSH Campus Staff:**

We currently have 1 patient on campus who has tested positive for COVID-19 (admitted last night). IR East 2 is on quarantine until 6/25 at 2359.

**This email is to notify you of changes moving forward, related to our COVID-19 response:**

1. Although the Public Health Emergency for Covid-19 ended, **Infection Control will continue to take precautions** to ensure we are protecting our patients, residents, and employees from illnesses, including COVID-19.
2. The Core Pandemic Team will no longer meet, but the **Infection Control committee will monitor COVID-19** moving forward.
3. LSH will **no longer have a COVID-19 Phase Plan**.
4. LSH **Infection Control Policies** are located on the intranet, which will provide guidance on Infection Control matters.
5. An **updated visitation memo is attached** for patients, residents, families, and visitors. Please remove any previous COVID-19 visitation memos. There are no visitation restrictions related to COVID-19. Each Program will follow their visitation policies. **The attached memo is to be posted on all patient/resident units** (<span style="color:red">**APD's**</span> – Please make sure the memo is posted on all units).
6. **If LSH has a patient/resident who tests positive for COVID-19**, Allie Clark, LSH Infection Control Preventionist will notify all LSH campus staff where the positive case is located and if there are units on quarantine or isolation.
7. **If you test positive for COVID-19**, HR and the Infection Preventionist (Allie) will still need to be notified and units will be placed on quarantine or patients on isolation as necessary.
   a. Human Resources 620-285-4360
   b. Alexandra (Allie) Clark 620-804-2302.
8. **Patients will continue to be tested** for COVID-19 upon admission.
9. **The Grill** is open for routine dine-in and carry-out business. Allowing the community to dine-in will be reviewed later.

**Great teamwork, everyone for working together over these last few years as we worked through a Global Pandemic!**

If you have any questions, please email Alexandra Clark or email me directly.

Thank you,
Lesia

Lesia Dipman, LMSW
LSH Superintendent

Larned State Hospital
Kansas Department for Aging and Disability Services
1301 KS HWY 264
Larned, KS 67550
Phone: 620-285-4360
620-804-0189 (cell)
Fax: 620-285-4357
Visit Our Website: www.kdads.ks.gov



This message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and contain information intended for the specified individual(s) only. This information is confidential. If you are not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, copying or the taking of any action based on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message

**Deckard, Connie**

| | |
|---|---|
| **From:** | Linda Kidd [LSH] |
| **Sent:** | Monday, February 6, 2023 1:04 PM |
| **To:** | LSH SPTP Call In List; LSH_SPTP_CLINICAL_TEAM |
| **Cc:** | Jeff Brown [LSH]; SafetySecurity; Lesia Dipman [LSH]; Haleigh Bennett [LSH]; Keri Applequist [LSH]; Sherry Diel [KDADS]; Halston Rucker [KDADS]; Brian Stahlecker [LSH]; Beckie Leiker [LSH]; Gabriel Rop [LSH] |
| **Subject:** | RE: 2-3-23 to 2-10-23 Religious call-outs for SPTP |

==UPDATE TO Wednesday:==

**This weekend will start the enhanced callouts. Please see new addition of bible study sessions on Friday. Post the schedule for the residents, please.**

Daily Smudging will be completed by unit staff.
Please ensure there is a bucket of sand at each smudge location every day as well as a bucket of water (IR and Jung). For the water, fill a mop bucket and push it out during the call-out.

Friday 2/3/23
0800-0900 Dillon bible study—Dillon Chapel
0930-1030 IR Bible Study—IR Chapel
1100-1200 Jung Bible Study—JN Classroom #1
1300-1320 IR smudge
1300-1400 Dillon Islamic callout—Dillon Chapel
1545-1600 Jung smudge
1600-1620 Dillon smudge

Saturday 2/4/23
0800-1000 IR Red/Grey Wolves/Independents
0800-1000 IR Apostolic (in IR Chapel)
1015-1215 IR Wiccan/Druids
1300-1400 IR Church of Redeemed (in IR Chapel)
1300-1400 Dillon Church of Redeemed
1400-1600 IR Catholic (in IR Chapel) ~~with Father Torzala and Brother Francis~~
1415-1515 Dillon Wiccan/Temple
1545-1645 Jung Church of Redeemed
1545-1600 Jung smudge (unit staff)
1600-1620 Dillon smudge

Sunday 2/5/23
0800-1000 Dillon Red/Grey Wolves
1000-1200 Dillon Druid/Asatru/Independents
1300-1320 IR smudge (unit staff)
1300-1500 Jung Grey Wolves/Independents
1515-1615 Jung Catholic

Monday 2/6/23
1300 -1320 IR smudge
1545-1600 Jung smudge

1600-1620 Dillon smudge

Tuesday 2/7/23
1300-1320 IR smudge
1545-1600 Jung smudge
1600-1620 Dillon smudge

Wednesday 2/8/23
1300-1320 IR smudge and healing ceremony/Chaplain will be present
1545-1600 Jung smudge
1600-1620 Dillon smudge

Thursday 2/9/23
1300-1320 IR smudge
1330-1430 Dillon Jehovah Witness with Elders
1545-1600 Jung smudge
1600-1620 Dillon smudge

Friday 2/10/23
0800-0900 Dillon bible study—Dillon Chapel
0930-1030 IR Bible Study—IR Chapel
1100-1200 Jung Bible Study—JN Classroom #1
1300-1320 IR smudge
1300-1400 Dillon Islamic callout—Dillon Chapel
1545-1600 Jung smudge
1600-1620 Dillon smudge


**Linda Kidd**
SPTP Program Leader
Kansas Department for Aging and Disability Services
Larned State Hospital
1301 Kansas Highway 264
Larned, KS 67550

# BE THE ONE

<image001.jpg>

Visit Our Website: www.kdads.ks.gov

<image002.jpg>

This message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and contain information intended for the specified individual(s) only. This information is confidential. If you are not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, copying or the taking of any action based on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message

**EXHIBIT 2**

Larned State Hospital               3/21
Larned, Kansas

**PROPERTY VARIANCE**
**CPR- 399**

THAYER, DAVID WAYNE
S00102      1/16/2003
SPTP - Dillon East 1
Male    52   F A D

| | |
|---|---|
| **Item(s):** | 2 Pounds White Loose Sage |
| **Description:** | White Sage for Smudging |
| **Vendor:** | Crazy Crow |
| **Specifications / Special Notes:** | ☐ Use as per Medical Staff Order<br>☐ Must turn in at bedtime<br>☐ Must keep in aide station when not in use<br>☐ Must be checked out through the Licensed Staff / Medication Room and returned after use<br>☐ Must be used / kept in room (may not use on the unit)<br>☒ Other: Personal use only.<br>☐ Must be checked as follows: _____<br>_____<br>☐ Special notes: _____ |

Note:  This variance approves the item(s) listed above.  However, in the event the patient / resident's status changes or he / she becomes self harming, this variance must be re-considered for safety and can be placed on hold per the Shift Leader / Unit Leader / Treatment Team / Medical Staff.  This variance can be re-considered and revoked at any time by approval of the Program Director.

☒ Approved          ☐ Denied

| **Reason for Denial:** | |
|---|---|

_____ _Treatment Team Member Signature_        3/25/22        1553
                                                                    Date            Time

_____ _Program Director Signature_        3/29/2022        1255
                                                                    Date             Time

Received

MAR 2 8 2022

Larned State Hospital
CIM

Administrative Program Director
Larned State Hospital
Sexual Predator Treatment Program

Larned State Hospital
Larned, Kansas          3/21

**PROPERTY VARIANCE**
**CPR- 399**

04/26/2021 2:23
THAYER, DAVID WAYNE
S00102    1/16/2003
SPTP - Dillon East 1
Male      52    F | A | D



| Item(s): | One NaVaJo Prayer Fan With Leather wrap & Crystal |
|---|---|
| Description: | I would like to Purchase this Fan Please? For us to smudge. ThankYou! |
| Vendor: | Grey Wolf Trading Post! |
| Specifications / Special Notes: | ☐ Use as per Medical Staff Order<br>☐ Must turn in at bedtime<br>☐ Must keep in aide station when not in use<br>☐ Must be checked out through the Licensed Staff / Medication Room and returned after use<br>☐ Must be used / kept in room (may not use on the unit)<br>☐ Other: _____<br>☐ Must be checked as follows: _____<br><br>☐ Special notes: _____ |

Note:  This variance approves the item(s) listed above.  However, in the event the patient / resident's status changes or he / she becomes self harming, this variance must be re-considered for safety and can be placed on hold per the Shift Leader / Unit Leader / Treatment Team / Medical Staff.  This variance can be re-considered and revoked at any time by approval of the Program Director.

☒ Approved    ☐ Denied

| Reason for Denial: | |
|---|---|

_____    11-17-2021    10:43
Treatment Team Member Signature    Date    Time

_____    12/2/21    1200
Program Director Signature    Date    Time

Received
DEC 0 3 2021
Larned State Hospital
CIM

Administrative Program Director
Larned State Hospital
Sexual Predator Treatment Program

Larned State Hospital     3/21
Larned, Kansas

**PROPERTY VARIANCE**
**CPR- 399**



04/26/2021 2:23
THAYER, DAVID WAYNE
S00102    1/16/2003
SPTP - Dillon East 1
Male    52    F | A    D|



| Item(s): | One Navajo made medicine man Prayer Fan |
|---|---|
| Description: | I would like to purchase this Fan for our callout Please? Thankyou's |
| Vendor: | Grey wolf Trading Post |
| Specifications / Special Notes: | ☐ Use as per Medical Staff Order<br>☐ Must turn in at bedtime<br>☐ Must keep in aide station when not in use<br>☐ Must be checked out through the Licensed Staff / Medication Room and returned after use<br>☐ Must be used / kept in room (may not use on the unit)<br>☐ Other: _____<br>☐ Must be checked as follows: _____<br><br>_____<br><br>☐ Special notes: _____ |

Note:  This variance approves the item(s) listed above.  However, in the event the patient / resident's status changes or he / she becomes self harming, this variance must be re-considered for safety and can be placed on hold per the Shift Leader / Unit Leader / Treatment Team / Medical Staff. This variance can be re-considered and revoked at any time by approval of the Program Director.

☒ Approved     ☐ Denied

| Reason for Denial: | |
|---|---|

_____     1-17-2021    10:38
Treatment Team Member Signature     Date     Time

_____     12/2/21    1200
Program Director Signature     Date     Time

**Received**

Administrative Program Director
Larned State Hospital
Sexual Predator Treatment Program

DEC 0 3 2021

Larned State Hospital
CIM

David T 8-30-21

| Larned State Hospital<br>Larned, Kansas | 3/21 | THAYER, DAVID WAYNE<br>S00102    1/16/2003<br>SPTP - Dillon East 1<br>Male    52   F A D |
|---|---|---|
| **PROPERTY VARIANCE**<br>**CPR- 399** | | |



| | |
|---|---|
| **Item(s):** | Pueblo style Drum<br>18" x 22"   Comes with a Drum Stick |
| **Description:** | It made out of wood and leather So I can have music whyll I sing! Thankyou<br>This is that I can play during the callout's |
| **Vendor:** | Crazy Crow |
| **Specifications / Special Notes:** | ☐ Use as per Medical Staff Order<br>☐ Must turn in at bedtime<br>☐ Must keep in aide station when not in use<br>☐ Must be checked out through the Licensed Staff / Medication Room and returned after use<br>☐ Must be used / kept in room (may not use on the unit)<br>☐ Other: _____<br>☐ Must be checked as follows: _____<br>☒ Special notes: Do not play in room - would violate Noise Rule. |

Note:  This variance approves the item(s) listed above.  However, in the event the patient / resident's status changes or he / she becomes self harming, this variance must be re-considered for safety and can be placed on hold per the Shift Leader / Unit Leader / Treatment Team / Medical Staff.  This variance can be re-considered and revoked at any time by approval of the Program Director.

☒ Approved    ☐ Denied

| **Reason for Denial:** | |
|---|---|

RECEIVED

SEP 10 2021

Larned State Hospital
CM

| Treatment Team Member Signature | 9/9/21 Date | 1412 Time |
|---|---|---|
| Program Director Signature | 9/7/21 Date | 1127 Time |

Administrative Program Director
Larned State Hospital
Sexual Predator Treatment Program

Larned State Hospital          1/18
Larned, Kansas

**PROPERTY VARIANCE**
**CPR- 399**

**THAYER, DAVID WAYNE**
**DOB:** 07/17/1968    **Sex:** Male
**Case No:** S00102    **ADM:** 01/16/2003
**Unit:** SPTP - Dillon East 2
**Adm No:** 2

| | |
|---|---|
| **Item(s):** | One White Sage mist 4oz bottle |
| **Description:** | This is so I can smudge myself since we cant go out. so I can cleanse myself from the negative that is in this building. order from The wandering Bull LLC. |
| **Specifications / Special Notes:** | ☐ Use as per Medical Staff Order<br>☐ Must turn in at bedtime<br>☐ Must keep in aide station when not in use<br>☐ Must be checked out through the Licensed Staff / Medication Room and returned after use<br>☐ Must be used / kept in room (may not use on the unit)<br>☐ Other: _____<br>☐ Must be checked as follows: _____<br>_____<br>☐ Special notes: _____<br>_____ |

Note: This variance approves the item(s) listed above. However, in the event the patient / resident's status changes or he / she becomes self harming, this variance must be re-considered for safety and can be placed on hold per the Shift Leader / Unit Leader / Treatment Team / Medical Staff. This variance can be re-considered and revoked at any time by approval of the Program Director.

| | | |
|---|---|---|
| _Treatment Team Member Signature_ | 4-22-2020 _Date_ | 8:15 _Time_ |
| _Treatment Team Member Signature_ | 4/28/2020 _Date_ | 1254 _Time_ |
| _Program Director Signature_ | 4/28/2020 _Date_ | 0825 _Time_ |

**Revocation of Variance**

| | | |
|---|---|---|
| _Program Director Signature_ | _Date_ | _Time_ |
| _Witness Signature_ | _Date_ | _Time_ |

Original:     Master File
Follow-up:   Hearing Officer (SPTP Only)
             Property Officer
Copy:        Patient / Resident

THAYER, DAVID WAYNE - S00102

No Known Allergies

DOB: 07/17/1968

SPTP - Dillon East 1

Larned State Hospital          11/15
Larned, Kansas

PROPERTY VARIANCE – SSP/SPTP
CPR- 399

| | |
|---|---|
| **Item(s):** | One Pair Horn Rattles |
| **Description:** | It made out of wood and turtle shells. This is use for our music during our ceremonial. I will be playit Gray wolf callout |
| **Specifications / Special Notes:** | ☐ Use as per Medical Staff Order<br>☐ Must turn in at bedtime<br>☐ Must keep in aide station when in use<br>☐ Must be checked out through the Licensed Staff / Medication Room and returned after use<br>☐ Must be used / kept in room (may not use on the unit)<br>☐ Other: _____<br>☐ Must be checked as follows: _____<br>_____<br><br>☐ Special notes: _____<br>_____ |

Note: This variance approves the item(s) listed above. However, in the event the patient / resident's status changes or he / she becomes self harming, this variance must be re-considered for safety and can be placed on hold per the Shift Leader / Unit Leader / Treatment Team / Medical Staff. This variance can be re-considered and revoked at any time by approval of the Program Director.

_____          4/7/20          10:00
Treatment Team Member Signature          Date          Time

_____          4/2/2020          9:07
Treatment Team Member Signature          Date          Time

_____          4/1/2020          1230
Program Director Signature          Date          Time

Original:          Master File
Follow-up:          Hearing Officer (SPTP Only)
                   Property Officer
Copy:          Patient / Resident

Larned State Hospital          11/15
Larned, Kansas

**PROPERTY VARIANCE – SSP/SPTP**
**CPR- 399**

THAYER, DAVID WAYNE - S00102
No Known Allergies

**DOB: 07/17/1968**
SPTP - Dillon East 1

| Item(s): | One 19 inch pipe stem  It made out of wood |
|---|---|
| Description: | This pipe stem goes to our ceremonial pipe That we use in the Grey Wolf callout The other one has a crack in the End of it |
| Specifications / Special Notes: | ☐ Use as per Medical Staff Order<br>☐ Must turn in at bedtime<br>☐ Must keep in aide station when not in use<br>☐ Must be checked out through the Licensed Staff / Medication Room and returned after use<br>☐ Must be used / kept in room (may not use on the unit)<br>☐ Other: _____<br>☐ Must be checked as follows: _____<br>_____<br>☐ Special notes: _____<br>_____ |

Note:  This variance approves the item(s) listed above.  However, in the event the patient / resident's status changes or he / she becomes self harming, this variance must be re-considered for safety and can be placed on hold per the Shift Leader / Unit Leader / Treatment Team / Medical Staff. This variance can be re-considered and revoked at any time by approval of the Program Director.

_____     4/7/2020      10:00
Treatment Team Member Signature        Date          Time

_____     4/2/2020      0908
Treatment Team Member Signature        Date          Time

_____     4/1/2020      1230
Program Director Signature             Date          Time

Original:      Master File
Follow-up:     Hearing Officer (SPTP Only)
               Property Officer
Copy:          Patient / Resident

**Received by Larned State Hospital CIM: 4/8/2020 11:27:52 AM**

Larned State Hospital    11/15
Larned, Kansas

PROPERTY VARIANCE – SSP/SPTP
CPR- 399

THAYER, DAVID WAYNE - S00102
No Known Allergies

DOB: 07/17/1968
SPTP - Dillon East 1

| Item(s): | one Coyote skull size 7.5 x 4" x 4 inch |
|---|---|
| Description: | Coyote skull is made out of bone and it is to be put on our Quited alter During our ceremonials for our Religous! |
| Specifications / Special Notes: | ☐ Use as per Medical Staff Order <br> ☐ Must turn in at bedtime <br> ☐ Must keep in aide station when not in use <br> ☐ Must be checked out through the Licensed Staff / Medication Room and returned after use <br> ☐ Must be used / kept in room (may not use on the unit) <br> ☐ Other: _____ <br> ☐ Must be checked as follows: _____ <br><br> ☐ Special notes: _____ |

Note: This variance approves the item(s) listed above. However, in the event the patient / resident's status changes or he / she becomes self harming, this variance must be re-considered for safety and can be placed on hold per the Shift Leader / Unit Leader / Treatment Team / Medical Staff. This variance can be re-considered and revoked at any time by approval of the Program Director.

_____    4/7/2020    10:00
Treatment Team Member Signature    Date    Time

_____    4/20/2020    0908
Treatment Team Member Signature    Date    Time

_____    4/1/2020    1230
Program Director Signature    Date    Time

Original:    Master File
Follow-up:    Hearing Officer (SPTP Only)
             Property Officer
Copy:       Patient / Resident

**Received by Larned State Hospital CIM: 4/8/2020 11:27:52 AM**

Larned State Hospital          11/15
Larned, Kansas

**PROPERTY VARIANCE – SSP/SPTP**
**CPR- 399**

THAYER, DAVID WAYNE - S00102
No Known Allergies

DOB: 07/17/1968
SPTP - Dillon East 1

| | |
|---|---|
| **Item(s):** | One Smudge bowl It made out of Ceramic 5 inch |
| **Description:** | Smudge bowl is made out of ceramic because It will last longer! It wont burn up as fast If it was made out of wood, for the call out, because owold Smudge bowl ceramic has a crack in it when we Smudge. |
| **Specifications / Special Notes:** | ☐ Use as per Medical Staff Order<br>☐ Must turn in at bedtime<br>☐ Must keep in aide station when not in use<br>☐ Must be checked out through the Licensed Staff / Medication Room and returned after use<br>☐ Must be used / kept in room (may not use on the unit)<br>☐ Other: _____<br>☐ Must be checked as follows: _____<br><br>☐ Special notes: _____ |

**Note:** This variance approves the item(s) listed above. However, in the event the patient / resident's status changes or he / she becomes self harming, this variance must be re-considered for safety and can be placed on hold per the Shift Leader / Unit Leader / Treatment Team / Medical Staff. This variance can be re-considered and revoked at any time by approval of the Program Director.

_____          4/7/2020    10:00
Treatment Team Member Signature          Date          Time

_____          4/2/2020    0908
Treatment Team Member Signature          Date          Time

_____          4/1/2020    1230
Program Director Signature          Date          Time

Original:      Master File
Follow-up:     Hearing Officer (SPTP Only)
               Property Officer
Copy:          Patient / Resident

Received by Larned State Hospital CIM: 4/8/2020 11:27:52 AM

Larned State Hospital          11/15
Larned, Kansas

**PROPERTY VARIANCE – SSP/SPTP**
**CPR- 399**

THAYER, DAVID WAYNE - S00102
No Known Allergies



DOB: 07/17/1968
SPTP - Dillon East 1

| | |
|---|---|
| **Item(s)** | one wood stand to holded our smudge bowl |
| **Description:** | It made out of wood and to hold our sudge bowl off the ground during our ceremonial for the Gray wolf callout |
| **Specifications / Special Notes:** | ☐ Use as per Medical Staff Order<br>☐ Must turn in at bedtime<br>☐ Must keep in aide station when not in use<br>☐ Must be checked out through the Licensed Staff / Medication Room and returned after use<br>☐ Must be used / kept in room (may not use on the unit)<br>☐ Other: _____<br>☐ Must be checked as follows: _____<br><br>☐ Special notes: _____ |

Note: This variance approves the item(s) listed above. However, in the event the patient / resident's status changes or he / she becomes self harming, this variance must be re-considered for safety and can be placed on hold per the Shift Leader / Unit Leader / Treatment Team / Medical Staff. This variance can be re-considered and revoked at any time by approval of the Program Director.

_____   4/7/2020   10:00
Treatment Team Member Signature   Date   Time

_____   4/2/2020   0908
Treatment Team Member Signature   Date   Time

_____   4/1/2020   1230
Program Director Signature   Date   Time

Original:      Master File
Follow-up:    Hearing Officer (SPTP Only)
                 Property Officer
Copy:         Patient / Resident

Received by Larned State Hospital CIM: 4/8/2020 11:27:52 AM

Larned State Hospital                    11/15
Larned, Kansas

**THAYER, DAVID WAYNE - S00102**

No Known Allergies

**PROPERTY VARIANCE – SSP/SPTP**
**CPR- 399**

DOB: 07/17/1968

SPTP- Dillon East 4

| | |
|---|---|
| **Item(s):** | One Bandanas Colorful apache Southwest |
| **Description:** | 100% Cotton/Poly blend 22"x22"inch Bandanas MY Personal use. To keep the sun off my head It goes with MY Religion instead of wearing a hat! |
| **Specifications / Special Notes:** | ☐ Use as per Medical Staff Order<br>☐ Must turn in at bedtime<br>☐ Must keep in aide station when not in use<br>☐ Must be checked out through the Licensed Staff / Medication Room and returned after use<br>☐ Must be used / kept in room (may not use on the unit)<br>☐ Other: _____<br>☐ Must be checked as follows: _____<br><br>☑ Special notes: Not red yellow or blue single color - must be multi-color. *[signature]* |

Note: This variance approves the item(s) listed above. However, in the event the patient / resident's status changes or he / she becomes self harming, this variance must be re-considered for safety and can be placed on hold per the Shift Leader / Unit Leader / Treatment Team / Medical Staff. This variance can be re-considered and revoked at any time by approval of the Program Director.

_____
Treatment Team Member Signature        Date 4/7/2020    Time 10:00

_____
Treatment Team Member Signature        Date 4/2/2020    Time 0909

_____
Program Director Signature             Date 4/1/2020    Time 1230

Original:     Master File
Follow-up:   Hearing Officer (SPTP Only)
             Property Officer
Copy:        Patient / Resident

Larned State Hospital      11/15
Larned, Kansas

PROPERTY VARIANCE – SSP/SPTP
CPR- 399



THAYER, DAVID WAYNE - S00102
No Known Allergies

DOB: 07/17/1968
SPTP - Dillon East 1

| Item(s): | One Bandana colorful |
|---|---|
| Description: | 100% cotton/poly bend 22"x22" Bandana My Personal use To keep the sun off my head because bond head my Religon use. Not a ball cap |
| Specifications / Special Notes: | ☐ Use as per Medical Staff Order<br>☐ Must turn in at bedtime<br>☐ Must keep in aide station when in use<br>☐ Must be checked out through the Licensed Staff / Medication Room and returned after use<br>☐ Must be used / kept in room (may not use on the unit)<br>☐ Other: _____<br>☐ Must be checked as follows: _____<br><br>☒ Special notes: _____<br>Not red yellow or blue single colored must be mulitcolor |

Note:  This variance approves the item(s) listed above.  However, in the event the patient / resident's status changes or he / she becomes self harming, this variance must be re-considered for safety and can be placed on hold per the Shift Leader / Unit Leader / Treatment Team / Medical Staff. This variance can be re-considered and revoked at any time by approval of the Program Director.

_____   Treatment Team Member Signature      4/7/2020 Date    10:00 Time

_____   Treatment Team Member Signature      4/2/2020 Date    0910 Time

_____   Program Director Signature      4/1/2020 Date    1230 Time

Original:        Master File
Follow-up:    Hearing Officer (SPTP Only)
                  Property Officer
Copy:          Patient / Resident

Received by Larned State Hospital CIM: 4/8/2020 11:27:52 AM

Larned State Hospital          11/15
Larned, Kansas

**PROPERTY VARIANCE – SSP/SPTP**
**CPR- 399**

THAYER, DAVID WAYNE - S00102
No Known Allergies

DOB: 07/17/1968
SPTP - Dillon East 1

| Item(s): | One personal medicine pouch set, leather comes with a selenite crystal and a little white sag. |
|---|---|
| Description: | leather pouch this is my personal medicine bag. It hang's around your neck keep you postive |

| Specifications / Special Notes: | ☐ Use as per Medical Staff Order |
|---|---|
| | ☐ Must turn in at bedtime |
| | ☐ Must keep in aide station when not in use |
| | ☐ Must be checked out through the Licensed Staff / Medication Room and returned after use |
| | ☐ Must be used / kept in room (may not use on the unit) |
| | ☐ Other: _____ |
| | ☐ Must be checked as follows: _____ |
| | ☒ Special notes: Must be small in size - No large bags, etc |

Note:  This variance approves the item(s) listed above.  However, in the event the patient / resident's status changes or he / she becomes self harming, this variance must be re-considered for safety and can be placed on hold per the Shift Leader / Unit Leader / Treatment Team / Medical Staff.  This variance can be re-considered and revoked at any time by approval of the Program Director.

_____    4/7/2020    10:00
Treatment Team Member Signature    Date    Time

_____    4/2/2020    0910
Treatment Team Member Signature    Date    Time

_____    4/1/2020    1230
Program Director Signature    Date    Time

Original:      Master File
Follow-up:    Hearing Officer (SPTP Only)
                   Property Officer
Copy:          Patient / Resident

Received by Larned State Hospital CIM: 4/8/2020 11:31:24 AM



THAYER, DAVID WAYNE - S00102
No Known Allergies

DOB: 07/17/1968

SPTP - Dillon East 1

Larned State Hospital          11/15
Larned, Kansas

**PROPERTY VARIANCE – SSP/SPTP**
**CPR- 399**

| | |
|---|---|
| **Item(s):** | One 5inch Smudge bowl ceramic |
| **Description:** | this Smudge bowl is for my personal use/ and If the Other one breaks we can use this untill we can get Other one because all the Red tape we have to go thru? |
| **Specifications / Special Notes:** | ☐ Use as per Medical Staff Order<br>☐ Must turn in at bedtime<br>☐ Must keep in aide station when not in use<br>☐ Must be checked out through the Licensed Staff / Medication Room and returned after use<br>☐ Must be used / kept in room (may not use on the unit)<br>☐ Other: _____<br>☐ Must be checked as follows: _____<br><br>☐ Special notes: _____ |

Note:  This variance approves the item(s) listed above.  However, in the event the patient / resident's status changes or he / she becomes self harming, this variance must be re-considered for safety and can be placed on hold per the Shift Leader / Unit Leader / Treatment Team / Medical Staff.  This variance can be re-considered and revoked at any time by approval of the Program Director.

_____     4/7/2020     10:00
Treatment Team Member Signature          Date          Time

_____     4/7/2020     0910
Treatment Team Member Signature          Date          Time

_____     4/1/2020     1230
Program Director Signature               Date          Time

Original:     Master File
Follow-up:    Hearing Officer (SPTP Only)
              Property Officer
Copy:         Patient / Resident

**Received by Larned State Hospital CIM: 4/8/2020 11:31:24 AM**



THAYER, DAVID WAYNE - S00102
No Known Allergies

DOB: 07/17/1968
SPTP - Dillon East 1

Larned State Hospital          11/15
Larned, Kansas

**PROPERTY VARIANCE – SSP/SPTP**
**CPR- 399**

| | |
|---|---|
| **Item(s):** | One wood stand to hold my smudge bowl |
| **Description:** | It made out of wood so it can hold my smudge bowl off the surface. Traditional for my personal used. |
| **Specifications / Special Notes:** | ☐ Use as per Medical Staff Order<br><br>☐ Must turn in at bedtime<br><br>☐ Must keep in aide station when not in use<br><br>☐ Must be checked out through the Licensed Staff / Medication Room and returned after use<br><br>☐ Must be used / kept in room (may not use on the unit)<br><br>☐ Other: _____<br><br>☐ Must be checked as follows: _____<br>_____<br><br>☐ Special notes: _____<br>_____ |

Note: This variance approves the item(s) listed above. However, in the event the patient / resident's status changes or he / she becomes self harming, this variance must be re-considered for safety and can be placed on hold per the Shift Leader / Unit Leader / Treatment Team / Medical Staff. This variance can be re-considered and revoked at any time by approval of the Program Director.

| Treatment Team Member Signature | Date | Time |
|---|---|---|
| | 4/2/2020 | 0910 |
| Treatment Team Member Signature | Date | Time |
| | 4/1/2020 | 1230 |
| Program Director Signature | Date | Time |

Original:     Master File
Follow-up:   Hearing Officer (SPTP Only)
                 Property Officer
Copy:         Patient / Resident

**Received by Larned State Hospital CIM: 4/8/2020 11:31:24 AM**

**EXHIBIT 3**

## Sexual Predator Treatment Program

2020-10-070

# MEMO

To: SPTP Staff and Residents

From: Tonya Taylor, SPTP Administrative Program Director

Date: 10/29/2020

Re: Sage and Media Requests

---

1) SPTP Leadership has decided that the LSH 399 Property Variance Form approving the purchase of Sage, Sweet Grass, Cedar, etc. for the purposes of smudging does not expire. Therefore, if you have a signed LSH 399 Property Variance Form to purchase these items from either Wandering Bull or Crazy Crow it will continue to be honored and you will not need to keep re- requesting approval to purchases these items. This only applies to the smudging organic materials. Other items such as smudge bowls, feathers, etc. will continue to be reviewed each time.

2) If you are in possession of an approved media request but have not yet purchased the item, these approvals will not expire unless there is a policy change regarding media. If there is a policy change regarding media or media requests, then approved media requests will expire 30 days from the date of the policy change.

If there are any questions regarding these issues, please direct them to me. Thanks in advance!

Thank you,

*Tonya Taylor*

Tonya Taylor, SPTP Administrative Program Director

**EXHIBIT 4**



# OFFICE OF PAWNEE COUNTY COMMISSIONERS

Telephone (620) 285-3721                        715 Broadway                        Fax (620) 285-2559
LARNED, KANSAS 67550-3098

### RESOLUTION NO. 2017 - R - 004

### A RESOLUTION PROVIDING FOR THE IMPOSITION AND ENFORCEMENT OF RESTRICTIONS ON CERTAIN OUTDOOR BURNING PRACTICES IN THE UNINCORPORATED AREA OF PAWNEE COUNTY, KANSAS.

**WHEREAS**, the grassland and cropland of Pawnee County, Kansas, form an important part of our economy, provide for protection of watersheds, forage for livestock, refuge for wildlife and recreational opportunities. Wildfires endanger these resources, real and personal property, and the lives of residents and visitors in the areas. Once started these fires are difficult to control and strain both paid and volunteer fire departments manpower and resources. Extremely dry, windy and unseasonably warm weather conditions occasionally create an extreme fire hazard in the grasslands and croplands of Pawnee County.

### NOW, THEREFORE, BE IT RESOLVED BY THE COUNTY COMMISSIONERS OF PAWNEE COUNTY, KANSAS:

**Section 1.** Declaration of Emergency. As provided in K.S.A. 48-932, and amendments thereto, the Chairman of the Board of County Commissioners in its discretion may declare that due to lack of moisture or fire hazard conditions that an emergency exists and that the outdoor burning restrictions contained in this resolution shall take effect immediately and be in force for a period seven days (7) and which may be extended or terminated by the Board of County Commissioners. Any declaration of a local disaster emergency shall be given prompt and general publicity and shall be filed promptly with the Pawnee County Clerk, Pawnee County Sheriff and Emergency Management Director.

**Section 2.** Outdoor Burning Restrictions. During an emergency declared in accordance with Section 1 of this resolution, the following open burning shall be prohibited in the outdoors:

(a)     The careless use and disposal of smoking materials, including, but not limited to, cigarettes, cigars and pipes. All smoldering remains shall be discarded in inflammable containers and in a manner to reduce the potential for fires.

(b)     Building, maintaining, attending or using any open fire or campfire, except in permanent stoves or fireplaces or in barbecue grills in developed recreational sites or on residential home sites.

(c)     Burning of all fencerows, fields, wild lands, ravines, trash, debris or areas or materials.

Resolution No. 2017 – R – 0004
Pg. 2 of 2

(d)      As used in this resolution, *open burning* means setting, starting, igniting, maintaining, spreading, fueling or failing to extinguish an open fire. An *open fire* is any outdoor fire other than a small fire in a non-combustible container, the primary purpose of which is to cook food, such as, but not limited to barbeque grills.

**Section 3.** <u>Penalties</u>. This Resolution is being adopted pursuant to County home-rule power and K.S.A. 19-101d. The knowing or willful violation of any person shall be punishable as a Class B Nonperson Pawnee County Misdemeanor with penalties for each separate offense by a term of confinement in the Pawnee County Jail not to exceed six (6) months and/or a fine in an amount not to exceed One Thousand ($1,000.00) in addition to restitution for actual damages caused by said violation(s).  Any Person who aids, assists or abets another in violating the provisions of this Resolution will be deemed to have committed a violation of the Resolution.

**Section 4**. <u>Civil Remedies Preserved</u>. Nothing in this article shall be construed to abridge, limit or otherwise impair the right of any person or agency to damages or other relief on account of injury to persons or property and to maintain any action or other appropriate proceedings therefore.

**Section 5**. <u>Effective</u>.  This resolution shall take effect and be in force immediately upon adoption.

**ADOPTED** this 27th day of March, 2017.

Attest:

County Clerk

Chair, Board of Commissioners

Commissioner

Commissioner