# Workforce Issues at Larned State Hospital

## PRESENTATION TO
## THE SPECIAL COMMITTEE ON STATE EMPLOYEE AND BOARD MEMBER COMPENSATION

Scott Brunner, Deputy Secretary of Hospitals and Facilities

November 29, 2022



1

# Hiring Difficulties at Larned State Hospital

## Staffing and Program Size at LSH

Larned State Hospital operates three separate programs on the campus with over 900 authorized positions.

| Larned State Hospital | FY 2023 Authorized Positions | |
|---|---|---|
| Program | FTE | UP/UT |
| General Administration | 65.00 | - |
| Staff Eduction and Research | 2.00 | - |
| Psychiatric Services Program | 125.00 | 3.00 |
| State Security Program | 204.50 | 2.00 |
| Sex Predator Treatment Program | 289.50 | 2.00 |
| Ancillary Services | 67.50 | 2.00 |
| Physical Plant and Central Services | 158.00 | - |
| **TOTAL APPROVED POSITIONS** | **911.50** | **9.00** |

| Budgeted Bed Capacity by Program | |
|---|---|
| Program | FY 2023 Estimate |
| Psychiatric Services Program | 90 |
| State Security Program | 140 |
| Sexual Predator Treatment Program | 274 |
| Meyer Reintegration | 16 |
| **Total** | **520** |



2

# Hiring Difficulties at Larned State Hospital

## Efforts to Recruit and Retain Staff

Agency contract staffing continues to be utilized to maintain adequate staffing and allow relief to the full-time staff. Agency staffing is more expensive but there have been improvements in the work-life balance for employees by reducing overtime at Larned State Hospital (LSH).

LSH continues efforts to support, recognize and appreciate staff through on campus recognition programs and activities.

LSH participates in the larnedcares.com campaign, started in FY 2019, with the City of Larned and Pawnee County. The larnedcares.com site allows a one stop link for employees to find available positions in multiple Pawnee County employers and is promoted across city, county and local agency media.

Provided bonuses from federal ARPA funds for employees working while COVID-19 impacted the patients and staff on campus.

Implemented the 24/7 pay plan.



3

# Staff Recruitment & Retention

**24/7 Facility Pay Plan: Raise the base pay rates for nursing staff at the state hospitals and other 24/7 facilities**

The pay plan includes the following for state employees:
- Permanent Base Pay Increases for all KDOC Job Classes & Nursing Job Classes
- Temporary Pay Differentials for Hourly Employees in the following areas:
  - Differential #1: All 24/7 Facility Staff
  - Differential #2: Uniformed KDOC Security Staff at 24/7 Facilities
  - Differential #3: Nursing Staff at 24/7 Facilities
  - Differential #4: All Staff Working at 24/7 Facilities that are designated at "critical staffing levels" with 25% (or higher) vacancy rates.
- One-Time, $3,500 Bonuses for Salaried Staff at KDOC, KDADS and KCVAO 24/7 facilities.
- Note that hourly employees on the 24/7 Facility Pay Plan are excluded from the 5% statewide salary adjustment for state employees.



4

# Staff Recruitment and Retention

**24/7 Facility Pay Plan: Raise the base pay rates for nursing staff at the state hospitals and other 24/7 facilities**

- Started appearing on employee paychecks on January 7, 2022.

- KDADS received $9.6 million from the SPARK Committee for the FY 2022 costs of these increases.

- Funding for FY 2023 pay plan is included in KDADS budget and was distributed to each state hospital to fund the differentials.



5



# Number of Vacancies by Hospital (2020 to present)

Mental Health/Developmental Disability Techs, Nursing and Safety and Security Officers



6

# Vacancy Percentage by Hospital (2020 to Oct 12, 2020)

## Mental Health/Developmental Disability Techs, Nursing and Safety and Security Officers

Kansas
Department for Aging
and Disability Services

# Efforts to Recruit and Retain

- Larned State Hospital entered a new contract with KSN for television advertising. KSN is filming new advertising spots for use on YouTube, Facebook, Instagram, Geo Video services, and streaming television and music sites.

- The KSN agreement provides Search engine optimization as well which puts LSH in the top results based on user searches for key words including nursing jobs or health care jobs.

- All four hospitals use Indeed, Facebook, and other online job sites to post positions. LSH uses enhanced Indeed recruiting to search resumes and do outreach to candidates meeting job criteria.

- LSH, OSH and PSH have reopened to Nursing, Social Work, and Psychology students for practicum, intern, and other on campus experiences.



8

# Efforts to Recruit and Retain

- All of the campuses attend in person and virtual job fairs sponsored by KanWorks, universities, and local workforce centers.  All have connections with community colleges and universities to post positions on job boards.

- Nursing position are advertised through a national nursing recruitment site, HealthcareJobPosting.com, and in the Kansas State Board of Nursing newsletter.

- KDADS has filled a recruiting position to help all four hospitals and to focus recruiting efforts with schools, colleges, and universities statewide.



9

# Recruiting Results from Larned State Hospital
## Examples of recruiting challenges since January 2022

**Direct Care (MHDD) Recruiting**

271 applications processed through LSH
- 123 Never set up an interview

Of the 148 interviewed–
- 40 were hired
- 9 declined offer
- 5 failed their UA/Background
- 25 resulted in unapproved rehires
- 5 were in-house interviews
- 59 no showed their scheduled interview. Some of these people were rescheduled several times.
- 5 are still pending to be hired/interviewed.

Of the 271 applications:
Indeed – 204, Facebook – 44, State Website – 23

**Safety and Security Recruiting**

192 applications processed through LSH,
- 102 never set up an interview

Of the 90 interviewed–
- 11 were hired
- 6 declined offer
- 1 failed their UA/Background
- 19 were not hired  (poor interview/not selected)
- 23 were in-house (already working here)
- 22 no showed their interview
- 3 are still pending to be hired

Of the 192 applications:
Indeed – 123, Facebook – 13, State Website – 56



10

# Similar Positions at LSH and LCF

- LSH MHDDs – DOC Corrections Officers
- LSH SSO I – DOC Corrections Officers
- LSH SSO II – DOC Corrections Officers [or their equivalent]
- LSH Security Chief, Assistant Chief, Lieutenants -- DOC Majors and other officers

- Registered Nurses and other licensed clinical staff move to the DOC contract health care provider.



11

# State Hospital Starting Salaries for Direct Support Staff

## as of November 22, 2022

| Position | KNI | PSH | LSH | OSH/AAC |
|---|---|---|---|---|
| Activity Specialist | $19.16 | $16.94 | N/A | $16.94 |
| Activity Therapist Tech | | | N/A | |
| Activity Therapist | $16.56 | | $16.56 | $19.16 |
| Client Training Supervisor | $16.94 | $16.94 | $16.94 | |
| Developmental Disability Spc | $16.94 | | N/A | |
| Licensed Mental Health Tech | | | $19.16 | $16.56 |
| Licensed Practical Nurse | $20.13 | $20.13 | $21.65 | $18.70 |
| Licensed Practical Nurse SR | | $21.13 | $21.65 | |
| Mental Health Professional | | | $16.56 | |
| MHDD Technician and/or Aide | $16.16 | $16.16 | $16.16 | $16.16 |
| Qualified Intellectual Disability Professional | $19.16 | | N/A | |
| Registered Nurse | $31.22 | $31.22 | $31.22 | $31.22 |
| Registered Nurse Senior | | $32.78 | $31.22 | |
| Registered Nurse Specialist/Supervisor | | $37.95 | $36.30 | $31.98 |
| Safety & Security Officer I | $17.39 | $17.39 | $18.26 | $17.39 |
| Safety & Security Officer II | | $18.70 | $19.16 | $18.26 |
| Safety & Security Chief | $22.16 | $20.58 | $25.68 | $22.82 |
| Safety Officer AAC | | | N/A | |



# Other Comments About Compensation

- The LSH Safety and Security Chief and Assistant Chief are salaried employees and are not receiving the hourly pay differentials in FY 2023. The Safety and Security Officers have continued to receive the 24/7 differentials but that has not included salaried staff.

- LSH Safety and Security manage patients or residents in 3 different programs with different program requirements and levels of security needs including acute medical needs.

- The 24/7 pay plan security differential applies to DOC officers and Safety and Security Officers at LSH, but isn't extended to direct care staff on the Sexual Predator Treatment program. That creates internal competition between direct care and security or corrections positions for similar daily work.



13

# Workforce Issues at Larned State Hospital

# QUESTIONS?



14