**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **DAVID W. THAYER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case. No. 22-3086-DDC** |
| | ) | |
| **LAURA HOWARD,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September, 2023, copies of Documents 48 through 50 were served by means of FedEx overnight shipping, postage prepaid, addressed to:

David W. Thayer
Larned State Hospital
Dillon Building East One
1301 KS Highway 264
Larned, KS 67550
*Plaintiff, pro se*

*/s/ Matthew L. Shoger*
Matthew L. Shoger
Assistant Attorney General