## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

DAVID W. THAYER,

       **Plaintiff,**

v.

       Case No. 22-3086-DDC

LAURA HOWARD, HALEIGH
BENNETT, JEFF BROWN, LESIA
DIPMAN, and LINDA KIDD,

       **Defendants.**

### NOTICE AND ORDER TO SHOW CAUSE

**To plaintiff:**

Plaintiff David W. Thayer filed this action on April 28, 2022.  Doc. 1.  Plaintiff alleges that, during his civil commitment to the Larned State Hospital-Sexual Predator Treatment Program, defendants have denied his constitutional and statutory rights to practice his religion. *Id*.  On September 8, 2023, defendants filed a Motion for Summary Judgment (Doc. 48).  D. Kan. Rules 6.1(d)(2) and 7.1(c) required plaintiff to respond to defendants' motion within 21 days, or by September 29, 2023.  The deadline for plaintiff to respond has passed, and plaintiff has not filed a response to defendants' motion.

Under D. Kan. Rule 7.1(c), if a party doesn't file a response by the D. Kan. Rule 6.1(d) required deadline, "the court will consider and decide the motion as an uncontested motion." That rule also provides that "[o]rdinarily, the court will grant the motion without further notice." D. Kan. Rule 7.1(c).

Because plaintiff has failed to respond to defendants' Motion for Summary Judgment, the court directs plaintiff to show cause, in writing, **on or before November 8, 2023,** why it should

2

not consider and rule on defendants' motion as uncontested under D. Kan. Rule 7.1(c).  If

plaintiff intends to file a response to defendants' motion, he must file it **on or before November**

**8, 2023**.

　　　　**IT IS THEREFORE ORDERED BY THE COURT THAT** plaintiff must show cause

by **November 8, 2023,** why the court shouldn't consider and rule on defendants' motion as

uncontested under D. Kan. Rule 7.1(c).  The court directs the Clerk to mail a copy of this Notice

and Order to Show Cause to the plaintiff by certified mail.

　　　　**IT IS SO ORDERED.**

　　　　**Dated this 19th day of October, 2023, at Kansas City, Kansas.**

　　　　　　　　　　　　　　　　**s/ Daniel D. Crabtree**
　　　　　　　　　　　　　　　　**Daniel D. Crabtree**
　　　　　　　　　　　　　　　　**United States District Judge**