IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DAVID W. THAYER,

    Plaintiff,

v.

LAURA HOWARD, HALEIGH BENNETT, JEFF BROWN, LESIA DIPMAN, and LINDA KIDD,

    Defendants.

Case No. 5:22-cv-03086-DDC

## CERTIFIED MAIL RETURN RECEIPT

Article Addressed to:
David W. Thayer
LARNED State Hospital
Dillon Building East One
1301 KS Highway 264
Larned, KS 67550

9590 9402 5913 0049 4407 28

Article Number: 7022 0410 0003 3816 3693

Service Type: Certified Mail®

FILED — OCT 30 2023 — Clerk, U.S. District Court, Deputy Clerk

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt