IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DAVID W. THAYER,

                Plaintiff,

v.

LAURA HOWARD, HALEIGH BENNETT, JEFF BROWN, LESIA DIPMAN, and LINDA KIDD,

                Defendants.

Case No. 22-3086-DDC

## MEMORANDUM AND ORDER

This Order strikes plaintiff's Amended Complaint (Doc. 60). Plaintiff filed an Amended Complaint after the court had entered Judgment (Doc. 59). But "once judgment is entered, the filing of an amended complaint is not permissible until judgment is set aside or vacated pursuant to Fed.R.Civ.P. 59(e) or 60(b)." *The Tool Box, Inc. v. Ogden City Corp.*, 419 F.3d 1084, 1087 (10th Cir. 2005) (quotation cleaned up). The court hasn't set aside or vacated the judgment in this case. So, plaintiff's filing of an amended complaint at this stage isn't permitted. The court thus strikes plaintiff's Amended Complaint (Doc. 60).

**IT IS THEREFORE ORDERED BY THE COURT THAT** plaintiff's Amended Complaint (Doc. 60) is struck.

**IT IS SO ORDERED.**

Dated this 3rd day of June, 2024, at Kansas City, Kansas.

                                              s/ Daniel D. Crabtree
                                              Daniel D. Crabtree
                                              United States District Judge